No. 05-18-00868-CV

**FILED IN**
Court of Appeals

MAR  4 2019

Lisa Matz
Clerk, 5th District

**IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS**

**Brigetta D'Olivio**

Defendant-Appellant

**v.**

**Greg Fox and Laura Fox**,

Plaintiffs-Appellees

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Tr. Ct. No. DC-16-05606

**APPELLANT'S 3rd AMENDED MOTION TO EXTEND TIME
TO FILE APPELLANT'S AMENDED BRIEF**

**TO THE FIFTH COURT OF APPEALS:**

The undersigned, Brigetta D'Olivio, Appellant, files this Third Amended

Motion To Extend Time To File Appellant's Amended Brief and would show the

Court as follows:

1

1. Appellant has <u>not</u> been served "*Appellees' Objection To Motion For Extension of Time*", dated Feb. 27, 2019, <u>nor</u> has she been served "*Appellees' Amended Objection To Motion For Extension of Time*", dated March 1, 2019.

2. In both of his Certificates of Service for each of said the above-referenced objections, Appellees'attorney, David M. Kleiman, (Kleiman) states, in part, "*I hereby certify that a true and correct copy of this document has been served upon Appellant Brigetta D'Olivio via the Court's eFiling service at beautifulhomesbybrigetta@gmail.com, on this ...*".

3. Said statement in <u>each</u> of said certificates of service by Kleiman is false.

4. Appellant has never registered, nor has she ever given anyone, nor any entity, the permission to register her as an e-filer on any EFSP, including Texasonline.gov. Appellant does <u>not</u> have an e-File account with any EFSP.

5. Appellant has never waived her right to be served. Simply filing said above-referenced "Appellees Objection to Motion For Extension of Time", dated Feb. 27, 2019 and "Appellees' Amended Objection to Motion For Extension of Time", dated March 1, 2019 does not constitute service.

6. Where Appellant has never registered as an e-filer and where there is no account of Appellant with any EFSP, there can be no such service to Appellant via "e-File". <u>Nor</u> has Appellant has been served Appellees' above referenced filings via email, certified, first class or regular mail.

## INTRODUCTION

7. That pursuant to Rule 34.2 of the Texas Rules of Appellate Procedure, there is no written stipulation filed with the trial court (191st District Court) wherein only certain records would be filed with the Court of Appeals in the event of an appeal for the underlying cause number, (DC-16-05606).

8. That, on the contrary, in Appellant's Request For Clerk's Record, dated and filed July 30, 2018, it specifically states, in part, "… *All additional items required to be included in the Clerk's record according to Rule 34.5 of the Texas Rules of Appellate Procedure*".

9. There are thirty-eight (38) records that have been previously requested to be sent up to the Court of Appeals, which have not yet been sent up.

10. There are at least six (6) records that had been previously filed with the Court Clerk for the 191st District Court, which are now missing and/or removed from the Court Portal without a Court Order.

11. There are errors and alterations in the Reporter's Record and the Clerk's Record for which Appellant has requested corrections and of which Appellant has requested relative information. Appellant has made numerous and various requests for corrections, clarifications and inquiries, without any substantive response.

12. There are missing invoices, improper invoices and invoices not sent to Appellant as it relates to the above-referenced thirty-eight (38) records, which

correspond to five (5) supplemental clerk's records requests, dating as far back as December 31, 2018.

13. One (1) of said five (5) supplemental clerk's records requests was filed under an unrelated cause number. This is despite the fact that said supplemental clerk's records request specifically identified the correct cause number (DC-16-05606). Another supplement request was not filed on the portal despite having been filed, and despite having a file stamp. That said supplemental request was filed only after Appellant asked why it wasn't filed.

14. Although Appellant has communicated directly with District Court Clerk, Felicia Pitre, regarding the above-referenced issues so that Appellant can pay, and so that the supplemental clerk's records can be sent up to the Court of Appeals, Ms. Pitre has been unresponsive to Appellant's requests for clarifications, corrections and invoices that relate to each outstanding supplemental clerk records requests.

15. Since Ms. Pitre failed to cooperate with Appellant's requests for clarification, corrections and correct invoices, Appellant filed correspondence with the Court Clerk of the 191st District Court on February 25, 2019. Since filing said correspondence, references to Appellant's supplemental requests for clerk's records on the court portal have changed.

16. Appellant's Amended Brief is due on March 7, 2019.

17. For all of the above-referenced facts, which are addressed in detail below, Appellant is requesting an extension to file her Amended Brief so that the complete and correct requested records relevant to the underlying appeal have been sent up to the Court of Appeals, and so that Appellant will have the opportunity to review and cite said records prior to filing her Amended Brief.

18. That Appellant files this within motion not for purposes of delay, but in the interest of justice.

19. This is Appellant Pro Se's 2nd request for extension to file her Amended Brief. Appellant is requesting an extension to file her Amended Brief on March 28, 2019, provided said pleadings/records have been sent to the Court of Appeals. Appellant's extension contemplates avoidance of substantial and irreparable prejudice and damage to Appellant.

## APPELLANT'S REQUEST FOR CLERK'S RECORD
## JULY 30, 2018

20. On July 30, 2018, Appellant's then attorney Timothy Hootman, (Hootman), filed a "Request For Clerk's Record" with District Clerk, wherein fifteen (15) records were requested, (*Exhibit 1, Request For Clerk's Record, dated July 30, 2018*).

5

21. According to the docket sheet for cause no: DC-16-05606, dated Feb. 22, 2019, there is a notation that on August 1, 2018, the records for said July 30, 2018 clerk's records request were being prepared, (*Exhibit 2, Docket Sheet, dated Feb. 22, 2019, p. 11*).

22. On August 25, 2018[1], Index for Volume 1 of 1, dated August 1, 2018 was filed with the Court of Appeals. In said Index, Felcia Pitre lists the records requested by Hootman on July 30, 2018. In said listing, there is a pleading entitled, *"Plaintiffs' Proposed Findings of Fact and Conclusions of Law"*, which was _not_ part of Appellant's Request For Clerk's Record, dated July 30, 2018, (See *Exhibit 1, Request For Clerk's Record, dated July 30, 2018*).

23. On August 8, 2018, a *"Clerk's Record Payment Notice"* (invoice) of $907.00 was filed for said July 30, 2018 request. Next to the notation on the Docket Sheet for said date, it states, *"Clerk's Record Payment Notice"*. It further stated, *"Emailed Atty $907.00"*, (*Exhibit 2, Docket Sheet, dated Feb. 22, 2019, p. 11*).

24. Approximately five (5) weeks later, on September 11, 2018, The Court of Appeals (COA) sent a letter to Hootman asking Hootman to verify payment of said Invoice for said July 30, 2018 Clerk's Record Request. In his response to the COA, Hootman stated that he had sent a check in the amount of $907.00 for said invoice to the Dallas County District Clerk's office on September 10, 2018.

[1] On the same date, August 25, 2018, Appellees' Supplemental Request For Clerk's Record, dated August 24, 2018, was also filed at the Court of Appeals. There is no indication on the record that Appellees filed *any* request for Clerk's Record *prior* to August 24, 2018.

25. On September 14, 2018, Hootman emailed Appellant, wherein he stated, *"The district clerk accidentally sent the $907.00 bill for the clerk's record to the wrong attorney...",* (*Exhibit 3, Letter, dated September 11, 2018 and Email, dated September 14, 2018*).

26. Prior to said email, dated September 14, 2018, Appellant had not been made aware that the bill for said clerk's record request, dated July 30, 2018, was not received by Hootman or that it was "accidentally" sent to the wrong attorney.

27. After receiving said email from Hootman, Appellant deposited an additional $3,145.00 into Hootman's bank account, which she confirmed via text message to Hootman.

28. In said text message, she informed Hootman that $907.00 of said $3,145.00 was to be used to pay said invoice, (*Exhibit 4, Invoice, dated August 8, 201, Text Message of deposit and copy Deposit Slip for $3,145.00*).

29. At the time that Appellant paid said invoice of $907.00 for said July 30, 2018 "Request For Clerk's Record", she had not yet become aware that said *unsigned* pleading, entitled, *"Plaintiffs' Proposed Findings of Fact and Conclusions of Law",* was included in the cost of said invoice[2].

---

[2] Appellant had become aware that said pleading, "*Plaintiff's Proposed Findings of Facts and Conclusions of Law*" only after the Clerk for the Court of Appeals provided her with a CD of the pleadings sent up to the Court of Appeals.

30. Said pleading, however was _not_ part of Appellant's "Request For Clerk's Record", dated July 30, 2018, (_Exhibit 1, Request For Clerk's Record, dated July 30, 2018_).

## APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

## DECEMBER 31, 2018

31. On December 30, 2018, Appellant sent an email to Hootman, wherein she stated, in part, "_Attached is a list of documents/records that absolutely must be sent up to the Appellate Court...Also I still have not received a copy of the remaining files that went up to the Appellate Court that you stated you had received..._", (_Exhibit 5, Email, dated December 30, 2018 @6:10pm with List of Documents_[3]).

32. The list attached to said email included thirty-four pleadings, records etc, which were in addition to numerous other pleadings/ records that Appellant had previously requested Hootman to have sent to the Court of Appeals.

33. At 12:00am on December 31, 2018[4], Hootman filed "_Appellant's Request For Supplemental Clerk's Record_", wherein he listed twenty-seven (27) pleadings, records, etc requested, (_Exhibit 6, "Appellant's Request for Supplemental Clerk's Records"_).

---

[3] Said list of pleadings/records was reduced to writing and attached to said email to Hootman since he had failed to request said pleadings/records upon Appellant's previous multiple requests (verbal and in emails) to do so.

[4] After having filed Appellant's Supplemental Request For Clerk's Record on Dec. 31, 2018 at 12:00am, Hootman filed his Motion To Withdraw as Attorney on Appellant's other appeal, 05-18-01126-CV (Hermus case) on Jan. 2, 2019.

34. On the Feb, 22, 2019 Court Portal, for the date for Dec. 31, 2018, under the comment section, it refers to Appellant's Request For Supplemental Clerk's Record as "*Supplemental Clerk's Record Request*", (*Exhibit 7, Court Portal, dated February 20, 2019*).

35. On the same court portal, (Feb. 20, 2019) for the date, Jan. 4, 2019, under the comment section it states, "*Preparing Supplemental Record 05018-00868*", (*Exhibit 7, Court Portal, dated February 20, 2019*).

36. After Appellant had filed said correspondence to Felicia Pitre with the Court Clerk in the 191st District Court on February 25, 2019, after having not received responses to her inquiries and requests for invoice clarification and corrections, the references to said Dec. 31, 2018 "Appellant's Request For Supplemental Clerk's Record" (within exhibit 6), changed on the court portal.

37. On the February 28, 2019 and the March 1, 2019 court portal under the comment section for the date, Dec. 31, 2018, it refers to Appellant's Request For Supplemental Clerk's Record as "#2 *Supplemental Clerk's Record Request*", (*Exhibit 8, Court Portal, dated February 28, 2019, p. 28 and Exhibit 9, Court Portal, dated March 1, 2019*).

9

38. Said Dec. 31, 2018 was Appellant's first Request For Supplemental Clerk's Record, while Hootman was still her attorney[5]. Note that on the Docket Sheet, dated February 22, 2019, there is no number attached to Appellant's Request For Supplemental Clerk's Record, (*See Exhibit 2, Docket Sheet, dated February 22, 2019, p. 13*).

39. On the same court portal, (Feb. 28, 2019) for the date, Jan. 4, 2019, under the comment section it does not reference a *numbered* supplemental request for Appellant's Dec. 31, 2018 request for supplemental clerk's record. Instead, it states, "*Preparing Supplemental Record 05018-00868*", which is the same as Docket Sheet, dated February 22, 2019, and the court portal, dated March 1, 2019, (Exhibit 9, Court Portal, dated March, 1, 2019, p. 28; See also *Exhibit 8, Court Portal, dated February 28, 2019, p. 28 and Exhibit 2, Docket Sheet, dated Feb. 22, 2019, p. 13*).

40. For the date January 17, 2019, on said court portal (Feb. 28, 2019), under the heading, "Clerk's Record Payment Invoice", it states, "*#2 Supplemental Clerk's Record*", (*Exhibit 8, Court Portal, dated February 28, 2019, p. 28*).

41. On the court portal, dated February 20, 2019, for the same date, January 17, 2019, under the heading "Clerk's Record Payment Invoice", it does not refer to *any* record requests, (*Exhibit 7, Court Portal, dated February 20, 2019*).

---

[5] Attorney Timothy Hootman continued to be Appellant's attorney until he was discharged by the Court of Appeals on January 15, 2019. He had filed a Motion To Withdraw from this underlying appeal on January 7, 2019.

10

42. On the Docket Sheet, dated February 22, 2019, for the date January 17, 2019, it states, "*Clerk's Record Payment Invoice 2019; Party: Defendant D'Olivio, Brigetta*". There is <u>no</u> reference to a "#2 Supplemental Clerk's Record" as there is on the Feb 28, 2019 and March 1, 2019 court portals for the same date, (*Exhibit 2, Docket Sheet, dated Feb. 22, 2019; Exhibit 8, Court Portal, dated Feb. 28, 2019 and Exhibit 9, Court Portal, dated March 1, 2019*).

43. After having received a copy of "*Appellant's Request For Supplemental Clerk's Record*" that Hootman had filed on Dec. 31, 2018, it became apparent to Appellant that Hootman had made errors in the dates of the records he had requested. This is despite the fact that the list Appellant had sent to him on Dec. 30, 2018 had the <u>correct</u> filing dates for each of the pleadings/documents to be requested, (See *Exhibit 5, Email, dated December 30, 2018 @6:10pm with List of Documents , p. 4; and Exhibit 6, "Appellant Request For Supplemental Clerk's Record", dated December 31, 2018*).

44. On January 10, 2019, Appellant sent Hootman an email wherein she requested that he correct the incorrect dates he attributed to the pleadings/records that he had requested in said supplemental request of Dec. 31, 2018. She requested that he make the corrections *no later* Jan. 11, 2019, (*Exhibit 10, Email, dated Jan. 10, 2019*). Hootman did not inform Appellant that he did not make such corrections.

11

45. On Jan. 15, 2019, the Court of Appeals filed an Order officially discharging Hootman. From said date, Appellant has been pro se.

## APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

## JANUARY 16, 2019

46. Since there was nothing on the record to indicate that Hootman had filed the corrected supplemental records request, Appellant Pro Se filed "*Appellant's Request For Supplemental Clerk's Record on January 16, 2019*". Said request would be the 2nd supplemental records request. Said request included the two (2) documents that Appellant had requested Hootman to correct in said email, dated Jan. 10, 2019, but which he failed to do, (*Exhibit 11, "Appellant's Request For Supplemental Clerk's Record", filed Jan. 16, 2019*).

47. On the Docket Sheet, dated February 22, 2019, for the date Jan. 16, 2019, under the heading "Supplemental Clerk Records Request", it states, "*Party: Defendant D'Olivio, Brigetta*", (*Exhibit 2, dated February 22, 2019, p. 13*).

48. On the Court Portal, dated February 20, 2019, for the dated January 16, 2019, under the heading, "Supplemental Clerk Records Request", it states, "*Supplemental Clerk's Record Request*", without any reference to which number request it is, (*Exhibit 7, Court Portal, dated February 20, 2019*).

49. On the court portals, dated February 28, 2019 and March 1, 2019, for the date, January 16, 2019, under the heading, "Supplemental Clerk Records Request", it

12

states, *"#3 Supplemental Clerk's Record Request"*, (*Exhibit 8 and 9, Court Portal, dated February 28, 2019, and March 1, 2019*).

50. Nowhere in the Docketsheet, dated Feb. 22, 2019, nor in the court portals dated, Feb. 20, 2019; Feb. 28, 2019 and March 1, 2019, does it state that Appellant's Jan. 16, 2019 supplemental records request is being prepared.

51. On the Docket Sheet, dated February 22, 2019 and on the court portals, dated February 20, 2019, February 28, 2019 and March 1, 2019, for the date, January 16, 2019, which was the same date that Appellant filed said January 16, 2019 Request For Supplemental Clerk's Record, they all state, *"Note from the Clerks: Bill Pro Se for this Supplement. Verified atty T. Hootman withdrew from appeal case. Order signed in the 5th Court of Appeals, 1/15/19"*, (*Refer to Exhibit 2, Docket Sheet, dated February, 22, 2019, p. 13*).

52. On the same Docket Sheet for the following day, Jan. 17, 2019, it states, *"Clerk''s Record Payment Notice" Party: Defendant D'Olivio"*, (Exhibit 2, Docket Sheet, dated February 22, 2019).

53. On the court portal, dated February 20, 2019, for the same date, January 17, 2019, under the heading, "Clerk's Record Payment Invoice", there is no reference to *any* supplemental clerk's record request, (*Exhibit 7, Court Portal, dated February 20, 2019*).

13

54. On the court portals, dated February 28, 2019 and March 1, 2019, for the same date, January 17, 2019, under the heading, "Clerk's Record Payment Invoice", they both state, *"#2 Supplemental Clerk's Record"*. This is despite the fact that Appellant's January 16, 2019 Request For Supplemental Records is the same date as the January 16, 2019 reference to "...*Bill Pro Se for this Supplement. Verified atty T. Hootman withdrew from appeal case. Order signed in the 5th Court of Appeals, 1/15/19...*", and is, in fact, the first supplemental clerk's record request that Appellant filed as "Pro Se" after Hootman was discharged on January 15, 2019, (*Exhibits 8 and 9, Court Portals, dated February 28, 2019 and March 1, 2019*).

55. Moreover, where the court portals, dated Feb. 28, 2019 and March 1, 2019, suddenly refer to Appellant's December 31, 2018 Request For Supplemental Clerk's Record as "#2", then said reference to "#2 Supplemental Clerk's Record" for the date January 17, 2019, is eighteen (18) days *after* said Dec. 31, 2018 supplemental clerk's record request was filed, and thirteen (13) days *after*, the January 4, 2019 notation in the Docket Sheet, dated Feb. 22, 2019 and in the court portals, dated Feb. 20, 2019, Feb. 28, 2019 and March 1, 2019, state *"preparing supplemental record"*, (*See Exhibit 6, Appellant's Supplemental Request For Clerk's Record", dated December 31, 2018*).

## APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

## FEBRUARY 12, 2019

56. On Feb. 12, 2019, Appellant filed *"Appellant's Request For Supplemental Clerk's Record"*. Like the January 16, 2019, supplemental clerk's record request, Appellant's February 12, 2019, request for supplemental clerk's record also contained only two (2) documents, (*Exhibit 12, "Appellant's Request For Supplemental Clerk's Record"*).

57. On the Docket Sheet, dated February 22, 2019, for the date February 12, 2019, it states, *"Supplemental Clerk's Record Request, Party: Defendant D'Olivio, Brigetta"*, (*Exhibit 2, Docket Sheet, dated February 22, 2019, p. 13*).

58. On the court portal, dated February 20, 2019, for the date, February 12, 2019, under the heading, "Supplemental Clerk's Record Request", it states, *"Supplemental Clerk Record's Request"*, (Exhibit 7, Court Portal, dated February 20, 2019).

59. On the court portal, dated February 28, 2019 and March 1, 2019, for the date, February 12, 2019, under the heading, "Supplemental Clerk's Record Request", it states, *"#4 Supplemental Clerk's Record Request"*, (*Exhibits 8 and 9, Court Portals, dated February 28, 2019 and March 1, 2019, p. 29 and p. 28 respectively*).

60. On the court portals, dated February 20, 2019, February 28, 2019 and March 1, 2019, for the date February 18, 2019, they all state, "*Preparing Supplemental Clerk's Record #2  05-18-00868*", (*Exhibits 7, 8, 9, Court Portals, dated Feb. 20, 2019; Feb, 28, 2019 and March 1, 2019*) .

61. Where Appellant's December 31, 2018 Request For Supplemental Clerk's Record is noted on all the court portal dates herein as *being prepared* on January 4, 2019, and where said Dec. 31, 2018 supplemental request for clerk's record is not marked as "#2" on the court portal, dated February 20, 2019, and nor on the Docket Sheet, dated, February 22, 2019, but is marked as "#2" on the court portals for Feb. 28, 2019 and March 1, 2019, then where, under the heading, "Supplemental Clerk's Record Request", for the date, February 18, 2019, it states, "*preparing supplemental clerk's record #2*", is not only conflicting, but it is forty-eight (48) days *after* said Dec. 31, 2018 supplemental clerk's record request was filed, (*See Exhibit 7, Court Portal, dated February 20, 2019 and Court Portal, dated February 28, 2019, p. 29*).

62. On the Court Portal, dated February 20, 2019, for the date February 18, 2019, under the heading, "Clerk's record Payment Invoice", there is no reference to any supplemental requests for clerk's record, (*Exhibit 7, Court Portal, dated February 20, 2019*).

16

63. On the court portals, for the dates February 28, 2019 and March 1, 2019, under the heading "Clerk's record Payment Invoice", they both state, *"#3 supplemental clerk's record"*, (*Exhibits 8 and 9, Court Portals, dated February 28, 2019 and March 1, 2019, p. 29*)

64. On the court portal, dated February 20, 2019 for the date February 19, 2019, it states, *"Supplemental Clerk's Record Request"*, yet Appellant did not file a supplemental clerk's records request on February 19, 2019, (*Exhibit 7, Court Portal, dated February 20, 2019*).

65. On the court portals for the dates, February 28, 2019 and March 1, 2019, for the date February 19, 2019, there are no references to any supplemental, whatsoever, (*Exhibit 8 and 9, Court Portals, dated February 28, 2019 and March 1, 2019, p. 30*).

66. On February 19, 2019, Appellant paid said invoice, dated Feb. 18, 2019 for her Feb. 12, 2019 supplemental request, (*Exhibit 13, Invoice, dated Feb. 18, 2019 and Receipt for payment, dated, Feb. 19, 2019*) .

67. Said February 18, 2019 invoice was not sent to Appellant. She had noticed it on the Court Portal, and since her February 12, 2019 Request For Supplemental Clerk's Record, was the second supplemental request for clerk's record that Appellant had filed as Pro Se, she believed said invoice was related to said 2nd supplemental request of February 12, 2019. At this time, Appellant was not aware

17

that the December 31, 2018 Request For Supplemental Clerk's Record had not yet been sent up to the Court of Appeals.

## APPELLANT'S FEBRUARY 12, 2019 REQUEST FOR SUPPLEMENTAL CLERK'S RECORD FILED UNDER INCORRECT CAUSE NUMBER

68. On the same date, Feb. 12, 2019, that Appellant filed her Request For Supplemental Clerk's Record, she also filed correspondence with the Court since she had not yet received an invoice from the Court Clerk for her Jan. 16, 2019 supplemental records request , and since it was notated on the docket that the clerks were to "*Bill Pro Se*", (*Exhibit 14, Correspondence, dated Feb. 12, 2019*).

69. After having checked the court portal for cause number DC-16-05606 on the evening of Feb. 12, 2019, it became apparent to Appellant that the two (2) documents she had filed with the Court Clerk for the 191st District Court earlier in the day on Feb. 12, 2019 (Appellant's Request For Supplemental Clerk's Record and Correspondence to the Court) were not filed under said cause number (DC-16-05606), despite the fact that said documents *specifically* referenced said cause number (DC-16-05606).

70. Instead they were improperly filed under cause number, (DC-18-18015), which is also with the 191st District Court. Said cause number (DC-18-18015) is a new lawsuit filed by Appellees on Nov. 30, 2018 against Appellant and her daughters. Said new lawsuit is also frivolous. Appellant's Feb. 12, 2019 "Request For

Supplemental Clerk's Record" and said Correspondence to the Court, dated February 12, 2019 are not related to DC-18-18015.

69. As a result of the improper filing of the Appellant's Supplemental Clerk's Record and Correspondence to the Court, on the following day, Feb. 13, 2019, Appellant filed a letter with the 191st District Court for cause number (DC-16-05606) regarding said improper filing, (*Exhibit 15, Correspondence to the Court, dated Feb. 13, 2019 @3:33pm and Court Portal for cause number DC-18-18015, dated Feb. 25, 2019*).

70. On the same date, Appellant sent a letter to the Court of Appeals, wherein she addressed, among other issues, the improper filing of said above-referenced documents, (*Exhibit 15, Correspondence to the Court of Appeals, dated Feb. 13, 2019*).

## INVOICE DATED FEBRUARY 13, 2019

71. On the same date, Feb. 13, 2019, at 3:30am, Appellant sent an email to District Court Clerk, Felicia Pitre, wherein she stated, "*I have an invoice dated February 13, 2019 for the amount of $1,018.00. What is this amount for? What Appellant Request and/or Supplemental Request For Clerk's Record is this for? Please provide the file stamp date and time this request was made and by whom. I will be in to pay this receipt on February 13, 2019*" .

72. Since Appellant had not heard from Ms. Pitre, she sent another email to her on the same date, Feb. 13, 2019 at 1:25pm, wherein she stated, in part, "*I am waiting for a response regarding the following: 1. Invoice, dated February 13, 2019...The Invoice question I posed to you, must be answered. I am waiting to make a payment should a payment be due*".

73. On the same date, at 5:11pm, Ms. Pitre responded via email to Appellant's email, wherein she stated, "*Listed is a summary of actions regarding monies owed for the Clerk's Record*". In said email, Ms. Pitre included a list of "summary of actions" which included the Jan. 17, 2019. For said date, Jan. 17, 2019, it states, "*Invoiced attorney $1018.00*".

74. That in said summary of actions, there is no notation for any invoice dated *Feb. 13, 2019*. Moreover, for the date of January 16, 2019 on the docket sheet, dated February 22, 2019 and the court portals herein, dated February 20, 2019, February 28, 2019 and March 1, 2019, the clerk's notes specifically reference that Hootman had been discharged on Jan. 15, 2019 and it further stated therefore, to "Bill Pro Se", (*Exhibit 16, Invoice, dated Feb. 13, 2019 and Emails, dated Feb. 13, 2019*).

75. That **nowhere** on any of the court portals **nor** on the docket sheet is there any reference for any invoice with a date of February 13, 2019, (*Exhibit 2, Docket Sheet, dated February 22, 2019; and Exhibit 7, 8, 9, Court Portals, dated February 20, 2019, February 28, 2019 and March 1, 2019*).

20

76. On Feb. 14, 2019 Appellant sent another email to Ms. Pitre, wherein she stated, "Is the invoice, dated Feb. 13, 2019 the same as the listing stating, "*1/17/2019 Invoice attorney $1018.00*". *If so, why was an attorney who was discharged sent any information regarding my case since, according to the information on the portal listed as 1/16/2019 states, in part, "Bill Pro Se"? What else, if anything, has been sent to discharged attorney Hootman since COA Order, dated 1/15/2019...*", (*Exhibit 17, Email, dated Feb. 14, 2019*) .

77. District Court Clerk, Felicia Pitre, has since failed to respond to Appellant's requests regarding said Invoice, dated Feb. 13, 2019.

78. On Feb. 21, 2019, Appellant sent two (2) emails to District Court Clerk, Felicia Pitre. In the first email, Appellant states, in part, wherein she stated in part, "*Initially on February 13, 2019, I emailed you regarding... also an Invoice, dated February 13, 2019. Your response did not answer my questions regarding the February 13, 2019 Invoice. Instead you sent me a "summary of actions" regarding monies owed for the Clerk's record. I responded to your email response with additional questions regarding the February 13, 2019 Invoice which is not listed in your summary of acti*ons. I have not received an email or certified letter, or otherwise from you responding to my questions regarding my response email with additional questions posed for the purpose of clarification..."

21

79. In the 2nd email to Ms. Pitre on the same date, Appellant states, in part, "*Please confirm exactly what Invoices have been paid for by discharged attorney Hootman in reference to Cause No. DC-16-05606. I have paid Mr. Hootman over $20,000.00 which also included the cost of preparation of Clerk's records. Please forward any and all receipts of payment and to which request each payment was associated with. Please also include which documents (records) were actually included in the cost associated with each Invoice, and which documents (records) were, in fact, prepared and sent to the Court of Appeals*", (*Exhibit 18, Email, dated Feb. 21, 2019*).

80. Ms.Pitre has failed to respond to these emails, as well.

81. On Feb. 23, 2019, Appellant sent another email to Ms. Pitre, wherein she stated, in part, "*Your immediate response to the questions regarding an alleged "outstanding balance" allegedly owed by Appellant D'Olivio, as indicated via email and correspondence filed with the Court of Appeals and 191st District Court, and brought to your attention on multiple occasions and was also brought to the attention of District Clerk, Angela Conejo on Feb. 19,2019 is required...*", (*Exhibit 19, Email, dated Feb. 23, 2019*).

82. Ms. Pitre has failed to respond to this email, as well.

83. The only invoices Appellant has received up to the date of said Feb. 23, 2019 email was the Feb. 13, 2019 Invoice, for which Ms. Pitre has failed to clarify and

22

which is not listed docket sheet, nor on the "summary of action" list she had sent to Appellant on Feb. 13, 2019. The other Invoice, dated Feb. 18, 2019, Appellant has paid.

84. On Feb. 25, 2019, @12:15pm, Appellant filed a correspondence to Ms. Pitre. Said correspondence was in reference to obtaining clarification to said Feb. 13, 2019 Invoice, Appellant's outstanding requests for copies of invoices Appellant has never received for an alleged "outstanding balance" of $1,423.00. In said correspondence, Appellant states, in part, "...*Should Appellant D'Olivio have any "outstanding balance", she is prepared to pay what is owed, if any...*", (*Exhibit 20, Correspondence to Ms. Pitre, filed Feb. 25, 2019*).

85. Prior to having filed said correspondence and on the same date, Feb. 25, 2019, Appellant met with Angela Conejo, wherein she inquired as to why she hadn't received any email from Ms. Conjeo nor Deputy District Clerk "Shiela" after she had met with them on Feb. 19, 2019 regarding the same issues that Appellant had been discussing with Ms. Pitre.

86. During the meeting on Feb. 19, 2019, Ms. Conejo confirmed that the Clerks had made a mistake in not sending Appellant any invoice and that Shiela would email Appellant on the same day (Feb. 19, 2019) clarifying these issues.

87. Ms. Conejo initially claimed that an email was sent to Appellant. When Appellant informed Ms. Conejo that, in fact, no email was sent to her, and that it

23

has been almost two (2) weeks since Appellant first contacted Ms. Pitre regarding clarifications and corrections, Ms. Conejo called another clerk by the name of "Denise".

88. Ms. Denise stated to Appellant that she and Shiela Bradley were working on Appellant's request for clarification and correction, but that Ms. Bradley was out for the day.

89. When Appellant informed Ms. Conejo that she had correspondence addressed to District Court Clerk, Felicia Pitre, and that said correspondence was related to the same issues, and request for invoices, Appellant was informed that any correspondence directed to Ms. Pitre would have to be filed with the 191st Court Clerk office.

## INVOICE DATED FEBRUARY 25, 2019

90. Despite claiming that Ms. Bradley and Denise were "working" on the clarifications and corrections to be emailed to Appellant, at 12:49pm, Document Lead Clerk, Gay Lane, sent a "test" email to Appellant. There would be no reason to send a "test" email to Appellant since Ms. Pitra, Ms. Conejo and the District Court have Appellant's email address. .

91. The fact that Ms. Lane sent a "test" email to Appellant's email address further proves, however, that *not one single invoice* from said December 31, 2018, January 16, 2019 and February 12, 2019 Supplemental Requests For Clerk's Records were

24

sent to Appellant. This is further despite the fact that on January 16, 2019, all of the court portals herein, (Feb. 20, 2019; Feb. 28, 2019 and March 1, 2019) stated to "*Bill Pro Se*", commencing January 16, 2019, (*Exhibit 21, Email, dated February 25, 2019*).

92. Immediately following her "test" email to Appellant, at 12:52pm on the same date, February 25, 2019, Ms. Lane emailed Appellant sent another email to Appellant. Attached to said email was an Invoice, dated Feb. 25, 2019 in the amount of $1018.00, (*Exhibit 22, Email with attached Invoice, both Feb. 25, 2019*).

93. On the Court Portals , dated February 28, 2019 and March 1, 2019, for the date, February 25, 2019, under the heading, "Clerk's Record Payment Invoice", it states, "*Duplicate Invoice For Supp #2 CR Sent To Pro Se*", (*Exhibits 8 and 9, Court Portals, dated February 28, 2019 and March 1, 2019, p. 30*).

94. That said February 25, 2019 Invoice, which Ms. Lane emailed to Appellant on February 25, 2019 is a copy of the February 13, 2019 Invoice that was *never* listed, *nor* referenced anywhere on the Court Portals. The only difference is, said February 25, 2019 Invoice had the "#2" on it, yet any reference to #2 did not occur until February 28, 2019 – three days later.

95. Moreover, Appellant paid what was the 2nd Invoice on February 19, 2019. Said Invoice, which was $32.00 was for Appellant's February 12, 2019 Request For

25

Supplemental Clerk's Record, (*See Exhibit 12, Request For Supplemental Clerk's Record, dated February 12, 2019*).

96. If the District Court Clerks are now claiming that the February 25, 2019 Invoice was for the December 31, 2018 Request For Supplemental Clerk's Record, since said Dec. 31, 2018 supplemental request was marked as "#2" *after* Appellant filed her correspondence to Ms. Pitre on February 25, 2018, then said Invoice was sent to Appellant *fifty-five (55)* days *after* said supplemental request was filed on December 31, 2018, (*Exhibit 7, Court Portal, dated February 20, 2019 and Exhibit 8, Court Portal, dated February 28, 2019*).

97. Absent from Ms. Lane's email, dated February 25, 2019, however, is any clarification on the Feb. 13, 2019 Invoice and the alleged "outstanding balance" of $1,423.00. Further absent from said email are any answers to the other outstanding questions as to what records were actually sent up to the Court of Appeals; what did the invoice, which was sent to Hootman on January 17, 2019 pertain to and whether, or not, he has paid said invoice.

98. Although Appellant filed said Feb. 25, 2019 correspondence to District Court Clerk, Felicia Pitre @ 12:15pm and said email, dated Feb. 25, 2019, with said attached invoice, was sent at 12:52pm, as of the evening of Feb. 25, 2019, the only document listed on the court portal for Feb. 25, 2019 was said invoice. Appellant's correspondence, dated and filed February 25, 2019 were not list despite being filed

26

before said email and invoice, dated February 25, 2019, (*Exhibit 23, court portal print-out, dated Feb. 25, 2019*).

100. On February 28, 2019, Appellant sent a certified letter to Ms.Lane in reference to said February 25, 2019 Invoice and in regards to the multiple attempts by Appellant to have the District Clerks, including Felicia Pitre, clarify and correct the records and invoice(s). The certified number for said letter was: 70181830000038975712, (*Exhibit 32, Letter, dated February 28, 2019*).

## APPELLANT'S REQUESTS FOR SUPPLEMENTAL CLERK'S RECORD

## FEBRUARY 26, 2019 and FEBRUARY 27, 2019

101. On February 26, 2019, Appellant filed a Supplemental Request For Clerk's Record. Said request contained seven (7) records, (*Exhibit 24, Appellant's Supplemental Request For Clerk's Record, dated February 26, 2019*).

102. At 10:57am, on February 27, 2019, Appellant filed a Supplemental Request For Clerk's Record, (*Exhibit 25, Appellant's Supplemental Request For Clerk's Record, dated February 27, 2019 @10:57am*).

103. At the time that Appellant filed said Feb. 27, 2019 supplemental request for clerk's record, Appellant noticed that the Supplemental Request For Clerk's Record that she had filed, the day before, February 26, 2019, was not listed on the Court Portal under cause number DC-16-05606.

27

104. When Appellant asked Ms. Canejo where said February 26, 2019 supplemental request was, Ms. Canejo stated that she did not know where it was.

105. Since Appellant's February 26, 2019 supplemental request for clerk's record was not listed on the Court Portal, despite the fact that it was filed and a had file stamp, Appellant took a picture of the Court Portal at 11:04am, which was seven (7) minutes after she filed her February 27, 2019 supplemental request for clerk's record. She did so in order to preserve the fact that said Feb. 26, 2019 supplemental request for clerk's record was not listed on the Court Portal. In said picture, there is the date February 25, 2019, then nothing for February 26, 2019, followed by February 27, 2019, which stated, "*02/27/2019, Supplemental Clerk's Record*", (*Exhibit 26, Picture of Court Portal, dated February 27, 2019*).

106. On the same date, February 27, 2019 @ 2:47pm, Appellant sent an email to Ms. Canejo, wherein she requested that her February 26, 2019 Supplemental Request For Clerk's Record be found and properly filed, (*Exhibit 27, Email, dated February 27, 2019*).

## THIRTY-EIGHT (38) REQUESTED CLERK'S RECORDS
## NOT SENT UP TO COURT OF APPEALS

107. There are thirty-eight (38) clerk records that have not been sent up to the Court of Appeals, despite having been requested as far back as December 31, 2018.

108. The following thirty-nine (39) pleadings, records etc, which have been previously requested have not yet been sent up to the Court of Appeals:

1. Defendant's Post Trial Brief , filed Nov. 29, 2017

2. Defendant's Motion To Exclude Expert Testimony And Report, filed Nov. 20, 2017.

3. Defendant's Amended Special Exception To Plaintiff's Petition, filed Nov. 20, 2017

4. Order Denying Defendant's Motion To Compel Arbitration, filed on or about Dec. 22, 2017.

5. Order Denying Defendant's Amended Special Exceptions, filed on or about Dec. 22, 2017

6. Defendant's Combined Motion To Strike Plaintiffs' Answer To Counterclaims as Untimely and To Strike Plaintiffs' Motion To Strike Defendant's Amended Answer and Counterclaims, filed Nov. 20, 2017

7. Defendant's Motion To Compel Arbitration, filed Nov. 20, 2017

8. Defendant's Motion To Compel, Sanctions, Continuance, filed Nov. 9, 2017

9. Reporter's Certification of Deposition of Brigetta D'Olivio, filed Oct. 24, 2017

10. Plaintiffs' Response To Motion To Compel, filed Nov. 14, 2017

11. Plaintiffs' Designation of Expert Witness, filed July 28, 2017

12. Plaintiff's Designation of Expert Witness filed, Feb. 10, 2017

13. DWOP Notice, (hearing was scheduled for Aug. 11, 2016)

14. Non-Jury Pre-Trial Order, dated August 10, 2016

15. Deposition Transcript, August 11, 2017

16. Defendant's Amended Motion For Continuance, filed August 18, 2017

17. Defendant's Answer To Motion to Withdraw, filed August 11, 2017

18. Defendant's Correspondence to the Court, dated Aug. 24, 2017, filed Aug. 25, 2017

19. Defendant's Demand For Jury Trial, filed Nov. 13, 2017

20. Defendant's Amended Motion To Set Aside, filed September 7, 2017

21. Defendant's Motion To Quash, filed September 7, 2017

22. Attorney Clark's Motion To Withdraw, filed August 18, 2017

23. Defendant's Motion For Continuance, filed August 16, 2017 @4:48pm

24. Order Granting Clark's Motion To Withdraw, dated August 21, 2017

25. Order Denying Defendant's Motion To Quash, dated September 22, 2017

26. Docket Sheet, dated Sept. 22, 2017 an filed Sept. 29, 2017

27. Defendant's Amended Response to Plaintiff's Motion For Sanctions, filed Oct. 4, 2017

28. Plaintiff's Motion For Sanctions, (filed on or about Sept. 29, 2017)

29. Defendant's Correspondence to the Court, filed Oct. 4, 2017

30

30. Defendant's Correspondence to the Court, filed Sept. 26, 2017

31. Defendant's Correspondence to the Court, filed Nov. 13, 2017

32. Atty Kleiman's Correspondence to the Court, filed Dec. 4, 2017

33. Atty Kleiman's Correspondence to the Court, filed Dec. 15, 2017

34. Atty Clark's Response to Defendant's Amended Motion To Set Aside and Motion To Quash, filed (on or about Nov. 16, 2017)

35. Notice of Past Due, filed on or about June 6, 2018

36. Atty Gjesvold's Motion To Withdraw, filed April 19, 2018

37. Order Granting Gjesvold's Motion To Withdraw, dated April 25, 2018

38. Atty Kleiman's Correspondence to Court, filed May 25, 2018

## AT LEAST SIX (6) RECORDS PREVIOUSLY FILED WITH THE COURT CLERKS FOR 191ST DISTRICT COURT ARE MISSING

109. There are pleadings that had been previously _filed_ with Court Clerks in the 191st District Court for cause number DC-16-05606, and requested from, the District Clerks that are now missing from the Court portal; to wit:

A. Defendant's Answer to Motion To Withdraw, filed August 21, 2017

B. Defendant's Motion To Exclude Expert Testimony And Report, filed November 20, 2017

C. Notice of Past Due, filed on or about June 6, 2018,

D. DWOP Notice, which, according to the Court Portal, was mailed to all parties. A hearing for said DWOP was originally scheduled for August 11,

31

2016, but was then cancelled without any records indicating why it was canceled.

E. Order Denying Defendant's Amended Special Exceptions, filed on or about Dec. 22, 2017, (*Exhibit 28, Text Msg, dated Dec. 22, 2017 from atty Gjesvold confirming that said Order was signed and filed*).

F. Order Denying Defendant's Motion To Compel Arbitration, filed on or about Dec. 22, 2017, (*Exhibit 28, Text Msg, dated Dec. 22, 2017 from atty Gjesvold confirming that said Order was signed and filed*).

## COURT REPORTER'S RECORD ALTERED AND INCOMPLETE

109. There are documents filed as evidence during the trial on Nov. 21 -22, 2017 that are missing and documents that have been fabricated since the trial that are included in Volume 10 of Reporter's Record.

110. Two certified letters regarding the hearing transcripts, the trial transcript and the original log, etc, were mailed to Court Reporter Firm, Wright Reporters LLC, (c/o Melba Wright), on February 13, 2019, (Certified Number: 70181830000038971851), (*Exhibit 29 , Letter, dated Feb. 13, 2019, Certified Mailing, dated Feb. 13, 2019*).

111. Since Melba Wright has failed to respond to said certified letter, dated February 13, 2019, a second certified letter was sent to her on February 28, 2019.

The certified number for said February 28, 2019 letter is: 70181830000038975705, (*Exhibit 30, Letter, dated Feb. 28, 2019*).

112. To date, there has not been any response from Wright Reporters LLC regarding the requests contained in said letter.

113. Appellant has paid the Wright Reporters LLC, c/o Melba Wright, in full, $3,737.00 for the Reporter's Record, (*Exhibit 31, Receipt for Reporter's Record, dated August 20, 2019*).

114. At the time that Appellant paid Melba Wright in full for said Reporter's record, Appellant was not aware that, in said total cost of $3,737.00, that there were two (2) transcripts, which Appellant has never ordered/requested. Those transcripts were for the hearing dates of April 25, 2018 and August 17, 2018.

## FURTHER ERRORS IN MASTER INDEX OF REPORTER'S RECORD

115. In the Master Index for the Reporter's Record, there are multiple errors:

### A. Vol. 5 of Reporter's Record

For the Hearing Date Nov. 16, 2017, it states that said hearing was in reference to:

Motion For Jury Trial;

Motion For Sanctions

Motion For Reconsideration.

33

**The Hearing on November 16, 2017 was actually for**:

Defendant's Motion To Compel, Sanctions and Continuance

Defendant's Amended Motion To Set Aside

Plaintiff's Motion To Deny Defendant's Demand For Jury trial

**Date and Location of November 16, 2017 Hearing**

The transcript for Nov. 16, 2017 hearing lists the 192nd District Court and lists the date as Nov. 17, 2017 as the hearing date. **Said hearing actually took place in the 191st District Court on Nov. 16, 2017**. A letter was sent to Melba Wright asking for said transcript to be corrected. It was only partially corrected, (See also *Exhibit 34, Letter, dated Feb. 13, 2019, Certified Mailing, dated Feb. 13, 2019*

### B. Vol. 3 of Reporter's Record

For Hearing date of August 23, 2017, it states that hearing was in reference to:

Motion For Continuance

**The Hearing date on August 23, 2017 was actually for**

Defendant's Amended Motion For Continuance

Atty Clark's Motion To Withdraw

116. That for all of the foregoing reasons, which are supported by documented evidence, and of which are of no fault of Appellant, Appellant requests that she be granted an extension of time to file her Amended Brief from March 7, 2019 to

34

March 28, 2019 or until such time that all of the requested supplemental clerk's records be sent up to the Court of Appeals; all of the missing records, which are also part of the requested records, be located and sent up to the Court of Appeals; and all of the outstanding requests to the District Clerk and Melba Wright be fulfilled. That Appellant makes this request for an extension of time in good faith.

**WHEREFORE**, Appellant prays that this Court grant, in its entirety, Appellant's 3rd Amended Motion To Extend Time To File Appellant's Amended Brief and for whatever further relief this Court deems just.

Respectfully Submitted;

Brigetta D'Olivio
Appellant Pro Se
3800 Pebblecreek Ct., # 120
Plano, TX 75023
214-733-7204

No. 05-18-00868-CV
## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS

---

**Brigetta D'Olivio**

Defendant-Appellant

**v.**

**Greg Fox and Laura Fox**

Plaintiffs-Appellees

---

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Tr. Ct. No. DC-16-05606**

## SWORN AFFIDAVIT

**BEFORE ME,** the undersigned, on this day personally appeared Brigetta D'Olivio. Known to me to be the person whose signature is set forth herein. My name is Brigetta D'Olivio. I am over 18 years of age. I am a resident of Collin County, TX and am fully competent to make this affidavit. I am the Appellant in the above-referenced case (No. 05-18-00868-CV). The facts stated in the foregoing *"Appellant's 3rd Amended Motion To Extend Time To File Appellant's Amended Brief"*, and the facts set forth therein are within my personal knowledge and the same are true and correct.

Brigetta D'Olivio
3800 Pebblecreek Ct. #120
Plano, TX 75023
214-733-7204

**SUBSCRIBED and SWORN** to before me, the undersigned, on this 4th day of March 2019, to certify which witness my hand and seal of office.

**NOTARY PUBLIC**
In and for the State of Texas



AVANIBEN PATEL
Notary Public, State of Texas
Comm. Expires 12-08-2019
Notary ID 128814960

36

**EXHIBIT 1**

No. DC-16-05606

| | | |
|---|---|---|
| GREG FOX | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| BRIGETTA D'OLIVIO | § | 191ST JUDICIAL DISTRICT |

## REQUEST FOR CLERK'S RECORD

To the Clerk:

Appellant, Brigetta D'Olivio, files this request for clerk's record in this appeal and requests the clerk to prepare a Clerk's Record, including the following items:

- Original Petition filed 05/10/2016
- Original answer – general denial filed 07/25/2016
- Amended petition filed 07/28/2017
- Amended answer – amended general denial filed 08/22/2017
- Counterclaim filed 10/23/2017
- Defendants first amended answer and counterclaim
- Original answer – general denial filed 10/24/2017
- Amended answer – amended general denial filed 11/13/2017
- Original answer to cross claim – counter petition filed 11/17/2017
- Amended answer – amended general denial filed 11/20/2017
- Special exceptions filed 11/21/2017
- Motion for judgment filed 01/26/2018
- Final judgment signed 05/02/2018
- Request for findings of fact/conclusions of law filed 05/17/2018
- Notice of Appeal filed 07/28/2018
- This Request for Clerk's Record
- All additional items required to be included in the Clerk's Record according to Rule 34.5 of the Texas Rules of Appellate Procedure

1

Dated:    July 29, 2018

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548 (office)
713.366.6229 (cell)
713.583.9523 (fax)
thootman2000@yahoo.com

ATTORNEY    FOR    APPELLANT
BRIGETTA D'OLIVIO

## CERTIFICATE OF SERVICE

On this day, a copy of the above document was served by electronic service on the following attorneys of record:

David M. Kleiman
VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-3703
dkleiman@vinlaw.com

Dated: July 29, 2018

/s/Timothy A. Hootman
Timothy A. Hootman

2

**EXHIBIT 2**

# DOCKET SHEET

## CASE NO. DC-16-05606

| | | |
|---|---|---|
| **GREG FOX**et al<br>vs.<br>**BRIGETTA D'OLIVIO** | §<br>§<br>§<br>§ | Location: **191st District Court**<br>Judicial Officer: **SLAUGHTER, GENA**<br>Filed on: **05/10/2016** |

### CASE INFORMATION

**Statistical Closures**
05/02/2018    JUDGMENT NON JURY

Case Type: **OTHER CONTRACT**

### PARTY INFORMATION

| | | |
|---|---|---|
| **PLAINTIFF** | **FOX, GREG** | **KLEIMAN, DAVID MASON**<br>*Retained*<br>214-979-7400(W) |
| | **FOX, LAURA** | **KLEIMAN, DAVID MASON**<br>*Retained*<br>214-979-7400(W) |
| **DEFENDANT** | **D'OLIVIO, BRIGETTA** | **PATTERSON, GARY E**<br>*Retained*<br>713-223-3095(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/10/2016 | NEW CASE FILED (OCA) - CIVIL | |
| 05/10/2016 | ORIGINAL PETITION<br>*Plaintiff's Original Petition* | |
| 05/10/2016 | ISSUE CITATION | |
| 05/11/2016 | CASE FILING COVER SHEET<br>*Civil Case Information Sheet* | |
| 05/13/2016 | **CITATION**<br>D'OLIVIO, BRIGETTA<br>Served: 07/01/2016 | |
| 05/13/2016 | CITATION ISSUED | |
| 06/24/2016 | MOTION - SUBSTITUTE SERVICE<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA | |
| 06/24/2016 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*Order Granting Substituted Service* | |
| 06/24/2016 | NOTE - CLERKS<br>*ORDER SUBS SERVICE - ADMIN QUE* | |
| 06/27/2016 | ORDER - SUBSTITUTE SERVICE<br>*BRIDGETTA D'OLIVIO* | *Vol./Book 425J,*<br>*Page 955, 1 pages* |
| 07/07/2016 | RETURN OF SERVICE<br>*BRIGETTA D'OLIVIO RETURN OF SERVICE* | |

| 07/25/2016 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*Defendant's Original Answer* | |
| 07/25/2016 | VACATION LETTER<br>*Vacation Letter* | |
| 08/10/2016 | ORDER - PRETRIAL | *Vol./Book 426J,*<br>*Page 339, 1 pages* |
| 08/11/2016 | *CANCELED* **DISMISSAL FOR WANT OF PROSECUTION** (9:00 AM) (Judicial Officer: SLAUGHTER, GENA)<br>*BY COURT ADMINISTRATOR*<br>*S/S MAILED* | |
| 01/10/2017 | VACATION LETTER<br>Party: ATTORNEY KLEIMAN, DAVID MASON<br>*Vacation Letter* | |
| 02/10/2017 | DESIGNATION OF EXPERT WITNESS(ES)<br>*PLAINTIFF'S* | |
| 05/02/2017 | **JUDGMENT NON-JURY** (Judicial Officer: SLAUGHTER, GENA) | *Vol./Book 0,*<br>*Page 0, 4 pages* |

Judgment Amount      $281,506.40
Pre-Judgment Interest      $31,100.64
Court Costs      $1,126.00
Attorney Fees      $58,407.00
Total Judgment      of $372,140.04
     Awarded To: GREG FOX, et al
     Awarded against: BRIGETTA D'OLIVIO

| 06/20/2017 | VACATION LETTER<br>*UPDATED VACATION LETTER* | |
| 06/22/2017 | MOTION - COMPEL<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA | |
| 06/23/2017 | NOTICE OF HEARING / FIAT | |
| 07/24/2017 | MOTION - COMPEL<br>*PLTF'S SUPPLEMENTAL M/COMPEL* | |
| 07/28/2017 | **Motion - Compel** (10:00 AM) (Judicial Officer: SLAUGHTER, GENA)<br>Events: 06/22/2017 MOTION - COMPEL | |
| 07/28/2017 | ORDER - COMPEL<br>*AND; SUPPL MOTION* | *Vol./Book 0,*<br>*Page 0, 2 pages* |
| 07/28/2017 | AMENDED PETITION | |
| 07/28/2017 | DESIGNATION OF EXPERT WITNESS(ES)<br>*PLT - AMENDED* | |

| | |
|---|---|
| 08/16/2017 | MOTION - CONTINUANCE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*AMENDED* |
| 08/16/2017 | MOTION - CONTINUANCE<br>Party: ATTORNEY CLARK, ROBERT M; DEFENDANT D'OLIVIO, BRIGETTA<br>*(NOT AGREED)* |
| 08/16/2017 | VACATION LETTER |
| 08/17/2017 | MOTION - CONTINUANCE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA |
| 08/17/2017 | ISSUE NOTICE |
| 08/17/2017 | NOTICE OF HEARING / FIAT<br>*RE: D/M/CONTINUANCE* |
| 08/17/2017 | CORRESPONDENCE - LETTER TO FILE<br>*RE: CONTINUANCE AND WITHDRAWAL OF ATTORNEY* |
| 08/17/2017 | CERTIFICATE OF CONFERENCE<br>*TO DEFENDANTS MOTION FOR CONTINUANCE* |
| 08/17/2017 | **NOTICE**<br>D'OLIVIO, BRIGETTA<br>Served: 08/21/2017<br>*ATTY* |
| 08/18/2017 | NOTICE OF HEARING / FIAT |
| 08/18/2017 | MOTION - WITHDRAW ATTORNEY<br>Party: DEFENDANT D'OLIVIO, BRIGETTA |
| 08/18/2017 | CERTIFICATE OF ATTORNEY |
| 08/18/2017 | MOTION - CONTINUANCE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*AMENDED* |
| 08/18/2017 | ISSUE CITATION<br>*AMENDED MOTION FOR CONTINUANCE* |
| 08/18/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*ORDER WITHDRAW* |
| 08/21/2017 | **CITATION**<br>D'OLIVIO, BRIGETTA<br>Served: 08/21/2017<br>*ATTY/DB* |

08/21/2017 | ORDER - WITHDRAW ATTORNEY
Party: ATTORNEY CLARK, ROBERT M

08/21/2017 | CERTIFICATE OF SERVICE
*DEFENDANT*

08/21/2017 | ISSUE CITATION
*ANSWER TO MOTION TO WITHDRAW AS COUNSEL*

08/22/2017 | **CITATION**
CLARK, ROBERT
Unserved

MASON, DAVID KLEIMAN
Served: 08/22/2017
*ATTY*

08/22/2017 | AMENDED ANSWER - AMENDED GENERAL DENIAL
Party: DEFENDANT D'OLIVIO, BRIGETTA
*TO MOTION TO WITHDRAW AS COUNSEL*

08/22/2017 | ISSUE CITATION
*AMENDED ANSWER TO MOTION TO WITHDRAW AS COUNSEL*

08/22/2017 | **CITATION**

KLEIMAN, DAVID MASON
Served: 08/22/2017
CLARK, ROBERT
Unserved

08/22/2017 | CITATION ISSUED

08/22/2017 | RETURN OF SERVICE
*CIT EXEC 8/21/17 PPS*

08/22/2017 | RETURN OF SERVICE
*NOTICE EXEC 8/21/17 PPS*

08/23/2017 | **Motion - Continuance** (9:30 AM) (Judicial Officer: SLAUGHTER, GENA)
Events: 08/18/2017 MOTION - CONTINUANCE
*15 MINS - 214-733-7204 - AMD/M/CONTINUE SET BY BRIGETTA D'OLIVIO*

08/23/2017 | RETURN OF SERVICE
*CIT EXEC 8/22/17 TO DAVID MASON KLEIMAN PPS*

08/23/2017 | RETURN OF SERVICE
*CIT EXEC 8/22/17 TO DAVID M KLEIMAN PPS*

08/25/2017 | CORRESPONDENCE - LETTER TO FILE
*RE: NOTICE OF WITHDRAWAL*

08/25/2017 | CORRESPONDENCE - LETTER TO FILE

08/28/2017 | *CANCELED* **Non Jury Trial** (9:30 AM) (Judicial Officer: SLAUGHTER, GENA)

*Printed on 02/22/2019 at 10:08 AM*

*CARRIED TO ANOTHER WEEK*

| | |
|---|---|
| 08/28/2017 | 🏠 MOTION - SET ASIDE<br>　Party:  DEFENDANT  D'OLIVIO, BRIGETTA |
| 08/28/2017 | ISSUE CITATION |
| 08/28/2017 | **CITATION**<br>📄 KLEIMAN, DAVID MASON<br>Served:  08/29/2017<br>CLARK, ROBERT<br>Unserved |
| 08/28/2017 | **CITATION**<br>MASON, DAVID KLEIMAN<br>Unserved<br>*N/C* |
| 08/28/2017 | 📄 CITATION ISSUED |
| 08/28/2017 | **CITATION**<br>📄 CLARK, ROBERT<br>Served:  08/29/2017<br>*N/C* |
| 08/28/2017 | **CITATION**<br>CLARK, ROBERT<br>Unserved<br>*N/C* |
| 08/30/2017 | 📄 RETURN OF SERVICE<br>　*CIT EXEC 8/29/17 TO DAVID KLEIMAN MASON PPS* |
| 08/30/2017 | 📄 RETURN OF SERVICE<br>　*CIT EXEC 8/29/17 TO DAVID MASON KLEIMAN PPS* |
| 09/01/2017 | 📄 MOTION - SUBSTITUTE SERVICE<br>　Party:  DEFENDANT  D'OLIVIO, BRIGETTA |
| 09/07/2017 | NOTE - ADMINISTRATOR<br>　*LETTER TO JUDGE* |
| 09/07/2017 | 🏠 MOTION - SET ASIDE<br>　Party:  DEFENDANT  D'OLIVIO, BRIGETTA<br>　*AMENDED M/SET ASIDE ORDER* |
| 09/07/2017 | 📄 CERTIFICATE OF SERVICE<br>　*DEFENDANT* |
| 09/07/2017 | 📄 CERTIFICATE OF CONFERENCE<br>　*DEFENDANT - TO M/SET ASIDE ORDER* |
| 09/07/2017 | 📄 CERTIFICATE OF CONFERENCE<br>　*DEFENDANT - AMD M/SET ASDIE ORDER* |

| | |
|---|---|
| 09/07/2017 | NOTICE OF HEARING / FIAT<br>*AMD M/ SET ASIDE ORDER - DEFENDANT* |
| 09/07/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*ORDER ON AMD M/SET ASIDE ORDER* |
| 09/07/2017 | MOTION - QUASH<br>Party: DEFENDANT D'OLIVIO, BRIGETTA |
| 09/07/2017 | CERTIFICATE OF SERVICE |
| 09/07/2017 | CERTIFICATE OF CONFERENCE<br>*D/M/QUASH* |
| 09/07/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*ORDER ON MOTION QUIIASH* |
| 09/07/2017 | CERTIFICATE OF CONFERENCE<br>*M/QUASH* |
| 09/14/2017 | RETURN OF SERVICE<br>*SUBPOENA: JP MORGAN CHASE BANK NA* |
| 09/19/2017 | MOTION - SANCTIONS<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA |
| 09/20/2017 | RESPONSE<br>*PLAINTIFF'S RESPONSE TO MOTION TO QUASH* |
| 09/22/2017 | **Motion - Quash** (3:45 PM) (Judicial Officer: SLAUGHTER, GENA)<br>*BRIGETTA D'OLIVIO 214 733-7204 15 MIN M/QUASH* |
| 09/22/2017 | ORDER - DENY<br>*O/DENYING (DF) M/QUASH* |
| 09/25/2017 | MISCELLANOUS EVENT<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*LETTER TO COURT REPORTER REQUESTING TRANSCRIPT - COPY GIVEN TO MELBA WRIGHT* |
| 09/25/2017 | NOTICE OF APPEAL - CT. OF APPEALS<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*DESIGNATION REQUESTED AT TIME OF ACCEPTANCE W/IN 3 DAYS* |
| 09/26/2017 | CORRESPONDENCE - LETTER TO FILE<br>*LETTER TO JUDGE SLAUGHTER* |
| 09/26/2017 | COA - POST CARD<br>*05-17-01119-CV* |
| 09/29/2017 | *CANCELED* **Motion - Sanctions** (10:00 AM) (Judicial Officer: SLAUGHTER, GENA)<br>*REQUESTED BY ATTORNEY/PRO SE* |

*Vol./Book 0,*
*Page 0, 1 pages*

*Printed on 02/22/2019 at 10:08 AM*

*15 MINS - SET BY KIM - 214-979-7443 - CC REQ*

| | |
|---|---|
| 09/29/2017 | REQUEST CLERK PREPARE RECORD<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*clerk's record request* |
| 09/29/2017 | RESPONSE<br>*TO MOTION FOR SANCTIONS* |
| 10/04/2017 | CORRESPONDENCE - LETTER TO FILE<br>*RE: INVOICE #171004-1* |
| 10/04/2017 | VACATION LETTER<br>Party: DEFENDANT D'OLIVIO, BRIGETTA |
| 10/04/2017 | CORRESPONDENCE - LETTER TO FILE<br>*RE: REQUEST TO RE-SCHEDULE DEFENDANT'S SCHEDULED HEARING DATE OF OCTOBER 4TH, 2017 - AMENDED MOTION TO SET ASIDE ORDER* |
| 10/04/2017 | RESPONSE<br>*AMENDED - MOTION FOR SANCTIONS* |
| 10/05/2017 | NOTE - CLERKS<br>*PREPARING CLERKS RECORD* |
| 10/05/2017 | CLERK'S RECORD PAYMENT INVOICE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*EMAILED PRO SE FOR $402* |
| 10/12/2017 | *CANCELED* **MOTION HEARING** (10:00 AM) (Judicial Officer: SLAUGHTER, GENA)<br>*HEARING RESCHEDULED*<br>*D/M/SET ASIDE - BRIGETTA D'OLIVIO 214 733-7204 15 MINS* |
| 10/23/2017 | COUNTER CLAIM<br>Party: DEFENDANT D'OLIVIO, BRIGETTA |
| 10/23/2017 | RESPONSE<br>*ROBERT M. CLARK'S RESPONSE TO BRIGETTA D'OLIVIO'S MOTION TO SET ASIDE ORDER AND MOTION TO QUASH* |
| 10/23/2017 | CERTIFICATE OF CONFERENCE<br>*DEFT CONFERENCE TO 1ST AMD ANS & COUNTERCLAIM* |
| 10/23/2017 | CERTIFICATE OF SERVICE<br>*DEFT'S 1ST AMD ANS & COUNTERCLAIM* |
| 10/24/2017 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*FIRST AMENDED ANSWER* |
| 10/24/2017 | CERTIFICATE OF DEPOSITION<br>*Reporters Certification for the deposition of Brigetta D'Olivio* |
| 11/09/2017 | |

*Printed on 02/22/2019 at 10:08 AM*

MOTION - COMPEL
Party: DEFENDANT D'OLIVIO, BRIGETTA
*SANCTIONS AND CONTINUANCE*

11/09/2017    CERTIFICATE OF CONFERENCE
*TO MOTION TO COMPEL, SANCTIONS AND CONTINUANCE*

11/09/2017    CERTIFICATE OF SERVICE

11/09/2017    NON-SIGNED PROPOSED ORDER/JUDGMENT
*ORDER ON MOTION TO COMPEL, SANCTIONS AND CONTINUANCE*

11/09/2017    NOTICE OF HEARING / FIAT
*RE: MOTION TO COMPEL, SANCTIONS AND CONTINUANCE*

11/13/2017    JURY DEMAND
Party: DEFENDANT D'OLIVIO, BRIGETTA

11/13/2017    CORRESPONDENCE - LETTER TO FILE
*RE: DOCKET CALL*

11/13/2017    CERTIFICATE OF SERVICE

11/13/2017    AFFIDAVIT
Party: DEFENDANT D'OLIVIO, BRIGETTA

11/13/2017    AMENDED ANSWER - AMENDED GENERAL DENIAL
Party: DEFENDANT D'OLIVIO, BRIGETTA
*2ND - 1ST AMENDED COUNTERCLAIM*

11/14/2017    RESPONSE
*PLAINTIFF'S RESPONSE TO MOTION TO COMPEL*

11/14/2017    OBJECTION
*PLAINTIFF'S OBJECTION TO REQUEST FOR JURY TRIAL*

11/16/2017    **MOTION HEARING** (10:15 AM)  (Judicial Officer: SLAUGHTER, GENA)
Events: 10/23/2017 RESPONSE
            11/09/2017 MOTION - COMPEL
            11/09/2017 CERTIFICATE OF CONFERENCE
            11/14/2017 RESPONSE
            09/07/2017 MOTION - SET ASIDE
            09/07/2017 CERTIFICATE OF CONFERENCE
            09/07/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT
            *RE-SET W/BRIGETTA D'OLIVIO (214-733-7204) 15MIN (FINAL HEARING)*

11/17/2017    WITNESS LIST
*Plaintiffs' Witness List*

11/17/2017    NOTICE OF APPEARANCE
Party: ATTORNEY GJESVOLD, JENNIFER K, ESQ
*Notice of Appearance*

| 11/17/2017 | WITNESS LIST<br>*Defendant's Witness List* |
|---|---|
| 11/17/2017 | WITNESS LIST<br>*Defendant's First Amended Witness List* |
| 11/17/2017 | WITNESS LIST<br>*DEFENDANT'S 2ND AMENDED* |
| 11/17/2017 | MOTION - STRIKE<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA<br>*Plaintiffs' Greg and Laura Fox Motion to Strike Counterclaim* |
| 11/17/2017 | ORIGINAL ANSWER TO CROSS CLAIM - COUNTER PETITION<br>*(Plaintiffs Greg and Laura Fox) ' Answer to Counterclaim* |
| 11/20/2017 | *CANCELED* **Non Jury Trial** (9:30 AM) (Judicial Officer: SLAUGHTER, GENA)<br>*BY COURT ADMINISTRATOR* |
| 11/20/2017 | AMENDED ANSWER - AMENDED GENERAL DENIAL<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA<br>*Plaintiffs' Amended Answer to Counterclaim* |
| 11/20/2017 | MOTION - STRIKE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*Combined Motion to Strike P's Answer to CC & Strike MTS-D'Olivio* |
| 11/21/2017 | MOTION - COMPEL<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*Motion to Compel Arbitration-D'Olivio-0006* |
| 11/21/2017 | SPECIAL EXCEPTIONS<br>*Defendant's Amended Special Exceptions to Plaintiff's Amended Petition* |
| 11/21/2017 | INACTIVATE CASE (OCA) |
| 11/27/2017 | COA - POST CARD<br>*05-17-01119-CV* |
| 11/29/2017 | BRIEF FILED<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA<br>*PLAINTIFFS' POST TRIAL BRIEF EMAILED JUDGE ON BREIF* |
| 11/29/2017 | BRIEF FILED<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*DEFENDANT'S POST TRIAL BRIEF EMAILED JUDGE ON BRIEF* |
| 11/30/2017 | NOTE - CLERKS<br>*COURTESY COPY REC'D - PLAINTIFF'S POST TRIAL BRIEF - PLACED IN ADMIN TRAY* |
| 12/04/2017 | CORRESPONDENCE - LETTER TO FILE<br>*Plaintiffs' letter to Court re Release of Lien EMAIL JUDGE* |

*Printed on 02/22/2019 at 10:08 AM*

| | |
|---|---|
| 12/04/2017 | NOTE - CLERKS<br>*COURTESY COPY REC'D 12/4/17 CORRESPONDENCE LETTER TO JUDGE SUBMITTED TO ADMIN TRAY.* |
| 12/05/2017 | COA - NO PAYMENT LETTER<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*05-17-01119-CV SUBMIT 5THCOA W/CONFIRMATION #26599* |
| 12/07/2017 | COA - CORRESPONDENCE LETTER<br>*05-17-01119-CV* |
| 12/18/2017 | CORRESPONDENCE - LETTER TO FILE<br>*Letter to Judge Slaughter WITH PROPOSED JUDGMENT* |
| 12/18/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*Order on Defendant's Special Exceptions* |
| 12/18/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*FINAL JUDGMENT* |
| 12/18/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*Proposed Order* |
| 01/26/2018 | MOTION - JUDGMENT<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA<br>*FOR ENTRY OF - ***FINAL JUDGMENT ATTACHED TO MOTION AS AN EXHIBIT*** |
| 03/27/2018 | NOTE - CLERKS<br>*PER MS D'OLIVIO HER ADDRESS IS CORRECT* |
| 04/10/2018 | MANDATE DISMISS |
| 04/10/2018 | COA - CORRESPONDENCE LETTER |
| 04/17/2018 | NOTICE OF HEARING / FIAT<br>*Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Motion for Judgment* |
| 04/19/2018 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*Proposed Order on Motion to Withdrawal-D'Olivio* |
| 04/19/2018 | MOTION - WITHDRAW ATTORNEY<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*UNOPPOSED* |
| 04/23/2018 | CORRESPONDENCE - LETTER TO FILE<br>*RE: RIGHT TO ATTORNEY CLIENT PRIVILEGE* |
| 04/25/2018 | **MOTION HEARING** (11:00 AM) (Judicial Officer: SLAUGHTER, GENA)<br>Events: 01/26/2018 MOTION - JUDGMENT<br>*m/enter jdgmt (david kleiman 2/979-7446)* |
| 04/25/2018 | ORDER - WITHDRAW ATTORNEY<br>Party: ATTORNEY GJESVOLD, JENNIFER K, ESQ |

*Vol./Book 0,*
*Page 0, 1 pages*

*Vol./Book 0,*
*Page 0, 1 pages*

*Printed on 02/22/2019 at 10:08 AM*

| | |
|---|---|
| 05/02/2018 | REACTIVATE CASE (OCA) |
| 05/02/2018 | COLLECTIONS - FINANCIALS |
| 05/17/2018 | NOTICE OF APPEARANCE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA |
| 05/17/2018 | REQUEST FOR FINDING OF FACT/CONCLUSIONS OF LAW |
| 05/17/2018 | NOTE - CLERKS<br>*REQUEST FOR FOF CNCL OF LAW SUBMITTED TO ADMIN'S QUEUE* |
| 05/18/2018 | NOTE - ADMINISTRATOR<br>*ffc submitted to judge* |
| 05/25/2018 | CORRESPONDENCE - LETTER TO FILE<br>*Letter to Court* |
| 05/25/2018 | RESPONSE<br>*Plaintiffs' Repsonse to Defendant's Request for Findings of Fact and Conclusions of Law* |
| 05/25/2018 | FINDINGS OF FACT/CONCLUSIONS OF LAW<br>*Plaintiffs' Proposed Findings of Fact and Conclusions of Law* |
| 05/25/2018 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*Findings of Fact and Conclusions of Law* |
| 06/28/2018 | MOTION - COMPEL<br>Party: PLAINTIFF FOX, GREG; PLAINTIFF FOX, LAURA<br>*Plaintiffs' Post Judgment Motion to Compel* |
| 07/03/2018 | NOTICE OF HEARING / FIAT<br>*RE: MOTION TO COMPEL* |
| 07/30/2018 | REQUEST REPORTER RECORD<br>*Request* |
| 07/30/2018 | NOTICE OF APPEAL - CT. OF APPEALS<br>*Notice of Appeal* |
| 07/30/2018 | REQUEST CLERK PREPARE RECORD<br>*Request* |
| 08/01/2018 | NOTE - CLERKS<br>*PREPARING CLERK RECORD* |
| 08/08/2018 | COA - POST CARD<br>*05-18-00868-CV* |
| 08/08/2018 | CLERK'S RECORD PAYMENT INVOICE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA<br>*EMAILED ATTY $907.00* |

*Printed on 02/22/2019 at 10:08 AM*

| | | |
|---|---|---|
| 08/17/2018 | **Motion - Compel** (2:30 PM)  (Judicial Officer: SLAUGHTER, GENA)<br>Events: 06/28/2018 MOTION - COMPEL<br>07/03/2018 NOTICE OF HEARING / FIAT<br>*KIM OLTMAN 214-979-7443 - MOTION COMPEL FILED 6/28/2018 - 30-MINUTES* | |
| 08/17/2018 | ORDER - COMPEL<br><br>*ORDER GRANTING PI\_\_.A\_INTFFS POST JUDGMENT MOTION TO COMPEL. AN\_D FOR SANCTIONS* | *Vol./Book 0,*<br>*Page 0, 2 pages* |
| 08/24/2018 | SUPPLEMENTAL CLERK'S RECORD REQUEST<br>*Plaintiffs' Supplemental Request for Clerk's Records* | |
| 08/27/2018 | MOTION - SANCTIONS<br>Party:  PLAINTIFF  FOX, GREG;  PLAINTIFF  FOX, LAURA<br>*AND FOR CONTEMPT* | |
| 08/28/2018 | NOTE - CLERKS<br>*PREPARING SUPPLEMENT CLERK RECORD 05-18-00868-CV* | |
| 08/31/2018 | CLERK'S RECORD PAYMENT INVOICE<br>Party:  PLAINTIFF  FOX, GREG<br>*SUPPLEMENT CLERK RECORD* | |
| 09/05/2018 | COA - POST CARD<br>*COA 05-18-00868-CV - POST CARD* | |
| 09/11/2018 | COA - NO PAYMENT LETTER<br>Party:  DEFENDANT  D'OLIVIO, BRIGETTA<br>*05-18-00868-CV SUBMIT 5THCOA W/CONFIRMATION #30613* | |
| 09/14/2018 | COA - CORRESPONDENCE LETTER<br>*05-18-00868-CV* | |
| 09/24/2018 | APPELLATE RECORD<br>Party:  PLAINTIFF  FOX, GREG<br>*SUPPLEMENTAL RECORD SENT TO THE 5TH COA WITH CONFIRMATION # 30834* | |
| 09/24/2018 | APPELLATE RECORD<br>Party:  DEFENDANT  D'OLIVIO, BRIGETTA<br>*CLERKS RECORD SENT TO THE 5TH COA WITH CONFIRMATION #30831* | |
| 09/26/2018 | COA - POST CARD<br>*05-18-00868-CV* | |
| 11/28/2018 | APPLICATION FOR TURNOVER<br>*PLAINTIFF* | |
| 11/28/2018 | REQUEST FOR SERVICE | |
| 11/28/2018 | ISSUE WRIT | |
| 11/30/2018 | **EXECUTION** | *Vol./Book 222,*<br>*Page 399* |

D'OLIVIO, BRIGETTA
Returned Unserved
12/26/2018
*ESERVE/CM (1) 222//399*

12/03/2018 | APPLICATION FOR TURNOVER
*PLAINTIFF AMENDED*

12/04/2018 | NOTICE OF HEARING / FIAT
*Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Amended Application for Turnover Order*

12/18/2018 | REQUEST FOR SERVICE

12/18/2018 | ISSUE WRIT
*ESERVE*

12/19/2018 | **EXECUTION**

D'OLIVIO, BRIGETTA
Served: 01/18/2019
*ESERVE/CM (2) 222/465*

*Vol./Book 222, Page 465*

12/26/2018 | RETURN OF SERVICE
*(1) EXECUTION - UNEXECUTED - BRIGETTA D'OLIVIO*

12/31/2018 | SUPPLEMENTAL CLERK'S RECORD REQUEST
Party: DEFENDANT D'OLIVIO, BRIGETTA
*SUPPLEMENTAL CLERK'S RECORD REQUEST*

01/04/2019 | NOTE - CLERKS
*PREPARING SUPPLEMENTAL RECORD 05-18-00868-CV*

01/16/2019 | REQUEST REPORTER RECORD
*APPELLANT'S REQUEST FOR SUPPLEMENTAL REPORTER'S RECORD*

01/16/2019 | SUPPLEMENTAL CLERK'S RECORD REQUEST
Party: DEFENDANT D'OLIVIO, BRIGETTA

01/16/2019 | NOTE - CLERKS
*BILL PRO-SE FOR THIS SUPPLEMENT. VERIFIED ATTORNEY T. HOOTMAN WITHDREW FROM APPEAL CASE. ORDER SIGNED IN THE 5THCOA 1/15/19.*

01/17/2019 | CLERK'S RECORD PAYMENT INVOICE
Party: DEFENDANT D'OLIVIO, BRIGETTA

01/22/2019 | NOTICE OF HEARING / FIAT
*First Amended Notice of Hearing*

01/25/2019 | RETURN OF SERVICE
*(2) WRIT OF EXECUTION NULLA BOLA - BRIGETTTA D'OLIVIO*

02/12/2019 | SUPPLEMENTAL CLERK'S RECORD REQUEST
Party: DEFENDANT D'OLIVIO, BRIGETTA

*SUPPLEMENTAL CLERK'S RECORD REQUEST*

| | | |
|---|---|---|
| 02/13/2019 | CORRESPONDENCE - LETTER TO FILE<br>*BRIGETTA D'OLIVIO* | |
| 02/14/2019 | CORRESPONDENCE - LETTER TO FILE<br>*LETTER TO COURT OF APPEALS* | |
| 02/15/2019 | MOTION - WITHDRAW ATTORNEY<br>*Gary Patterson's Motion to Withdraw as Counsel* | |
| 02/15/2019 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*ORDER GRANTING MOTION FOR WITHDRAW OF COUNSEL* | |
| 02/18/2019 | NOTE - CLERKS<br>*PREPARING SUPPLEMENTAL CLERKS RECORD #2 05-18-00868-CV* | |
| 02/18/2019 | CLERK'S RECORD PAYMENT INVOICE<br>Party: DEFENDANT D'OLIVIO, BRIGETTA | |
| 02/18/2019 | NOTICE OF HEARING / FIAT<br>***CANCELLATION*** | |
| 02/19/2019 | RESPONSE<br>*DEFENDANT'S RESPONSE TO PLAINTIFFS' AMENDED APPLICATION FOR TURNOVER ORDER* | |
| 02/19/2019 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*ORDER DENYING PLAINTIFFS' AMENDED APPLICATION FOR TURNOVER ORDER* | |
| 02/20/2019 | *CANCELED* **Motion - Turnover** (2:00 PM) (Judicial Officer: SLAUGHTER, GENA)<br>*REQUESTED BY ATTORNEY/PRO SE*<br>*PL/AMENDED APPLICATION FOR TURNOVER ORDER FILED 12/03/18 30M KAREN*<br>*214-979-7410* | |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **DEFENDANT** D'OLIVIO, BRIGETTA<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 2/22/2019** | | 2,543.00<br>1,123.00<br>**1,420.00** |
| 08/17/2017 | Charge | | DEFENDANT D'OLIVIO,<br>BRIGETTA | 8.00 |
| 08/17/2017 | PAYMENT<br>(CASE FEES) | Receipt # 52651-2017-DCLK | DEFENDANT D'OLIVIO,<br>BRIGETTA | (8.00) |
| 08/18/2017 | Charge | | DEFENDANT D'OLIVIO,<br>BRIGETTA | 8.00 |
| 08/18/2017 | PAYMENT<br>(CASE FEES) | Receipt # 53153-2017-DCLK | DEFENDANT D'OLIVIO,<br>BRIGETTA | (8.00) |
| 08/21/2017 | Charge | | DEFENDANT D'OLIVIO,<br>BRIGETTA | 16.00 |
| 08/21/2017 | PAYMENT<br>(CASE FEES) | Receipt # 53434-2017-DCLK | DEFENDANT D'OLIVIO,<br>BRIGETTA | (16.00) |
| 08/22/2017 | Charge | | DEFENDANT D'OLIVIO,<br>BRIGETTA | 16.00 |
| 08/22/2017 | PAYMENT<br>(CASE FEES) | Receipt # 53885-2017-DCLK | DEFENDANT D'OLIVIO,<br>BRIGETTA | (16.00) |
| 08/28/2017 | Charge | | DEFENDANT D'OLIVIO, | 16.00 |

| | | | | |
|---|---|---|---|---|
| 08/28/2017 | PAYMENT (CASE FEES) | Receipt # 55162-2017-DCLK | BRIGETTA DEFENDANT D'OLIVIO, BRIGETTA | (16.00) |
| 10/05/2017 | Charge | | DEFENDANT D'OLIVIO, BRIGETTA | 402.00 |
| 10/23/2017 | Charge | | DEFENDANT D'OLIVIO, BRIGETTA | 80.00 |
| 10/23/2017 | PAYMENT (CASE FEES) | Receipt # 69600-2017-DCLK | DEFENDANT D'OLIVIO, BRIGETTA | (80.00) |
| 11/13/2017 | Charge | | DEFENDANT D'OLIVIO, BRIGETTA | 40.00 |
| 11/13/2017 | Charge | | DEFENDANT D'OLIVIO, BRIGETTA | 40.00 |
| 11/13/2017 | Adjustment | | DEFENDANT D'OLIVIO, BRIGETTA | (40.00) |
| 11/13/2017 | PAYMENT (CASE FEES) | Receipt # 74033-2017-DCLK | DEFENDANT D'OLIVIO, BRIGETTA | (40.00) |
| 08/08/2018 | Charge | | DEFENDANT D'OLIVIO, BRIGETTA | 907.00 |
| 09/20/2018 | PAYMENT (CASE FEES) | Receipt # 62851-2018-DCLK | DEFENDANT D'OLIVIO, BRIGETTA | (907.00) |
| 01/17/2019 | Charge | | DEFENDANT D'OLIVIO, BRIGETTA | 1,018.00 |
| 02/18/2019 | Charge | | DEFENDANT D'OLIVIO, BRIGETTA | 32.00 |
| 02/19/2019 | PAYMENT (CASE FEES) | Receipt # 11247-2019-DCLK | DEFENDANT D'OLIVIO, BRIGETTA | (32.00) |

**PLAINTIFF** FOX, GREG

| | |
|---|---|
| Total Charges | 908.00 |
| Total Payments and Credits | 908.00 |
| **Balance Due as of  2/22/2019** | **0.00** |

| | | | | |
|---|---|---|---|---|
| 05/11/2016 | Charge | | PLAINTIFF FOX, GREG | 295.00 |
| 05/11/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 29639-2016-DCLK | PLAINTIFF FOX, GREG | (295.00) |
| 08/27/2018 | Charge | | PLAINTIFF FOX, GREG | 75.00 |
| 08/27/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 56323-2018-DCLK | PLAINTIFF FOX, GREG | (75.00) |
| 09/06/2018 | Charge | | PLAINTIFF FOX, GREG | 507.00 |
| 09/20/2018 | PAYMENT (CASE FEES) | Receipt # 62847-2018-DCLK | PLAINTIFF FOX, GREG | (507.00) |
| 11/28/2018 | Charge | | PLAINTIFF FOX, GREG | 15.00 |
| 11/28/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78072-2018-DCLK | PLAINTIFF FOX, GREG | (15.00) |
| 11/29/2018 | Charge | | PLAINTIFF FOX, GREG | 8.00 |
| 11/29/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78275-2018-DCLK | PLAINTIFF FOX, GREG | (8.00) |
| 12/18/2018 | Charge | | PLAINTIFF FOX, GREG | 8.00 |
| 12/18/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 82319-2018-DCLK | PLAINTIFF FOX, GREG | (8.00) |

Printed on 02/22/2019 at 10:08 AM

**EXHIBIT 3**

ACCEPTED
05-18-00868-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/14/2018 6:30 PM
LISA MATZ
CLERK

Timothy A. Hootman
2402 Pease St
Houston, TX 77003
713.247.9548
thootman2000@yahoo.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/14/2018 6:30:59 PM
LISA MATZ
Clerk

September 14, 2018

Lisa Matz, Clerk of the Court
Fifth Court of Appeals
600 Commerce St., Ste. 200
Dallas, TX 75202

Re:    No. 05-18-00868-CV; Brigetta D'Olivio v. Greg Fox

Ms. Matz:

This is in response to your letter dated September 11, 2018, where you ask me to verify payment of the Clerk's Record. Yesterday I mailed a check in the amount of $907.00 to the Dallas County District Clerk's office which is full payment for the Clerk's Record I requested.

Sincerely,

/s/Timothy Hootman

Tim Hootman

### CERTIFICATE OF SERVICE

I hereby certify that I have served the forgoing document upon the following attorneys by electronic service:

David M. Kleiman
VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-3703
dkleiman@vinlaw.com

Dated: September 14, 2018

/s/Timothy A. Hootman
Timothy A. Hootman

 Gmail                                    **Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>**

## Fw: Submitted new filing(s) for case#05-18-00868-CV with submission id#27545149

**tim hootman** <thootman2000@yahoo.com>                              Fri, Sep 14, 2018 at 6:33 PM
Reply-To: tim hootman <thootman2000@yahoo.com>
To: Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>

Brigetta

The district clerk accidentally sent the $907 bill for the clerk's record to the wrong lawyer (i.e., not to me) so I went ahead and paid it because it was late. See the attached letter in this regard that I filed with the court of appeals. Please reimburse me when you can.

Tim
713.366.6229 (c)

——— Forwarded Message ———
**From:** support@filetime.com <support@filetime.com>
**To:** "thootman2000@yahoo.com" <thootman2000@yahoo.com>
**Sent:** Friday, September 14, 2018 06:31:02 PM CDT
**Subject:** Submitted new filing(s) for case#05-18-00868-CV with submission id#27545149


TEXAS

*Fast and Reliable*

## Proof of Submission

**Submission ID:**
27545149
**Submission Date & Time:**
09/14/18 06:30 PM CDST
**Appellant:**
Brigetta D'Olivio
**Appellee:**
Greg Fox

**Cause No:**
05-18-00868-CV
**Client ID:**
**Document:**
Letter to court of appeals.pdf

### Case Information

**Case Title:**
**Jurisdiction:**
5th Court of Appeals
**Case Category:**
Civil - Other Civil
**Case Type:**
Civil
**Payment Account:**
4635720015893108

**Client ID:**
**Cause No:**
05-18-00868-CV
**Attorney:**
Timothy Andrew
Hootman
**Filer:**
Timothy Andrew
Hootman

### Fees Breakdown

**Court Fees**

**Letter**

| | |
|---|---|
| Filing Fee | $0.00 |
| Total Fee For This Filing | $0.00 |

**Submission Fees**

| | |
|---|---|
| eFiling Manager Convenience Fee | $0.09 |

### Case Parties

Appellant            Brigetta D'Olivio            Yes

Appellee      Greg Fox      No

FileTime Service Fee      $2.99

**Filings**

Sales Tax on FileTime Fee      $0.25

Filing Type: eFile & eServe

Total Submission Fees      $3.33

Total Fees for this Filing      $3.33

| Document | Type | Security |
|---|---|---|
| Letter   Letter to court of appeals.pdf | Lead Document | Public |

**Credit Card Information for This Filing**

Filing Description: Letter

**Your credit card statement will show:**

**Pleading**

Jurisdiction      $0.00

eFiling Manager      $3.33

**EXHIBIT 4**

# FELICIA PITRE
**DALLAS COUNTY DISTRICT CLERK**
600 Commerce Street, Suite 101
Dallas, Texas 75202-4604

IN ACCOUNT WITH

TIMOTHY A. HOOTMAN
2402 PEASE ST
HOUSTON, TX 77003

DATE: **August 8, 2018**

INTERNAL REVENUE SERVICE
IDENTIFICATION NO.: **75-6000905**

Case No. DC-16-05606

Style of Case
GREG FOX et al
vs.
BRIGETTA D'OLIVIO

| | |
|---|---|
| Pages: **882** | |
| Clerk's Record | **$882.00** |
| Transcript Fee- | **$ 25.00** |
| Attorney Copy Fee-  N/A | $_____ |
| Total Fee- | **$907.00** |

The Clerk's Record has been prepared and is due to the Fifth District Court of Appeals on **AUGUST 30, 2018** therefore, payment must be received on or before the due date.

The Clerk's Record will be delivered to the Court of Appeals upon payment.

Please return a copy of this statement with remittance.

Thank you.
GAY LANE

Cc:
Lisa Matz
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

**Appellate Hootman**



Screenshot_20190225-210744_Messages.jpg



**Me**

3:45 PM, Sep 26





**k of America**

**Customer**
**Receipt**

s are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided
Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received
Bank's posted cut-off time on Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

tain this receipt until you receive your account statement.

ou for banking with Bank of America.
e with fast, reliable deposits, withdrawals, transfers and
housands of convenient ATM locations.

Tran 001540    09/26/2018         15:39
Entity NTX    CC 0000353 Tlr 00003
Account                ********5768
R/T# 540740134
Deposit

                                        $3,145.00

IntRef                    F433V24XN6C8608TO12X6

10-2013

**EXHIBIT 5**

# DC-16-05606 Appeal

Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>　　　　　　　　　　Sun, Dec 30, 2018 at 6:10 PM
To: Tim Hootman <thootman2000@yahoo.com>

Attached is a list of documents/records that absolutely must be sent up to the Appellate Court immediately and most definitely before oral argument.

When I repeatedly asked you about receiving the trial transcript, the status of the appeal and what documents were sent up to the Appellate Court, you repeatedly told me not to worry about it. Now I find out that NONE of the relevant documents, especially as they relate to my claims and defenses, have been sent up to the Appellate Court, and moreover, not only has the trial transcript has been altered but my 2nd Amended Answer & 1st Amended Counterclaims is not correctly referenced in your answer. My 2nd Amended Answer & 1st Amended Counterclaims were filed on Nov. 13, 2017, were timely and were unopposed. The plaintiffs' answer to this was untimely and they never cured the special exceptions defect as raised in my amended and 2nd amended answer & 1st amended counterclaims.

Also attached hereto are specific breakdowns of various, yet pertinent aspects of the underlying case that need to be addressed on appeal since, not only do they go to the heart of the case, but they also prove that my constitutional right to due process and my right to a full and fair trial on the merits was violated. These facts and evidence, which are a part of the trial record further prove that plaintiffs' underlying case was frivolous and that at the time that it was filed, atty Kleiman knew that it was frivolous and that his filing of said underlying case was nothing short of a shakedown. (This info may come in 2 emails - depending upon space)

Also, I have still not received a copy of the remaining files that went up to the Appellate Court that you stated that you had received. Nor have I received a copy of the trial evidence that has been sent up to the Appellate Court. Please forward that to me upon receipt of this email. This is also important because during trial, Greg Fox admitted to splicing and altering audio recording, altering my bank records, and testimony was given which showed that the Foxs also altered the GCSA and Exhibit B of Amendment 3.

I agree that this is a contract case and that Amendment 4 supersedes Amendment 3. HOWEVER, the numbers relevant to the contract and hence, the numbers relevant to the trial, are derived from what was considered the "formal construction budget", dated June 26, 2014, which the Foxs agreed to via email on June 27, 2014. Said formal construction budget was subsequently reduced to the written and signed Amendment 3, dated July 7, 2014. Included in, and attached to, said Amendment 3 was Exhibit B, dated July 7, 2014. Said Exhibit B reiterated the construction budget breakdown as well as the 23 required items that the Foxs were required to purchase with the allowance budget, which was also specifically referenced in both the formal construction budget and said Amendment 3.

Parenthetically, EVERY amendment to the GCSA, and all of which the Foxs signed, contractually obligated the Foxs for any and all costs for any and all upgrades, modifications and/or change orders, as well as, for any overages on the allowance budget.

As a contract case, breach of contract is the most formidable aspect. Where one breaches *first*, then he/she *cannot* then enforce the contract on the party who did not breach. The party who did not breach is entitled to benefit of the bargain - full contract price plus whatever interest (in this case 18%) for any unpaid balances on the contract, and where fraudulent inducement exists, and in this case, where the evidence is overwhelming that the Foxs intentionally and repeatedly perpetrated fraudulent inducement, then tort is allowed, hence damages.

The Court erred, and in fact, further demonstrated its gross prejudice against me when, during trial, it REFUSED to allow my fraud claims against the Foxs to be presented. Not only was this overt bias, but it flies in the face of due process. My 2nd Amended Answer and 1st Amended Counterclaims, filed Nov. 13, 2017, were not only timely filed, but stood unopposed. Included in my counterclaims were causes of action for fraudulent inducement, fraud by nondisclosure, common law fraud and fraudulent concealment.

The fraud committed by the Foxs was inextricably intertwined with the underlying contract. The underlying contract is the GCSA and 4 Amendments, thereto. You, in fact, even stated to me last week that the judge "hates" me and would sign any order against me. For an appellate attorney who was not a part of the trial level to make that statement further shows that Judge Slaughter's bias against me is so grotesque that a person not intimate with the trial level in this case would be aware of her bias.

During trial, Greg admitted that he and Laura breached the contract **first** and that they were insolvent before they entered into contract and were already in material breach (all of this intentionally concealed by the Foxs throughout life of contract).

As I have informed you repeatedly, the trial transcript is altered - in MULTIPLE areas, INCLUDING where Greg Fox admitted that he and Laura breached the contract first, where Greg Fox admitted that he and Laura ordered more than 380 upgrades, where Greg Fox admitted that he and Laura were in material breaches (insolvency, federal tax lien,and failure to pay when due) and where Laura admitted that they had received the final invoice, and did not pay it, and that they owed me money but would only pay what they owe me if they were ordered by the Court to pay me, etc.

Four (4) critical documents prove that during the trial Greg Fox admitted to breaching first, and these four documents further prove that the transcript was altered.
1. Closing argument during trial on Nov. 22, 2017, by my attorney, Jennifer Gjesvold wherein she explicitly stated that plaintiff Greg admitted during his trial testimony that he and Laura breached the contract first. When asked by the judge if he had any rebuttal to Gjesvold's closing statement, Foxs' attorney Kleinman said he did not. IF Greg Fox had not admitted to breaching first, then logic would dictate that Kleiman would have rebutted. Clearly they forgot to alter this part of the trial transcript.
2. Email, dated Nov. 24, 2017 from my attorney Jennifer Gjesvold to my sister. Said email was sent only two (2) days after trial had ended. See copy of email below.

*Fri, Nov 24, 2017, 9:52 AM*
**Jennifer Gjesvold, Esq.** *<jgjesvold@commerciallitigationcounsel. com>*

*To me*

*Hey Bernie! Thanks so much. Your my legal eagle. Awesome!! I am still working on the brief. This is helpful. I need the breakdown briggetta did in fourteen the judge told her to slow down. Cause the judge was writing it down. So i need to be consistent with what she wrote down. Also need the adjusted cost to complete. Ultimately I want her to do the same analysis as the expert cause she was so on point. And I listed her as an expert a nd he never objected nor did he take her on vior dire....so I want and need her to redo accurately his expert report by Saturday. Just exactly as he did just fixing what I pointed out when he was on cross. Then I also need her damages breakdown. Finally I need her to release the lien on Monday so I can show the court that she's done that and so that knocks out his fraudulent lien, conversion, theft, and what she did to mitigate damages,ie paying to hold their property in the container on their property, ect. Paying subcontractors who they did not pay, that sort of stuff. I need all that by Saturday. If possible. Your one smart cookie and if you can help her stay streamlined and focused, meaning three pages or less, plus proof of payment for what she paid for in the cool tube thing. That would be great. Hope you both had a wonderful thanksgiving. Let's meet sunday to pull everything together. I highly doubt opposing counsel will submit anything beyond what he submitted as exhibit 80. So i think now is the time for a directed verdict on everything except breach of contract then use their own testimony to hang them since Greg admitted he breached first. She has to give that the utmost weight. So i need her breakdown on breach of contract damages. Regards, jen*

3. Email, dated Feb. 1, 2018 from Gjesvold to me. I am in process of retrieving the email. In said email, Gjesvold reiterated the FACT that Greg Fox admitted during his trial testimony that he and Laura breached the contract first.
4. Defendant's Post Trial Brief, filed Nov. 29, 2017, wherein par. 1, lines 1-10, it states, *"Greg Fox admitted at trial to breaching the contract for services first, that it was a material breach, and that he and his wife were insolvent at the time they entered into the contract for services with Ms. D'Olivio.... Greg Fox admitted that there was a federal tax lien on the subject property which was a second material breach to the general service contract ... Laura Fox admitted at trial to receiving the May 19, 2016 emails, Defendant's Exhibit 18 and Defendant's Exhibit 19, which shows that both Greg and Laura Fox admitted to receiving the final invoice on or about May 8, 2016 and that they could not pay the undisputed amount due and owing to Ms. D'Olivio..."* .

At NO time since the trial, has Foxs' attorney, Kleiman, ever stated that the Foxs did *not* admit during their trial testimony that they breached the contract first, that they ordered more than 380 upgrades, that they were insolvent before they entered into contract, that they were in material breaches, including as to federal tax lien since June 2015. In fact, atty Kleiman never filed any controverting statements rebutting or challenging the statements made by my attorney regarding these issues, neither during closing arguments at trial, nor in response to "Defendant's Post Trial Brief", filed on Nov. 29, 2017. Moreover, my former attorney, Gjesvold never amended the post-trial brief.

To say that the altering of a trial transcript is of no import is to deny the reality that i) altering a trial transcript is, itself, fraud on and by the Court; ii) is a crime; iii) belies any claims made by plaintiffs; iv) taints the record on appeal; v) is a continuation of violation of my constitutional right to due process, etc. This issue will NOT go unattended.

As my retained appellate attorney, I am insisting that the altered transcript be noted on appeal and all records that I have requested be immediately sent up to the Appellate Court where the appellate brief has been filed with verification that this has been done.. I

am also insisting that the appellate brief be amended.

Please call should you have any questions.


Sincerely,
Brigetta D'Olivio




--
Brigetta D'Olivio
Custom Home Builder
214.733.7204
Beautiful Homes by Brigetta
*"Where your vision of a dream home becomes a reality"*
NAWIC

****** CONFIDENTIALITY NOTICE ******

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. The recipient should check this email and any attachments for the presence of viruses. This company accepts no liability for any damage caused by any virus transmitted by this email. Thank you.


**5 attachments**

**to ac (1).pdf**
61K

**p3.pdf**
90K

**p2.pdf**
137K

**p5.pdf**
178K

**p6 (1).pdf**
169K

## Motions and Pleadings that MUST be sent up to Appellate Court - Fox Case

Info Sheet, May 11, 2016

Non-Jury Pre-Trial Order, August 10, 2016

Defendant's 2nd Amended Answer & 1St Amended Counterclaims, filed Nov. 13, 2017

Defendant's Brief on Damages, filed Nov. 29, 2017

Plaintiff's Amended Designation of Expert Witness, filed July 28, 2017

Plaintiff's Original Petition, filed May 10, 2016

Plaintiff Amended Petition, filed July 28, 2017

Deposition Transcript, filed August 11, 2017

Defendant's Amended Motion For Continuance, filed August 18, 2017 @4:00pm

Defendant's Answer to Motion To Withdraw, filed August 21, 2017 @12:40PM

Defendant's Amended Answer To Motion To Withdraw, filed August 22, 2017 @3:22PM

Defendant's Amended Motion To Set Aside, filed September 7, 2017 @11:55AM

Defendant's Motion To Quash, filed September 7, 2017 @11:45AM

Atty Clark's Motion To Withdraw, filed August 18, 2017 @10:43AM

Defendant's Motion For Continuance, filed August 16, 2017 @4:48PM

Order, dated August 21, 2017

Order dated September 22, 2017 (denying motion to quash)

Docket Sheet, dated September 22, 2017, filed on September 29, 2017 @4:07PM

Defendant's Amended Response to Pl's Motion For Sanctions, filed Oct. 4, 2017 @4:01PM

Defendant's Correspondence to the Court, dated 8/24/, 2017, filed August 25, 2017 @3:52PM

Hearing Transcript for Nov. 16, 2017

Hearing Transcript for August 23, 2017

Hearing Transcript for September 22, 2017

Defendant's Motion To Compel, Sanctions, Continuance, filed Nov. 9, 2017 @ 1:28PM

Defendant's Demand For A Jury Trial filed Nov. 13, 2017

Defendant's Correspondence to the Court, filed October 4, 2017

Defendant's Correspondence to the Court, filed September 26, 2017 @2:34PM

Defendant's Correspondence to the Court, filed Nov. 13, 2017 @12:39PM

Defendant's Motion To Compel Arbitration, filed Nov 2017

Defendant's Combined Motion To Strike Plaintiff's Answer to Counterclaims as Untimely and TO Strike From the Record Plaintiff's Motion To Strike Defendant's Amended Answer and Counterclaims, filed Nov. 20, 2017

Defendant's Amended Exception To Plaintiff's Petition, filed Nov. 20, 2017

Defendant's Motion To Exclude Expert Testimony & Report, filed Nov. 20, 2017

**EXHIBIT 6**

FILED
DALLAS COUNTY
12/31/2018 12:00 AM
FELICIA PITRE
DISTRICT CLERK

Angela Conejo

No. DC-16-05606

| | | |
|---|---|---|
| GREG FOX | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| BRIGETTA D'OLIVIO | § | 191ST JUDICIAL DISTRICT |

## APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

To the Clerk:

Appellant, Brigetta D'Olivio, files this request for supplemental clerk's record in this appeal and requests the clerk to prepare a Supplemental Clerk's Record, including the following items:

- Info Sheet, filed on or about 05/11/2016
- Non-jury Pre-trial Order, filed on or about 8/10/2016
- Defendant's 2nd Amended Answer & 1st Amended Counterclaims, filed on or about 11/13/2017
- Defendant's Brief on Damages, filed on or about November 29, 2017
- Plaintiff's Amended Designation of Expert Witness, filed on or about 07/28/2017
- Deposition transcript, filed on or about 08/18/2017
- Defendant's Amended Motion for Continuance, filed on or about 8/18/2017
- Defendant's Answer to Motion to Withdraw, filed on or about 8/21/2017
- Defendant's Amended Answer to Motion to Withdraw, filed on or about 8/22/2017
- Defendant's Amended Motion to Set Aside, filed on or about 9/7/2017
- Defendant's Motion to Quash, filed on or about 9/7/2017
- Atty Clark's Motion to Withdraw, filed on or about 8/18/2017

1

- Defendant's Motion for Continuance, filed on or about 8/16/2017
- Order, dated on or about 8/21/2017
- Order, dated on or about 9/22/2017 (denying motion to quash)
- Docket Sheet, dated 9/22/2017, filed on or about 9/29/2017
- Defendant's Amended Response to Pl's Motion for Sanctions, filed on or about 10/4/2017
- Defendant's Correspondence to the Court, dated 8/24/2017, filed on or about 10/4/2017
- Defendant's Motion to Compel, Sanctions, Continuance, filed on or about 11/9/2017
- Defendant's Demand for a Jury Trial, filed on or about 11/13/2017
- Defendant's Correspondence to the Court, filed on or about 10/4/2017
- Defendant's Correspondence to the Court, filed on or about 9/26/2017
- Defendant's Correspondence to the Court, filed on or about 11/13/2017
- Defendant's Motion to Compel Arbitration, filed Nov 2017
- Defendant's Combined Motion to Strike Plaintiff's Answer to Counterclaims as Untimely and to Strike From the Record Plaintiff's Motion to Strike Defendant's Amended Answer and Counterclaims, filed on or about 11/20/2017
- Defendant's Amended Exception to Plaintiff's Petition, filed on or about 11/20/2017
- Defendant's Motion to Exclude Expert Testimony & Report, filed on or about 11/20/2017

Dated:    December 30, 2018

2

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548 (office)
713.366.6229 (cell)
713.583.9523 (fax)
thootman2000@yahoo.com

ATTORNEY FOR APPELLANT
BRIGETTA D'OLIVIO

## CERTIFICATE OF SERVICE

On this day, a copy of the above document was served by electronic service on the following attorneys of record:

David M. Kleiman
VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-3703
dkleiman@vinlaw.com

Dated: December 30, 2018

/s/Timothy A. Hootman
Timothy A. Hootman

3

**EXHIBIT 7**

# Case Information

DC-16-05606   GREG FOX et al vs. BRIGETTA D'OLIVIO

Case Number
DC-16-05606

Court
191st District Court

Judicial Officer
SLAUGHTER, GENA

File Date
05/10/2016

Case Type
OTHER CONTRACT

Case Status
CLOSED

# Party

PLAINTIFF
FOX, GREG

Inactive Attorneys ▼
Lead Attorney
KLEIMAN, DAVID
MASON
Retained

Work Phone
214-979-7400

Fax Phone
214-979-7402

PLAINTIFF
FOX, LAURA

Inactive Attorneys ▼
Lead Attorney
KLEIMAN, DAVID
MASON
Retained

Work Phone
214-979-7400

Fax Phone
214-979-7402

DEFENDANT
D'OLIVIO, BRIGETTA

Address
3800 PEBBLECREEK CT.
PLANO TX 75023

Inactive Attorneys ▼
Pro Se


Pro Se


Pro Se


Lead Attorney
PATTERSON, GARY
E
Retained

Work Phone
713-223-3095

Fax Phone
713-223-2121

## Disposition Events

05/02/2017 Judgment ▼

JUDGMENT NON-JURY


Judicial Officer
SLAUGHTER, GENA

Judgment Type
JUDGMENT NON-JURY


Judgment

Judgment Amount: **$281,506.40**

Pre-Judgment Interest **$31,100.64**

Court Costs: **$1,126.00**

Attorney Fees: **$58,407.00**

Total Judgment: of **$372,140.04**

Awarded To: FOX, GREG, et al

Awarded Against: D'OLIVIO, BRIGETTA

## Events and Hearings

05/10/2016 NEW CASE FILED (OCA) – CIVIL

05/10/2016 ORIGINAL PETITION ▼

Plaintiff's Original Petition.pdf

Comment
Plaintiff's Original Petition

05/10/2016 ISSUE CITATION

05/11/2016 CASE FILING COVER SHEET ▼

Civil Case Information Sheet.pdf

Comment
Civil Case Information Sheet

05/13/2016 CITATION ISSUED ▼

DC16-5606.pdf

05/13/2016 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/07/2016

06/24/2016 MOTION – SUBSTITUTE SERVICE ▼

Plaintiffs Motion For Substituted Service of Process.pdf

06/24/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Order Granting Plaintiffs Motion For Substituted Service of

   Comment
**Order Granting Substituted Service**

06/24/2016 NOTE - CLERKS ▼

   Comment
**ORDER SUBS SERVICE - ADMIN QUE**

06/27/2016 ORDER - SUBSTITUTE SERVICE ▼

ORDER - SUBSTITUTE SERVICE

   Comment
**BRIDGETTA D'OLIVIO**

07/07/2016 RETURN OF SERVICE ▼

BRIGETTA D'OLIVIO RETURN OF SERVICE.pdf

   Comment
**BRIGETTA D'OLIVIO RETURN OF SERVICE**

07/25/2016 ORIGINAL ANSWER - GENERAL DENIAL ▼

ANSWER Doivio.pdf

   Comment
**Defendant's Original Answer**

07/25/2016 VACATION LETTER ▼

   Comment
**Vacation Letter**

08/10/2016 ORDER - PRETRIAL ▼

ORDER - PRETRIAL

08/__/2016 DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:00 AM**

Cancel Reason
**BY COURT ADMINISTRATOR**

Comment
**S/S MAILED**

01/10/2017 VACATION LETTER ▼

Comment
**Vacation Letter**

02/10/2017 DESIGNATION OF EXPERT WITNESS(ES) ▼

Fox Expert Designation.pdf

Comment
**PLAINTIFF'S**

06/20/2017 VACATION LETTER ▼

Comment
**UPDATED VACATION LETTER**

06/22/2017 MOTION - COMPEL ▼

Motion to Compel.pdf

06/23/2017 NOTICE OF HEARING / FIAT ▼

NOH on Pls. Mtn to Compel.pdf

07/24/2017 MOTION - COMPEL ▼

2017-07-24 - Plaintiffs' Supplemental Motion to Compel.pdf

Comment
**PLTF'S SUPPLEMENTAL M/COMPEL**

07/28/2017 Motion - Compel ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:00 AM**

07/28/2017 ORDER - COMPEL ▼

ORDER - COMPEL

Comment
**AND; SUPPL MOTION**

07/28/2017 AMENDED PETITION ▼

Amended Petition.pdf

07/28/2017 DESIGNATION OF EXPERT WITNESS(ES) ▾

Amended Designation of Experts.pdf

Comment
**PLT - AMENDED**

08/16/2017 MOTION - CONTINUANCE ▾

Continuance, AMENDED Motion for.pdf

Comment
**AMENDED**

08/16/2017 MOTION - CONTINUANCE ▾

Continuance Motion for.pdf

Comment
**(NOT AGREED)**

08/16/2017 VACATION LETTER

08/17/2017 MOTION - CONTINUANCE ▾

MOTION - CONTINUANCE

08/17/2017 ISSUE NOTICE

08/17/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING / FIAT

Comment
**RE: D/M/CONTINUANCE**

08/17/2017 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**RE: CONTINUANCE AND WITHDRAWAL OF ATTORNEY**

08/17/2017 CERTIFICATE OF CONFERENCE ▾

CERTIFICATE OF CONFERENCE

Comment
**TO DEFENDANTS MOTION FOR CONTINUANCE**

08/17/2017 NOTICE ▾

Anticipated Server
**ATTORNEY**

Anticipated Method

Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/22/2017**

Comment
**ATTY**

08/18/2017 NOTICE OF HEARING / FIAT ▼

Notice of hearing.pdf

08/18/2017 MOTION - WITHDRAW ATTORNEY ▼

Withdraw Order dc1605606.pdf

Withdraw dc1605606.pdf

08/18/2017 CERTIFICATE OF ATTORNEY ▼

Withdraw Cert dc1605606.pdf

08/18/2017 MOTION - CONTINUANCE ▼

MOTION - CONTINUANCE

Comment
**AMENDED**

08/18/2017 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

Comment
**AMENDED MOTION FOR CONTINUANCE**

08/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Withdraw Order dc1605606.pdf

Comment
**ORDER WITHDRAW**

08/21/2017 ORDER - WITHDRAW ATTORNEY ▼

ORDER - WITHDRAW ATTORNEY

08/21/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

Comment
**DEFENDANT**

08/21/2017 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

Comment
ANSWER TO MOTION TO WITHDRAW AS COUNSEL

08/21/2017 CITATION ▼

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
08/22/2017
Comment
ATTY/DB

08/22/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

Comment
TO MOTION TO WITHDRAW AS COUNSEL

08/22/2017 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

Comment
AMENDED ANSWER TO MOTION TO WITHDRAW AS COUNSEL

08/22/2017 CITATION ISSUED ▼

CITATION ISSUED

CITATION ISSUED

08/22/2017 RETURN OF SERVICE ▼

BRIGETTA - CIT

Comment
CIT EXEC 8/21/17 PPS

08/22/2017 RETURN OF SERVICE ▼

BRIGETTA - NOT

Comment
NOTICE EXEC 8/21/17 PPS

08/22/2017 CITATION ▼

Anticipated Server
ATTORNEY

Anticipated Method
Anticipated Server
ATTORNEY

Anticipated Method
Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
08/23/2017
Comment
ATTY

08/22/2017 CITATION ▼

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
08/23/2017
Anticipated Server
ATTORNEY

Anticipated Method

08/23/2017 Motion - Continuance ▼

Judicial Officer
SLAUGHTER, GENA

Hearing Time
9:30 AM

Comment
15 MINS - 214-733-7204 - AMD/M/CONTINUE SET BY BRIGETTA
D'OLIVIO

08/23/2017 RETURN OF SERVICE ▼

DAVID CIT

Comment
CIT EXEC 8/22/17 TO DAVID MASON KLEIMAN PPS

08/23/2017 RETURN OF SERVICE ▼

DAVID - CIT

Comment
CIT EXEC 8/22/17 TO DAVID M KLEIMAN PPS

08/25/2017 CORRESPONDENCE - LETTER TO FILE ▾

withdraw dc1605606.pdf

Comment
RE: NOTICE OF WITHDRAWAL

08/25/2017 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

08/28/2017 Non Jury Trial ▾

91 Civil Case Cover Sheet

191 Civil Case Cover Sheet

Judicial Officer
SLAUGHTER, GENA

Hearing Time
9:30 AM

Cancel Reason
CARRIED TO ANOTHER WEEK

08/23/2017 MOTION - SET ASIDE

08/23/2017 ISSUE CITATION

08/28/2017 CITATION ISSUED ▾

CITATION ISSUED

CITATION ISSUED

08/28/2017 CITATION ▾

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
08/30/2017
Anticipated Server
ATTORNEY

Anticipated Method

08/28/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Comment
**N/C**

08/28/20 7 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/30/2017**
Comment
**N/C**

08/28/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Comment
**N/C**

08/30/2017 RETURN OF SERVICE ▾

◆

DAVID - CIT

Comment
**CIT EXEC 8/29/17 TO DAVID KLEIMAN MASON PPS**

08/30/2017 RETURN OF SERVICE ▾

DAVID MASON KLEIMAN CIT

Comment
**CIT EXEC 8/29/17 TO DAVID MASON KLEIMAN PPS**

09/01/2017 MOTION SUBSTITUTE SERVICE ▾

MOTION - SUBSTITUTE SERVICE

09/07/2017 NOTE ADMINISTRATOR ▾

Comment
**LETTER TO JUDGE**

09/07/2017 MOTION - SET ASIDE ▾

Comment
**AMENDED M/SET ASIDE ORDER**

09/07/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

Comment
**DEFENDANT**

09/07/2017 CERTIFICATE OF CONFERENCE ▼

CERT OF CONF SET ASIDE

Comment
**DEFENDANT - TO M/SET ASIDE ORDER**

09/07/2017 CERTIFICATE OF CONFERENCE ▼

CERT OF CONF SET ASIDE

Comment
**DEFENDANT - AMD M/SET ASDIE ORDER**

09/07/2017 NOTICE OF HEARING / FIAT ▼

NOTICE OF HEARING / FIAT

Comment
**AMD M/ SET ASIDE ORDER - DEFENDANT**

09/07/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

AMD M SET ASIDE

Comment
**ORDER ON AMD M/SET ASIDE ORDER**

09/07/2017 MOTION - QUASH ▼

MOTION - QUASH

09/07/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

09/07/2017 CERTIFICATE OF CONFERENCE ▼

NOTICE OF HEARING

Comment
**D/M/QUASH**

09/07/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

ORDER QUASH

Comment
ORDER ON MOTION QUIIASH

09/07/2017 CERTIFICATE OF CONFERENCE ▼

CERTIFICATE OF CONFERENCE QUASH

Comment
M/QUASH

09/14/2017 RETURN OF SERVICE ▼

SUBPOENA: JP MORGAN CHASE BANK NA

Comment
SUBPOENA: JP MORGAN CHASE BANK NA

09/19/2017 MOTION - SANCTIONS ▼

Motion for Sanctions.pdf

09/20/2017 RESPONSE ▼

Plts' Response to Motion to Quash

Comment
PLAINTIFF'S RESPONSE TO MOTION TO QUASH

09/22/2017 Motion - Quash ▼

Judicial Officer
SLAUGHTER, GENA

Hearing Time
03:45 PM

Comment
BRIGETTA D'OLIVIO 214 733-7204 15 MIN M/QUASH

09/22/2017 ORDER - DENY ▼

ORDER - DENY

Comment
O/DENYING (DF) M/QUASH

09/25/2017 MISCELLANOUS EVENT ▼

MISCELLANOUS EVENT

Comment
LETTER TO COURT REPORTER REQUESTING TRANSCRIPT -
COPY GIVEN TO MELBA WRIGHT

09/25/2017 NOTICE OF APPEAL - CT OF APPEALS ▼

NOTICE OF APPEAL - CT OF APPEALS

Comment
DESIGNATION REQUESTED AT TIME OF ACCEPTANCE W/IN 3 DAYS

09/26/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
LETTER TO JUDGE SLAUGHTER

09/26/2017 COA - POST CARD ▼

COA - POST CARD

Comment
05-17-01119-CV

09/29/2017 Motion - Sanctions ▼

Judicial Officer
SLAUGHTER, GENA

Hearing Time
10:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
15 MINS - SET BY KIM - 214-979-7443 - CC REQ

09/29/2017 REQUEST CLERK PREPARE RECORD ▼

REQUEST CLERK PREPARE RECORD

Comment
clerk's record request

09/29/2017 RESPONSE ▼

RESPONSE

Comment
TO MOTION FOR SANCTIONS

10/04/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
RE: INVOICE #171004-1

10/04/2017 VACATION LETTER

10/04/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
RE: REQUEST TO RE-SCHEDULE DEFENDANT'S SCHEDULED
HEARING DATE OF OCTOBER 4TH, 2017 - AMENDED MOTION
TO SET ASIDE ORDER

10/04/2017 RESPONSE ▼

RESPONSE

Comment
AMENDED - MOTION FOR SANCTIONS

10/05/2017 NOTE - CLERKS ▼

Comment
PREPARING CLERKS RECORD

10/05/2017 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
EMAILED PRO SE FOR $402

10/12/2017 MOTION HEARING ▼

CERTIFICATE OF SERVICE

NOTICE OF HEARING

ORDER QUASH

Judicial Officer
SLAUGHTER, GENA

Hearing Time
10:00 AM

Cancel Reason
HEARING RESCHEDULED

Comment
D/M/SET ASIDE - BRIGETTA D'OLIVIO 214 733-7204 15 MINS

10/23/2017 COUNTER CLAIM ▼

COUNTER CLAIM

10/23/2017 RESPONSE ▼

RESPONSE oct1605808 Fox.pdf

Comment

ROBERT M. CLARK'S RESPONSE TO BRIGETTA D'OLIVIO'S MOTION TO SET ASIDE ORDER AND MOTION TO QUASH

10/23/2017 CERTIFICATE OF CONFERENCE ▼

CERTIFICATE

Comment

DEFT CONFERENCE TO 1ST AMD ANS & COUNTERCLAIM

10/23/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

Comment

DEFT'S 1ST AMD ANS & COUNTERCLAIM

7/24/2017 CERTIFICATE OF DEPOSITION ▼

333064EF.pdf

Comment

Reporters Certification for the deposition of Brigetta D'Olivio

7/24/2017 ORIGINAL ANSWER GENERAL DENIAL ▼

Comment

FIRST AMENDED ANSWER

11/09/2017 MOTION COMPEL ▼

MOTION COMPEL

Comment

SANCTIONS AND CONTINUANCE

11/09/2017 CERTIFICATE OF CONFERENCE ▼

CERTIFICATE OF CONFERENCE

Comment

TO MOTION TO COMPEL, SANCTIONS AND CONTINUANCE

11/09/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

11/09/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

NON-SIGNED PROPOSED ORDER/JUDGMENT

Comment

ORDER ON MOTION TO COMPEL, SANCTIONS AND CONTINUANCE

11/09/2017 NOTICE OF HEARING / FIAT ▼

NOTICE OF HEARING / FIAT

Comment
RE: MOTION TO COMPEL, SANCTIONS AND CONTINUANCE

11/13/2017 JURY DEMAND ▼

JURY DEMAND

11/13/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
RE: DOCKET CALL

11/13/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

11/13/2017 AFFIDAVIT ▼

AFFIDAVIT

11/13/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

AMENDED ANSWER - AMENDED GENERAL DENIAL

Comment
2ND - 1ST AMENDED COUNTERCLAIM

11/14/2017 RESPONSE ▼

Plaintiffs Response to Motion to Compel.pdf

Comment
PLAINTIFF'S RESPONSE TO MOTION TO COMPEL

11/14/2017 OBJECTION ▼

Plaintiffs Objections to Request for Jury Trial.pdf

Comment
PLAINTIFF'S OBJECTION TO REQUEST FOR JURY TRIAL

11/16/2017 MOTION HEARING ▼

AMD M SET ASIDE

CERT OF CONF S_T ASIDE

MOTION QUASH

ORDER QUASH

RESPONSE dc1605606 Fox.pdf

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:15 AM**

Comment
**RE-SET W/BRIGETTA D'OLIVIO (214-733-7204) 15MIN (FINAL HEARING)**

11/17/2017 WITNESS LIST ▼

Witness List.pdf

Comment
**Plaintiffs' Witness List**

11/17/2017 NOTICE OF APPEARANCE ▼

Notice of Appearance.pdf

Comment
**Notice of Appearance**

11/17/2017 WITNESS LIST ▼

defendants witness list.pdf

Comment
**Defendant's Witness List**

11/17/2017 WITNESS LIST ▼

defendants first amended witness list.pdf

Comment
**Defendant's First Amended Witness List**

11/17/2017 WITNESS LIST ▼

defendants second amended witness list.pdf

Comment
**DEFENDANT'S 2ND AMENDED**

11/17/2017 MOTION – STRIKE ▼

Motion to Strike.pdf

Comment
**Plaintiffs' Greg and Laura Fox Motion to Strike Counterclaim**

11/17/2017 ORIGINAL ANSWER TO CROSS CLAIM / COUNTER
PETITION ▼

Answer to Counterclaim.pdf

Comment
(Plaintiffs Greg and Laura Fox)' Answer to Counterclaim

11/20/2017 Non Jury Trial ▼

Generic Reset Non Jury Trial Notice

Generic Reset Non Jury Trial Notice

Judicial Officer
SLAUGHTER, GENA

Hearing Time
9:30 AM

Cancel Reason
BY COURT ADMINISTRATOR

11/20/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

Amended Answer to Counterclaim.pdf

Comment
Plaintiffs' Amended Answer to Counterclaim

11/20/2017 MOTION - STRIKE ▼

Combined Motion to Strike

Comment
Combined Motion to Strike P's Answer to CC & Strike MTS-D'Olivio

11/21/2017 MOTION - COMPEL ▼

motion to compel arbitration-D'Olivio

Comment
Motion to Compel Arbitration-D'Olivio-0006

11/21/2017 SPECIAL EXCEPTIONS ▼

Defendant's Amended Special Exceptions

Comment
Defendant's Amended Special Exceptions to Plaintiff's Amended Petition

11/21/2017 INACTIVATE CASE (OCA)

11/27/2017 COA - POST CARD ▼

COA - POST CARD

Comment
05-17-01119-CV

11/29/2017 BRIEF FILED ▼

Fox v. D'Olivio -Post Trial Brief.pdf

    Comment
    PLAINTIFFS' POST TRIAL BRIEF EMAILED JUDGE ON BREIF

11/29/2017 BRIEF FILED ▼

D'Olivio Post Trial Brief

    Comment
    DEFENDANT'S POST TRIAL BRIEF EMAILED JUDGE ON BRIEF

11/30/2017 NOTE - CLERKS ▼

    Comment
    COURTESY COPY REC'D - PLAINTIFF'S POST TRIAL BRIEF -
    PLACED IN ADMIN TRAY

12/04/2017 CORRESPONDENCE - LETTER TO FILE ▼

file man letter to Court - Fox v D'Olivio.pdf

    Comment
    Plaintiffs' letter to Court re Release of Lien EMAIL JUDGE

12/04/2017 NOTE - CLERKS ▼

    Comment
    COURTESY COPY REC'D 12/4/17 CORRESPONDENCE LETTER
    TO JUDGE SUBMITTED TO ADMIN TRAY.

12/06/2017 COA - NO PAYMENT LETTER ▼

    Comment
    05-17-01119-CV SUBMIT 5THCOA W/CONFIRMATION #26599

12/07/2017 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

    Comment
    05-17-01119-CV

12/18/2017 CORRESPONDENCE - LETTER TO FILE ▼

2017-12-18 - ltr to judge slaughter re judgment.pdf

2017-12- 8 - Proposed Judgment.pdf

    Comment
    Letter to Judge Slaughter WITH PROPOSED JUDGMENT

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Proposed Order on Amended Special Exceptions

**Comment**
Order on Defendant's Special Exceptions

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

**Comment**
FINAL JUDGMENT

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Proposed Order COMPEL ARBITRATION

**Comment**
Proposed Order

11/06/2018 MOTION - JUDGMENT ▼

Motion For Judgment - Fox.pdf

**Comment**
FOR ENTRY OF - ***FINAL JUDGMENT ATTACHED TO MOTION
AS AN EXHIBIT**

03/27/2018 NOTE - CLERKS ▼

**Comment**
PER MS D'OLIVIO HER ADDRESS IS CORRECT

04/10/2018 MANDATE DISMISS ▼

MANDATE DISMISS

04/10/2018 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

04/17/2018 NOTICE OF HEARING / FIAT ▼

Fox_NOH_on_P_s_Mtn_for_Judgment.pdf

**Comment**
Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Motion for
Judgment

04/19/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Order on Motion to Withdraw as Counsel-FINAL DRAFT-D'Olivio .pdf

**Comment**
Proposed Order on Motion to Withdrawal-D'Olivio

04/19/2018 MOTION - WITHDRAW ATTORNEY ▼

Comment
**UNOPPOSED**

04/23/2018 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
**RE: RIGHT TO ATTORNEY CLIENT PRIVILEGE**

04/25/2018 MOTION HEARING ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**11:00 AM**

Comment
**m/enter jdgmt (david kleiman 2/979-7446)**

04/25/2018 ORDER - WITHDRAW ATTORNEY ▼

ORDER - WITHDRAW ATTORNEY

05/02/2018 REACTIVATE CASE (OCA)

05/02/2018 COLLECTIONS - FINANCIALS

05/17/2018 NOTICE OF APPEARANCE ▼

Notice of Appearance. D'Olivio.pdf

05/17/2018 REQUEST FOR FINDING OF FACT/CONCLUSIONS OF LAW ▼

Request for Findings of Fact. D'Olivio.pdf

05/17/2018 NOTE - CLERKS ▼

Comment
**REQUEST FOR FOF CNCL OF LAW SUBMITTED TO ADMIN'S QUEUE**

05/18/2018 NOTE - ADMINISTRATOR ▼

Comment
**ffc submitted to judge**

05/25/2018 CORRESPONDENCE - LETTER TO FILE ▼

Ltr to Court.pdf

Comment
**Letter to Court**

05/25/2018 RESPONSE ▼

P's Resp to D's Req FFCL.pdf

Comment
**Plaintiffs' Repsonse to Defendant's Request for Findings of Fact and Conclusions of Law**

05/25/2018 FINDINGS OF FACT/CONCLUSIONS OF LAW ▼

P's Proposed FFCL.pdf

Comment
**Plaintiffs' Proposed Findings of Fact and Conclusions of Law**

05/25/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

FFCL.pdf

Comment
**Findings of Fact and Conclusions of Law**

06/28/2018 MOTION - COMPEL ▼

fax_Post Judgment MTC.pdf

Comment
**Plaintiffs' Post Judgment Motion to Compel**

07/03/2018 NOTICE OF HEARING / FIAT ▼

NOH on Ps PJ Mtn to Compel.pdf

Comment
**RE: MOTION TO COMPEL**

07/30/2018 REQUEST REPORTER RECORD ▼

Request for RR.pdf

Comment
**Request**

07/30/2018 NOTICE OF APPEAL - CT OF APPEALS ▼

Notice of appeal.pdf

Comment
**Notice of Appeal**

07/30/2018 REQUEST CLERK PREPARE RECORD ▼

Request for CR.pdf

Comment
**Request**

08/01/2018 NOTE - CLERKS ▼

Comment
**PREPARING CLERK RECORD**

08/08/2018 COA - POST CARD ▼

COA - POST CARD

Comment
**05-18-00868-CV**

08/08/2018 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
**EMAILED ATTY $907.00**

08/17/2018 Motion - Compel ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**02:30 PM**

Comment
**KIM OLTMAN 214-979-7443 - MOTION COMPEL FILED 6/28/2018 - 30-MINUTES**

08/17/2018 ORDER - COMPEL ▼

ORDER - COMPEL

Comment
**ORDER GRANTING PI_._.A_INTFFS POST JUDGMENT MOTION TO COMPEL. AN_D FOR SANCTIONS**

08/24/2018 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

Pls__Supp_Request_for_Clerk_s_Records.pdf

Comment
**Plaintiffs' Supplemental Request for Clerk's Records**

08/27/2018 MOTION - SANCTIONS ▼

Post Judgment Motion For Sanctions.pdf

Comment
**AND FOR CONTEMPT**

08/28/2018 NOTE - CLERKS ▼

Comment
PREPARING SUPPLEMENT CLERK RECORD 05-18-00868-CV

08/31/2018 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
SUPPLEMENT CLERK RECORD

09/05/2018 COA - POST CARD ▼

COA 05-18-00868-CV - POST CARD

Comment
COA 05-18-00868-CV - POST CARD

09/11/2018 COA - NO PAYMENT LETTER ▼

COA - NO PAYMENT LETTER

Comment
05-18-00868-CV SUBMIT 5THCOA W/CONFIRMATION #30613

09/14/2018 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

Comment
05-18-00868-CV

09/24/2018 APPELLATE RECORD ▼

APPELLATE RECORD

Comment
SUPPLEMENTAL RECORD SENT TO THE 5TH COA WITH
CONFIRMATION # 30834

09/24/2018 APPELLATE RECORD ▼

APPELLATE RECORD

Comment
CLERKS RECORD SENT TO THE 5TH COA WITH
CONFIRMATION #30831

09/26/2018 COA - POST CARD ▼

COA - POST CARD

COA - POST CARD

Comment
05-18-00868-CV

11/28/2018 APPLICATION FOR TURNOVER ▼

2018-11-28 - Application for turnover.pdf

Comment
**PLAINTIFF**

11/28/2018 REQUEST FOR SERVICE ▼

REQUEST

11/28/2018 ISSUE WRIT ▼

ISSUE WRIT

11/30/2018 EXECUTION ▼

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**12/26/2018**
Comment
**ESERVE/CM (1) 222//399**

12/03/2018 APPLICATION FOR TURNOVER ▼

Amended Application for Turnover.pdf

Comment
**PLAINTIFF AMENDED**

12/04/2018 NOTICE OF HEARING / FIAT ▼

NOH on Amd App for Turnover Order.pdf

Comment
**Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Amended Application for Turnover Order**

12/13/2018 REQUEST FOR SERVICE ▼

REQUEST FOR SERVICE

12/18/2018 ISSUE WRIT ▼

ISSUE WRIT

Comment
**ESERVE**

12/19/2018 EXECUTION ▾

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**01/24/2019**
Comment
**ESERVE/CM (2) 222/465**

12/26/2018 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
**(1) EXECUTION - UNEXECUTED - BRIGETTA D'OLIVIO**

12/31/2018 SUPPLEMENTAL CLERK'S RECORD REQUEST ▾

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**SUPPLEMENTAL CLERK'S RECORD REQUEST**

01/04/2019 NOTE - CLERKS ▾

Comment
**PREPARING SUPPLEMENTAL RECORD 05-18-00868-CV**

01/16/2019 REQUEST REPORTER RECORD ▾

REQUEST REPORTER RECORD

Comment
**APPELLANT'S REQUEST FOR SUPPLEMENTAL REPORTER'S
RECORD**

01/16/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▾

SUPPLEMENTAL CLERK'S RECORD REQUEST

01/16/2019 NOTE - CLERKS ▾

Comment
**BILL PRO-SE FOR THIS SUPPLEMENT. VERIFIED ATTORNEY T.
HOOTMAN WITHDREW FROM APPEAL CASE. ORDER SIGNED
IN THE 5THCOA 1/15/19.**

01/17/2019 CLERK'S RECORD PAYMENT INVOICE

01/22/2019 NOTICE OF HEARING / FIAT ▾

2019-01-22 - 1st Amended
NOH_on_Amended_Application_for_Turnover_Order.pdf

Comment
First Amended Notice of Hearing

01/25/2019 RETURN OF SERVICE ▼

(2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

Comment
(2) WRIT OF EXECUTION NULLA BOLA - BRIGETTTA D'OLIVIO

12/12/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
SUPPLEMENTAL CLERK'S RECORD REQUEST

02/13/2019 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
BRIGETTA D'OLIVIO

02/13/2019 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
LETTER TO COURT OF APPEALS

02/15/2019 MOTION - WITHDRAW ATTORNEY ▼

Gary Patterson's Motion to Withdraw as Counsel for DC-16-05606.pdf

Comment
Gary Patterson's Motion to Withdraw as Counsel

02/15/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Order Granting Motion for Withdraw of Counsel for DC-16-05606.pdf

Comment
ORQER GRANTING MOTION FOR WITHDRAW OF COUNSEL

02/18/2019 NOTE - CLERKS ▼

Comment
PREPARING SUPPLEMENTAL CLERKS RECORD #2 05-18-00868-
CV

02/18/2019 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

02/18/2019 NOTICE OF HEARING / FIAT ▼

2019-02-18 - Notice_of_Cancellation_of_hearing.pdf

   Comment
   **CANCELLATION**

02/19/2019 RESPONSE ▼

RESPONSE

   Comment
   DEFENDANT'S RESPONSE TO PLAINTIFFS' AMENDED
   APPLICATION FOR TURNOVER ORDER

02/19/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

NON-SIGNED PROPOSED ORDER/JUDGMENT

   Comment
   ORDER DENYING PLAINTIFFS' AMENDED APPLICATION FOR
   TURNOVER ORDER

02/19/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

   Comment
   SUPPLEMENTAL CLERK'S RECORD REQUEST

02/20/2019 Motion - Turnover ▼

Amended Application for Turnover.pdf

   Judicial Officer
   SLAUGHTER, GENA

   Hearing Time
   02:00 PM

   Cancel Reason
   REQUESTED BY ATTORNEY/PRO SE

   Comment
   PL/AMENDED APPLICATION FOR TURNOVER ORDER FILED 12/03/18
   30M KAREN 214-979-7410

# Financial

FOX, GREG

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $908.00 |
| Total Payments and Credits | | | | $908.00 |
| | | | | |
| 5/11/2016 | Transaction Assessment | | | $295.00 |
| 5/11/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 29639- 2016- DCLK | FOX, GREG | ($295.00) |
| 8/27/2018 | Transaction Assessment | | | $75.00 |
| 8/27/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 56323- 2018- DCLK | FOX, GREG | ($75.00) |
| 9/6/2018 | Transaction Assessment | | | $507.00 |
| 9/20/2018 | PAYMENT (CASE FEES) | Receipt # 62847- 2018- DCLK | VINCENT SERAFINO GEARY WADDELL JENEVEIN PC | ($507.00) |
| 11/28/2018 | Transaction Assessment | | | $15.00 |
| 11/28/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78072- 2018- DCLK | FOX, GREG | ($15.00) |
| 11/29/2018 | Transaction Assessment | | | $8.00 |
| 11/29/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78275- 2018- DCLK | FOX, GREG | ($8.00) |
| 12/18/2018 | Transaction Assessment | | | $8.00 |
| 12/18/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 82319- 2018- DCLK | FOX, GREG | ($8.00) |

D'OLIVIO, BRIGETTA

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $2,543.00 |
| Total Payments and Credits | | | | $1,123.00 |

| Date | Transaction | Receipt | Name | Amount |
|---|---|---|---|---|
| 8/17/2017 | Transaction Assessment | | | $8.00 |
| 8/17/2017 | PAYMENT (CASE FEES) | Receipt # 52651-2017-DCLK | D'OLIVIO, BRIGETTA | ($8.00) |
| 8/18/2017 | Transaction Assessment | | | $8.00 |
| 8/18/2017 | PAYMENT (CASE FEES) | Receipt # 53153-2017-DCLK | D'OLIVIO, BRIGETTA | ($8.00) |
| 8/21/2017 | Transaction Assessment | | | $16.00 |
| 8/21/2017 | PAYMENT (CASE FEES) | Receipt # 53434-2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |
| 8/22/2017 | Transaction Assessment | | | $16.00 |
| 8/22/2017 | PAYMENT (CASE FEES) | Receipt # 53885-2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |
| 8/28/2017 | Transaction Assessment | | | $16.00 |
| 8/28/2017 | PAYMENT (CASE FEES) | Receipt # 55162-2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |
| 10/5/2017 | Transaction Assessment | | | $402.00 |
| 10/23/2017 | Transaction Assessment | | | $80.00 |
| 10/23/2017 | PAYMENT (CASE FEES) | Receipt # 69600-2017-DCLK | D'OLIVIO, BRIGETTA | ($80.00) |
| 11/13/2017 | Transaction Assessment | | | $40.00 |
| 11/13/2017 | PAYMENT (CASE FEES) | Receipt # 74033-2017-DCLK | D'OLIVIO, BRIGETTA | ($40.00) |
| 8/8/2018 | Transaction Assessment | | | $907.00 |
| 9/20/2018 | PAYMENT (CASE FEES) | Receipt # 62851-2018-DCLK | HOOTMAN & COMPANY | ($907.00) |
| 1/17/2019 | Transaction Assessment | | | $1,018.00 |

| | | | | |
|---|---|---|---|---|
| 2/18/2019 | Transaction Assessment | | | $32.00 |
| 2/19/2019 | PAYMENT (CASE FEES) | Receipt # 11247-2019-DCLK | D'OLIVIO, BRIGETTA | ($32.00) |

## Documents

Plaintiff's Original Petition.pdf

Civil Case Information Sheet.pdf

DC16-5606.pdf

Plaintiffs Motion For Substituted Service of Process.pdf

Order Granting Plaintiffs Motion For Substituted Service of

ORDER - SUBSTITUTE SERVICE

BRIGETTA D'OLIVIO RETURN OF SERVICE.pdf

ANSWER Dolivio.pdf

91 Civil Case Cover Sheet

19 Civil Case Cover Sheet

ORDER - PRETRIAL

Fox Expert Designation.pdf

Motion to Compel.pdf

SJH_on_Pls_Mtn_to_Compel.pdf

2017-07-24 - Plaintiffs' Supplemental Motion to Compel.pdf

ORDER - COMPEL

Amended Petition.pdf

Amended Designation of Experts.pdf

Continuance, AMENDED Motion for.pdf

Continuance, Motion for.pdf

CERTIFICATE OF CONFERENCE

NOTICE OF HEARING - FIAT

CORRESPONDENCE - LETTER TO FILE

MOTION - CONTINUANCE

Notice of Hearing.pdf

Withdraw Order dc1605606.pdf

Withdraw dc1605606.pdf

Withdraw Cert dc1605606.pdf

MOTION - CONTINUANCE

ISSUE CITATION

CERTIFICATE OF SERVICE

ORDER - WITHDRAW ATTORNEY

ISSUE CITATION

ISSUE CITATION

CITATION ISSUED

CITATION ISSUED

BRIGETTA - CIT

BRIGETTA - NOT

DAVID - CIT

DAVID - CIT

withdraw dc1605606.pdf

CORRESPONDENCE - LETTER TO FILE

CITATION ISSUED

CITATION ISSUED

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

DAVID - CIT

DAVID MASON KLIMAN - CIT

MOTION - SUBSTITUTE SERVICE

CERTIFICATE OF SERVICE

CERT OF CONF SET ASIDE

NOTICE OF HEARING / FIAT

AMD M SET ASIDE

CERT OF CONF SET ASIDE

MOTION - QUASH

CERTIFICATE OF SERVICE

NOTICE OF HEARING

ORDER QUASH

CERTIFICATE OF CONFERENCE QUASH

SUBPOENA- JP MORGAN CHASE BANK NA

Motion for Sanctions.pdf

Pls Response to Motion to Quash

Generic Reset Non Jury Trial Notice

Generic Reset Non Jury Trial Notice

ORDER - DENY

MISCELLANOUS EVENT

CORRESPONDENCE - LETTER TO FILE

NOTICE OF APPEAL - CT OF APPEALS

COA - POST CARD

REQUEST CLERK PREPARE RECORD

RESPONSE

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

RESPONSE

DOCKET

CLERK'S RECORD PAYMENT INVOICE

RESPONSE dc 605606 Fox.pdf

33064EF.pdf

COUNTER CLAIM

CERTIFICATE

CERTIFICATE OF SERVICE

NON-SIGNED PROPOSED ORDER/JUDGMENT

NOTICE OF HEARING - FIAT

CERTIFICATE OF CONFERENCE

CERTIFICATE OF SERVICE

MOTION - COMPEL

JURY DEMAND

CORRESPONDENCE - LETTER TO FILE

AFFIDAVIT

CERTIFICATE OF SERVICE

AMENDED ANSWER - AMENDED GENERAL DENIAL

Plaintiffs Response to Motion to Compel.pdf

Plaintiffs Objections to Request for Jury Trial.pdf

Witness List.pdf

Notice of Appearance.pdf

defendants witness list.pdf

defendants first amended witness list.pdf

defendants second amended witness list.pdf

Motion to Strike.pdf

Answer to Counterclaim.pdf

Amended Answer to Counterclaim.pdf

Combined Motion to Strike

motion to compel arbitration-D'Olivio

Defendant's Amended Special Exceptions

Fox v. D'Olivio -Post Trial Brief.pdf

D'Olivio Post Trial Brief

Kleiman letter to Court - Fox v D'Olivio.pdf

COA - POST CARD

COA - CORRESPONDENCE LETTER

2017-12-18 - ltr to judge slaughter re judgment.pdf

2017-12-18 - Proposed Judgment.pdf

Proposed Order on Amended Special Exceptions

Proposed Order COMPEL ARBITRATION

Motion For Judgment - Fox.pdf

MANDATE DISMISS

COA - CORRESPONDENCE LETTER

Fox_NOH_on_P_s_Min_for_Judgment.pdf

Order on Motion to Withdraw as Counsel-FINAL DRAFT-D'Olivio .pdf

Motion to Withdraw as Counsel-Brigetta D'Olivio.pdf

CORRESPONDENCE - LETTER TO FILE

ORDER - WITHDRAW ATTORNEY

JUDGMENT NON-JURY

Notice of Appearance. D'Olivio.pdf

Request for Findings of Fact. D'Olivio.pdf

Ltr to Court.pdf

P's Resp to D's Req FFCL.pdf

P's Proposed FFCL.pdf

FFCL.pdf

Fox_Post Judgment MTC.pdf

NOH_on_Ps_PJ_Mtn_to_Compel.pdf

Request for RR.pdf

Notice of appeal.pdf

Request for CR.pdf

COA - POST CARD

COVER

CAPTION

DOCKET SHEET

COST BILL

CLERK CERTIFICATE

CLERK'S RECORD PAYMENT INVOICE

ORDER - COMPEL

Pls_Supp_Request_for_Clerk_s_Records.pdf

Post Judgment Motion For Sanctions.pdf

COVER

COA 05-18-00868-CV - POST CARD

CLERK'S RECORD PAYMENT INVOICE

COA - NO PAYMENT LETTER

COA - CORRESPONDENCE LETTER

APPELLATE RECORD

APPELLATE RECORD

COA - POST CARD

COA POST CARD

2018-11-28 - Application for turnover.pdf

REQUEST

ISSUE WRIT

Amended Application for Turnover.pdf

NOH on Amd App for T rnover Order.pdf

REQUEST FOR SERVICE

ISSUE WRIT .

RETURN OF sERVICE

SUPPLEMENTAL CLERK'S RECORD REQUEST

REQUEST REPORTER RECORD

SUPPLEMENTAL CLERK'S RECORD REQUEST

2019-01-22 1st Amended
NOH_on_Amended_Application for Turnover_Order.pdf

2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

SUPPLEMENTAL CLERK'S RECORD REQUEST

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE   LETTER TO FILE

SUPPLEMENTAL COVER

CL RK'S RECORD PAYMEN  INVOICE

Gary Patterson's Motion to Withdraw as Counsel for DC-16-05606.pdf

Order Granting Motion for Withdraw of Counsel for DC- 6-05606.pdf

2019-02-18 - Notice_of_Cancellation_of_hearing.pdf

RESPONSE

 ON-SIGNED PROPOSED ORDER/JUDGMENT

# EXHIBIT 8

# Case Information

DC-16-05606 | GREG FOXet al vs. BRIGETTA D'OLIVIO

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| **DC-16-05606** | **191st District Court** | **SLAUGHTER, GENA** |
| File Date | Case Type | Case Status |
| **05/10/2016** | **OTHER CONTRACT** | **CLOSED** |

# Party

PLAINTIFF
**FOX, GREG**

Inactive Attorneys ▼
**Lead Attorney**
**KLEIMAN, DAVID**
**MASON**
**Retained**

Work Phone
**214-979-7400**

Fax Phone
**214-979-7402**

PLAINTIFF
**FOX, LAURA**

Inactive Attorneys ▼
**Lead Attorney**
**KLEIMAN, DAVID**
**MASON**
**Retained**

Work Phone
**214-979-7400**

Fax Phone
**214-979-7402**

DEFENDANT
D'OLIVIO, BRIGETTA

Address
3800 PEBBLECREEK CT.
PLANO TX 75023

Inactive Attorneys ▼
  Pro Se


  Pro Se


  Pro Se


Lead Attorney
PATTERSON, GARY
E
Retained

Work Phone
713-223-3095

Fax Phone
713-223-2121

## Disposition Events

05/02/2017 Judgment ▼

JUDGMENT NON-JURY

Judicial Officer
SLAUGHTER, GENA

Judgment Type
JUDGMENT NON-JURY

Judgment

    Judgment Amount: **$281,506.40**

    Pre-Judgment Interest: **$31,100.64**

    Court Costs: **$1,126.00**

    Attorney Fees: **$58,407.00**

Total Judgment: **of $372,140.04**

Awarded To: **FOX, GREG, et al**

Awarded Against: **D'OLIVIO, BRIGETTA**

# Events and Hearings

05/10/2016 NEW CASE FILED (OCA) - CIVIL

05/10/2016 ORIGINAL PETITION ▼

Plaintiff's Original Petition.pdf

Comment
**Plaintiff's Original Petition**

05/10/2016 ISSUE CITATION

05/11/2016 CASE FILING COVER SHEET ▼

Civil Case Information Sheet.pdf

Comment
**Civil Case Information Sheet**

05/13/2016 CITATION ISSUED ▼

DC16-5606.pdf

05/13/2016 CITATION ▼

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**07/07/2016**

06/24/2016 MOTION - SUBSTITUTE SERVICE ▾

Plaintiffs Motion For Subsiituted Service of Process.pdf

06/24/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting Plaintiffs Motion For Substituted Service of

Comment
**Order Granting Substituted Service**

06/24/2016 NOTE - CLERKS ▾

Comment
**ORDER SUBS SERVICE - ADMIN QUE**

06/27/2016 ORDER - SUBSTITUTE SERVICE ▾

ORDER - SUBSTITUTE SERVICE

Comment
**BRIDGETTA D'OLIVIO**

07/07/2016 RETURN OF SERVICE ▾

BRIGETTA D'OLIVIO RETURN OF SERVICE.pdf

Comment
**BRIGETTA D'OLIVIO RETURN OF SERVICE**

07/25/2016 ORIGINAL ANSWER - GENERAL DENIAL ▾

ANSWER Dolivio.pdf

Comment
**Defendant's Original Answer**

07/25/2016 VACATION LETTER ▾

Comment
**Vacation Letter**

08/10/2016 ORDER - PRETRIAL ▾

ORDER - PRETRIAL

08/11/2016 DISMISSAL FOR WANT OF PROSECUTION ▾

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:00 AM**

Cancel Reason
**BY COURT ADMINISTRATOR**

Comment
**S/S MAILED**

01/10/2017 VACATION LETTER ▼

Comment
**Vacation Letter**

02/10/2017 DESIGNATION OF EXPERT WITNESS(ES) ▼

Fox Expert Designation.pdf

Comment
**PLAINTIFF'S**

06/20/2017 VACATION LETTER ▼

Comment
**UPDATED VACATION LETTER**

06/22/2017 MOTION - COMPEL ▼

Motion to Compel.pdf

06/23/2017 NOTICE OF HEARING / FIAT ▼

NOH_on_Pls__Mtn_to_Compel.pdf

07/24/2017 MOTION - COMPEL ▼

2017-07-24 - Plaintiffs' Supplemental Motion to Compel.pdf

Comment
**PLTF'S SUPPLEMENTAL M/COMPEL**

07/28/2017 Motion - Compel ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:00 AM**

07/28/2017 ORDER - COMPEL ▼

ORDER - COMPEL

Comment
**AND; SUPPL MOTION**

07/28/2017 AMENDED PETITION ▼

Amended Petition.pdf

07/28/2017 DESIGNATION OF EXPERT WITNESS(ES) ▼

Amended Designation of Experts.pdf

Comment
**PLT - AMENDED**

08/16/2017 MOTION - CONTINUANCE ▼

Continuance, AMENDED Motion for.pdf

Comment
**AMENDED**

08/16/2017 MOTION - CONTINUANCE ▼

Continuance, Motion for.pdf

Comment
**(NOT AGREED)**

08/16/2017 VACATION LETTER

08/17/2017 MOTION - CONTINUANCE ▼

MOTION - CONTINUANCE

08/17/2017 ISSUE NOTICE

08/17/2017 NOTICE OF HEARING / FIAT ▼

NOTICE OF HEARING / FIAT

Comment
**RE: D/M/CONTINUANCE**

08/17/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
**RE: CONTINUANCE AND WITHDRAWAL OF ATTORNEY**

08/17/2017 CERTIFICATE OF CONFERENCE ▼

CERTIFICATE OF CONFERENCE

Comment
**TO DEFENDANTS MOTION FOR CONTINUANCE**

08/17/2017 NOTICE ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/22/2017**
Comment
**ATTY**

08/18/2017 NOTICE OF HEARING / FIAT ▼

Notice of Hearing.pdf

08/18/2017 MOTION - WITHDRAW ATTORNEY ▼

Withdraw Order dc1605606.pdf

Withdraw dc1605606.pdf

08/18/2017 CERTIFICATE OF ATTORNEY ▼

Withdraw Cert dc1605606.pdf

08/18/2017 MOTION - CONTINUANCE ▼

MOTION - CONTINUANCE

   Comment
   **AMENDED**

08/18/2017 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

   Comment
   **AMENDED MOTION FOR CONTINUANCE**

08/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Withdraw Order dc1605606.pdf

   Comment
   **ORDER WITHDRAW**

08/21/2017 ORDER - WITHDRAW ATTORNEY ▼

ORDER - WITHDRAW ATTORNEY

08/21/2017 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

    Comment
    **DEFENDANT**

08/21/2017 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

    Comment
    **ANSWER TO MOTION TO WITHDRAW AS COUNSEL**

08/21/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/22/2017**
Comment
**ATTY/DB**

08/22/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

    Comment
    **TO MOTION TO WITHDRAW AS COUNSEL**

08/22/2017 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

    Comment
    **AMENDED ANSWER TO MOTION TO WITHDRAW AS COUNSEL**

08/22/2017 CITATION ISSUED ▾

CITATION ISSUED

CITATION ISSUED

08/22/2017 RETURN OF SERVICE ▾

BRIGETTA - CIT

Comment
**CIT EXEC 8/21/17 PPS**

08/22/2017 RETURN OF SERVICE ▼

BRIGETTA - NOT

Comment
**NOTICE EXEC 8/21/17 PPS**

08/22/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Anticipated Server
**ATTORNEY**

Anticipated Method
Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/23/2017**
Comment
**ATTY**

08/22/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/23/2017**
Anticipated Server
**ATTORNEY**

Anticipated Method

08/23/2017 Motion - Continuance ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:30 AM**

Comment
**15 MINS - 214-733-7204 - AMD/M/CONTINUE SET BY BRIGETTA D'OLIVIO**

08/23/2017 RETURN OF SERVICE ▼

DAVID - CIT

Comment
**CIT EXEC 8/22/17 TO DAVID MASON KLEIMAN PPS**

08/23/2017 RETURN OF SERVICE ▼

DAVID - CIT

Comment
**CIT EXEC 8/22/17 TO DAVID M KLEIMAN PPS**

08/25/2017 CORRESPONDENCE - LETTER TO FILE ▼

i withdraw dc1605606.pdf

Comment
**RE: NOTICE OF WITHDRAWAL**

08/25/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

08/28/2017 Non Jury Trial ▼

191 Civil Case Cover Sheet

191 Civil Case Cover Sheet

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:30 AM**

Cancel Reason
**CARRIED TO ANOTHER WEEK**

08/28/2017 MOTION - SET ASIDE

08/28/2017 ISSUE CITATION

08/28/2017 CITATION ISSUED ▼

CITATION ISSUED

CITATION ISSUED

08/28/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/30/2017**
Anticipated Server
**ATTORNEY**

Anticipated Method


08/28/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Comment
**N/C**


08/28/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/30/2017**
Comment
**N/C**


08/28/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Comment
**N/C**


08/30/2017 RETURN OF SERVICE ▾

DAVID - CIT

Comment
**CIT EXEC 8/29/17 TO DAVID KLEIMAN MASON PPS**


08/30/2017 RETURN OF SERVICE ▾

DAVID MASON KLEIMAN - CIT

Comment
**CIT EXEC 8/29/17 TO DAVID MASON KLEIMAN PPS**

09/01/2017 MOTION - SUBSTITUTE SERVICE ▼

MOTION - SUBSTITUTE SERVICE

09/07/2017 NOTE - ADMINISTRATOR ▼

Comment
**LETTER TO JUDGE**

09/07/2017 MOTION - SET ASIDE ▼

Comment
**AMENDED M/SET ASIDE ORDER**

09/07/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

Comment
**DEFENDANT**

09/07/2017 CERTIFICATE OF CONFERENCE ▼

CERT OF CONF SET ASIDE

Comment
**DEFENDANT - TO M/SET ASIDE ORDER**

09/07/2017 CERTIFICATE OF CONFERENCE ▼

CERT OF CONF SET ASIDE

Comment
**DEFENDANT - AMD M/SET ASDIE ORDER**

09/07/2017 NOTICE OF HEARING / FIAT ▼

NOTICE OF HEARING / FIAT

Comment
**AMD M/ SET ASIDE ORDER - DEFENDANT**

09/07/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

AMD M SET ASIDE

Comment
**ORDER ON AMD M/SET ASIDE ORDER**

09/07/2017 MOTION - QUASH ▼

MOTION - QUASH

09/07/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

09/07/2017 CERTIFICATE OF CONFERENCE ▼

NOTICE OF HEARING

Comment
**D/M/QUASH**

09/07/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

ORDER QUASH

Comment
**ORDER ON MOTION QUIIASH**

09/07/2017 CERTIFICATE OF CONFERENCE ▼

CERTIFICATE OF CONFERENCE QUASH

Comment
**M/QUASH**

09/14/2017 RETURN OF SERVICE ▼

SUBPOENA: JP MORGAN CHASE BANK NA

Comment
**SUBPOENA: JP MORGAN CHASE BANK NA**

09/19/2017 MOTION - SANCTIONS ▼

Motion for Sanctions.pdf

09/20/2017 RESPONSE ▼

Pls' Response to Motion to Quash

Comment
**PLAINTIFF'S RESPONSE TO MOTION TO QUASH**

09/22/2017 Motion - Quash ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**03:45 PM**

Comment
**BRIGETTA D'OLIVIO 214 733-7204 15 MIN M/QUASH**

09/22/2017 ORDER - DENY ▾

ORDER - DENY

Comment
**O/DENYING (DF) M/QUASH**

09/25/2017 MISCELLANOUS EVENT ▾

MISCELLANOUS EVENT

Comment
**LETTER TO COURT REPORTER REQUESTING TRANSCRIPT - COPY GIVEN TO MELBA WRIGHT**

09/25/2017 NOTICE OF APPEAL - CT. OF APPEALS ▾

NOTICE OF APPEAL - CT. OF APPEALS

Comment
**DESIGNATION REQUESTED AT TIME OF ACCEPTANCE W/IN 3 DAYS**

09/26/2017 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**LETTER TO JUDGE SLAUGHTER**

09/26/2017 COA - POST CARD ▾

COA - POST CARD

Comment
**05-17-01119-CV**

09/29/2017 Motion - Sanctions ▾

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:00 AM**

Cancel Reason
**REQUESTED BY ATTORNEY/PRO SE**

Comment
**15 MINS - SET BY KIM - 214-979-7443 - CC REQ**

09/29/2017 REQUEST CLERK PREPARE RECORD ▾

REQUEST CLERK PREPARE RECORD

Comment
clerk's record request

09/29/2017 RESPONSE ▼

RESPONSE

Comment
TO MOTION FOR SANCTIONS

10/04/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
RE: INVOICE #171004-1

10/04/2017 VACATION LETTER

10/04/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
RE: REQUEST TO RE-SCHEDULE DEFENDANT'S SCHEDULED
HEARING DATE OF OCTOBER 4TH, 2017 - AMENDED MOTION
TO SET ASIDE ORDER

10/04/2017 RESPONSE ▼

RESPONSE

Comment
AMENDED - MOTION FOR SANCTIONS

10/05/2017 NOTE - CLERKS ▼

Comment
PREPARING CLERKS RECORD

10/05/2017 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
EMAILED PRO SE FOR $402

10/12/2017 MOTION HEARING ▼

CERTIFICATE OF SERVICE

NOTICE OF HEARING

ORDER QUASH

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:00 AM**

Cancel Reason
**HEARING RESCHEDULED**

Comment
**D/M/SET ASIDE - BRIGETTA D'OLIVIO 214 733-7204 15 MINS**

10/23/2017 COUNTER CLAIM ▼

COUNTER CLAIM

10/23/2017 RESPONSE ▼

RESPONSE dc1605606 Fox.pdf

Comment
**ROBERT M. CLARK'S RESPONSE TO BRIGETTA D'OLIVIO'S
MOTION TO SET ASIDE ORDER AND MOTION TO QUASH**

10/23/2017 CERTIFICATE OF CONFERENCE ▼

CERTIFICATE

Comment
**DEFT CONFERENCE TO 1ST AMD ANS & COUNTERCLAIM**

10/23/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

Comment
**DEFT'S 1ST AMD ANS & COUNTERCLAIM**

10/24/2017 CERTIFICATE OF DEPOSITION ▼

333064EF.pdf

Comment
**Reporters Certification for the deposition of Brigetta D'Olivio**

10/24/2017 ORIGINAL ANSWER - GENERAL DENIAL ▼

Comment
**FIRST AMENDED ANSWER**

11/09/2017 MOTION - COMPEL ▼

MOTION - COMPEL

Comment
**SANCTIONS AND CONTINUANCE**

11/09/2017 CERTIFICATE OF CONFERENCE ▼

CERTIFICATE OF CONFERENCE

Comment
**TO MOTION TO COMPEL, SANCTIONS AND CONTINUANCE**

11/09/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

11/09/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

NON-SIGNED PROPOSED ORDER/JUDGMENT

Comment
**ORDER ON MOTION TO COMPEL, SANCTIONS AND
CONTINUANCE**

11/09/2017 NOTICE OF HEARING / FIAT ▼

NOTICE OF HEARING / FIAT

Comment
**RE: MOTION TO COMPEL, SANCTIONS AND CONTINUANCE**

11/13/2017 JURY DEMAND ▼

JURY DEMAND

11/13/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
**RE: DOCKET CALL**

11/13/2017 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

11/13/2017 AFFIDAVIT ▼

AFFIDAVIT

11/13/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

AMENDED ANSWER - AMENDED GENERAL DENIAL

Comment
**2ND - 1ST AMENDED COUNTERCLAIM**

11/14/2017 RESPONSE ▼

Plaintiffs Response to Motion to Compel.pdf

Comment
**PLAINTIFF'S RESPONSE TO MOTION TO COMPEL**

11/14/2017 OBJECTION ▼

Plaintiffs Objections to Request for Jury Trial.pdf

Comment
**PLAINTIFF'S OBJECTION TO REQUEST FOR JURY TRIAL**

11/16/2017 MOTION HEARING ▼

AMD M SET ASIDE

CERT OF CONF SET ASIDE

MOTION - QUASH

ORDER QUASH

RESPONSE dc1605606 Fox.pdf

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:15 AM**

Comment
**RE-SET W/BRIGETTA D'OLIVIO (214-733-7204) 15MIN (FINAL HEARING)**

11/17/2017 WITNESS LIST ▼

Witness List.pdf

Comment
**Plaintiffs' Witness List**

11/17/2017 NOTICE OF APPEARANCE ▼

Notice of Appearance.pdf

Comment
**Notice of Appearance**

11/17/2017 WITNESS LIST ▼

defendants witness list.pdf

Comment
**Defendant's Witness List**

11/17/2017 WITNESS LIST ▼

defendants first amended witness list.pdf

Comment
**Defendant's First Amended Witness List**

11/17/2017 WITNESS LIST ▼

defendants second amended witness list.pdf

Comment
**DEFENDANT'S 2ND AMENDED**

11/17/2017 MOTION - STRIKE ▼

Motion to Strike.pdf

Comment
**Plaintiffs' Greg and Laura Fox Motion to Strike Counterclaim**

11/17/2017 ORIGINAL ANSWER TO CROSS CLAIM - COUNTER
PETITION ▼

Answer to Counterclaim.pdf

Comment
**(Plaintiffs Greg and Laura Fox) ' Answer to Counterclaim**

11/20/2017 Non Jury Trial ▼

Generic Reset Non Jury Trial Notice

Generic Reset Non Jury Trial Notice

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:30 AM**

Cancel Reason
**BY COURT ADMINISTRATOR**

11/20/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

Amended Answer to Counterclaim.pdf

Comment
**Plaintiffs' Amended Answer to Counterclaim**

11/20/2017 MOTION - STRIKE ▼

Combined Motion to Strike

Comment
**Combined Motion to Strike P's Answer to CC & Strike MTS-D'Olivio**

11/21/2017 MOTION - COMPEL ▼

motion to compel arbitration-D'Olivio

Comment
**Motion to Compel Arbitration-D'Olivio-0006**

11/21/2017 SPECIAL EXCEPTIONS ▼

Defendant's Amended Special Exceptions

Comment
**Defendant's Amended Special Exceptions to Plaintiff's Amended Petition**

11/21/2017 INACTIVATE CASE (OCA)

11/27/2017 COA - POST CARD ▼

COA - POST CARD

Comment
**05-17-01119-CV**

11/29/2017 BRIEF FILED ▼

Fox v. D'Olivio -Post Trial Brief.pdf

Comment
**PLAINTIFFS' POST TRIAL BRIEF EMAILED JUDGE ON BREIF**

11/29/2017 BRIEF FILED ▼

D'Olivio Post Trial Brief

Comment
**DEFENDANT'S POST TRIAL BRIEF EMAILED JUDGE ON BRIEF**

11/30/2017 NOTE - CLERKS ▼

Comment
**COURTESY COPY REC'D - PLAINTIFF'S POST TRIAL BRIEF - PLACED IN ADMIN TRAY**

12/04/2017 CORRESPONDENCE - LETTER TO FILE ▼

Kleinman letter to Court - Fox v D'Olivio.pdf

Comment
**Plaintiffs' letter to Court re Release of Lien EMAIL JUDGE**

12/04/2017 NOTE - CLERKS ▼

Comment
COURTESY COPY REC'D 12/4/17 CORRESPONDENCE LETTER
TO JUDGE SUBMITTED TO ADMIN TRAY.

12/05/2017 COA - NO PAYMENT LETTER ▼

Comment
05-17-01119-CV SUBMIT 5THCOA W/CONFIRMATION #26599

12/07/2017 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

Comment
05-17-01119-CV

12/18/2017 CORRESPONDENCE - LETTER TO FILE ▼

2017-12-18 - ltr to judge slaughter re judgment.pdf

2017-12-18 - Proposed Judgment.pdf

Comment
Letter to Judge Slaughter WITH PROPOSED JUDGMENT

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Proposed Order on Amended Special Exceptions

Comment
Order on Defendant's Special Exceptions

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Comment
FINAL JUDGMENT

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Proposed Order COMPEL ARBITRATION

Comment
Proposed Order

01/26/2018 MOTION - JUDGMENT ▼

Motion For Judgment - Fox.pdf

Comment
FOR ENTRY OF - ***FINAL JUDGMENT ATTACHED TO MOTION
AS AN EXHIBIT**

03/27/2018 NOTE - CLERKS ▼

Comment
**PER MS D'OLIVIO HER ADDRESS IS CORRECT**

04/10/2018 MANDATE DISMISS ▾

MANDATE DISMISS

04/10/2018 COA - CORRESPONDENCE LETTER ▾

COA - CORRESPONDENCE LETTER

04/17/2018 NOTICE OF HEARING / FIAT ▾

Fox_NOH_on_P_s_Mtn_for_Judgment.pdf

Comment
**Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Motion for Judgment**

04/19/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order on Motion to Withdraw as Counsel-FINAL DRAFT-D'Olivio .pdf

Comment
**Proposed Order on Motion to Withdrawal-D'Olivio**

04/19/2018 MOTION - WITHDRAW ATTORNEY ▾

Motion to Withdraw as Counsel-Brigetta D'Olivio.pdf

Comment
**UNOPPOSED**

04/23/2018 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**RE: RIGHT TO ATTORNEY CLIENT PRIVILEGE**

04/25/2018 MOTION HEARING ▾

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**11:00 AM**

Comment
**m/enter jdgmt (david kleiman 2/979-7446)**

04/25/2018 ORDER - WITHDRAW ATTORNEY ▾

ORDER - WITHDRAW ATTORNEY

05/02/2018 REACTIVATE CASE (OCA)

05/02/2018 COLLECTIONS - FINANCIALS

05/17/2018 NOTICE OF APPEARANCE ▼

Notice of Appearance. D'Olivio.pdf

05/17/2018 REQUEST FOR FINDING OF FACT/CONCLUSIONS OF
LAW ▼

Request for Findings of Fact. D'Olivio.pdf

05/17/2018 NOTE - CLERKS ▼

Comment
**REQUEST FOR FOF CNCL OF LAW SUBMITTED TO ADMIN'S
QUEUE**

05/18/2018 NOTE - ADMINISTRATOR ▼

Comment
**ffc submitted to judge**

05/25/2018 CORRESPONDENCE - LETTER TO FILE ▼

Ltr to Court.pdf

Comment
**Letter to Court**

05/25/2018 RESPONSE ▼

P's Resp to D's Req FFCL.pdf

Comment
**Plaintiffs' Repsonse to Defendant's Request for Findings of Fact
and Conclusions of Law**

05/25/2018 FINDINGS OF FACT/CONCLUSIONS OF LAW ▼

P's Proposed FFCL.pdf

Comment
**Plaintiffs' Proposed Findings of Fact and Conclusions of Law**

05/25/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

FFCL.pdf

Comment
**Findings of Fact and Conclusions of Law**

06/28/2018 MOTION - COMPEL ▾

Fox_Post Judgment MTC.pdf

Comment
**Plaintiffs' Post Judgment Motion to Compel**

07/03/2018 NOTICE OF HEARING / FIAT ▾

NOH_on_Ps__PJ_Mtn_to_Compel.pdf

Comment
**RE: MOTION TO COMPEL**

07/30/2018 REQUEST REPORTER RECORD ▾

Request for RR.pdf

Comment
**Request**

07/30/2018 NOTICE OF APPEAL - CT. OF APPEALS ▾

Notice of appeal.pdf

Comment
**Notice of Appeal**

07/30/2018 REQUEST CLERK PREPARE RECORD ▾

Request for CR.pdf

Comment
**Request**

08/01/2018 NOTE - CLERKS ▾

Comment
**PREPARING CLERK RECORD**

08/08/2018 COA - POST CARD ▾

COA - POST CARD

Comment
**05-18-00868-CV**

08/08/2018 CLERK'S RECORD PAYMENT INVOICE ▾

CLERK'S RECORD PAYMENT INVOICE

Comment
**EMAILED ATTY $907.00**

08/17/2018 Motion - Compel ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**02:30 PM**

Comment
**KIM OLTMAN 214-979-7443 - MOTION COMPEL FILED 6/28/2018 - 30-MINUTES**

08/17/2018 ORDER - COMPEL ▼

ORDER - COMPEL

Comment
**ORDER GRANTING Pl_._A_INTFFS POST JUDGMENT MOTION
TO COMPEL. AN_D FOR SANCTIONS**

08/24/2018 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

Pls__Supp_Request_for_Clerk_s_Records.pdf

Comment
**#1 SUPPLEMENTAL CLERK'S RECORD REQUEST Plaintiffs'
Supplemental Request for Clerk's Records**

08/27/2018 MOTION - SANCTIONS ▼

Post Judgment Motion For Sanctions.pdf

Comment
**AND FOR CONTEMPT**

08/28/2018 NOTE - CLERKS ▼

Comment
**PREPARING SUPPLEMENT CLERK RECORD 05-18-00868-CV**

08/31/2018 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
**#1 SUPPLEMENT CLERK RECORD**

09/05/2018 COA - POST CARD ▼

COA 05-18-00868-CV - POST CARD

Comment
**COA 05-18-00868-CV - POST CARD**

09/11/2018 COA - NO PAYMENT LETTER ▼

COA - NO PAYMENT LETTER

    Comment

    **05-18-00868-CV SUBMIT 5THCOA W/CONFIRMATION #30613**

09/14/2018 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

    Comment

    **05-18-00868-CV**

09/24/2018 APPELLATE RECORD ▼

APPELLATE RECORD

    Comment

    **SUPPLEMENTAL RECORD SENT TO THE 5TH COA WITH CONFIRMATION # 30834**

09/24/2018 APPELLATE RECORD ▼

APPELLATE RECORD

    Comment

    **CLERKS RECORD SENT TO THE 5TH COA WITH CONFIRMATION #30831**

09/26/2018 COA - POST CARD ▼

COA - POST CARD

COA - POST CARD

    Comment

    **05-18-00868-CV**

11/28/2018 APPLICATION FOR TURNOVER ▼

2018-11-28 - Application for turnover.pdf

    Comment

    **PLAINTIFF**

11/28/2018 REQUEST FOR SERVICE ▼

REQUEST

11/28/2018 ISSUE WRIT ▼

ISSUE WRIT

11/30/2018 EXECUTION ▼

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**12/26/2018**
Comment
**ESERVE/CM (1) 222//399**

12/03/2018 APPLICATION FOR TURNOVER ▾

Amended Application for Turnover.pdf

Comment
**PLAINTIFF AMENDED**

12/04/2018 NOTICE OF HEARING / FIAT ▾

NOH on Amd App for Turnover Order.pdf

Comment
**Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Amended Application for Turnover Order**

12/18/2018 REQUEST FOR SERVICE ▾

REQUEST FOR SERVICE

12/18/2018 ISSUE WRIT ▾

ISSUE WRIT

Comment
**ESERVE**

12/19/2018 EXECUTION ▾

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**01/24/2019**
Comment
**ESERVE/CM (2) 222/465**

12/26/2018 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
**(1) EXECUTION - UNEXECUTED - BRIGETTA D'OLIVIO**

12/31/2018 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**#2 SUPPLEMENTAL CLERK'S RECORD REQUEST**

01/04/2019 NOTE - CLERKS ▼

Comment
**PREPARING SUPPLEMENTAL RECORD 05-18-00868-CV**

01/16/2019 REQUEST REPORTER RECORD ▼

REQUEST REPORTER RECORD

Comment
**APPELLANT'S REQUEST FOR SUPPLEMENTAL REPORTER'S RECORD**

01/16/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**#3 SUPPLEMENTAL CLERK'S RECORD REQUEST**

01/16/2019 NOTE - CLERKS ▼

Comment
**BILL PRO-SE FOR THIS SUPPLEMENT. VERIFIED ATTORNEY T. HOOTMAN WITHDREW FROM APPEAL CASE. ORDER SIGNED IN THE 5THCOA 1/15/19.**

01/17/2019 CLERK'S RECORD PAYMENT INVOICE ▼

Comment
**#2 SUPPLEMENTAL CLERK'S RECORD**

01/22/2019 NOTICE OF HEARING / FIAT ▼

2019-01-22 - 1st Amended
NOH_on_Amended_Application_for_Turnover_Order.pdf

Comment
**First Amended Notice of Hearing**

01/25/2019 RETURN OF SERVICE ▼

(2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

Comment
**(2) WRIT OF EXECUTION NULLA BOLA - BRIGETTTA D'OLIVIO**

02/12/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▾

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**#4 SUPPLEMENTAL CLERK'S RECORD REQUEST**

02/13/2019 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**BRIGETTA D'OLIVIO**

02/14/2019 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**LETTER TO COURT OF APPEALS**

02/15/2019 MOTION - WITHDRAW ATTORNEY ▾

Gary Patterson's Motion to Withdraw as Counsel for DC-16-05606.pdf

Comment
**Gary Patterson's Motion to Withdraw as Counsel**

02/15/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting Motion for Withdraw of Counsel for DC-16-05606.pdf

Comment
**ORQER GRANTING MOTION FOR WITHDRAW OF COUNSEL**

02/18/2019 NOTE - CLERKS ▾

Comment
**PREPARING SUPPLEMENTAL CLERKS RECORD #2 05-18-00868-CV**

02/18/2019 CLERK'S RECORD PAYMENT INVOICE ▾

CLERK'S RECORD PAYMENT INVOICE

Comment
**#3 SUPPLEMENTAL CLERK'S RECORD**

02/18/2019 NOTICE OF HEARING / FIAT ▾

2019-02-18 - Notice_of_Cancellation_of_hearing.pdf

Comment
**\*\*CANCELLATION\*\***

02/19/2019 RESPONSE ▾

RESPONSE

Comment
DEFENDANT'S RESPONSE TO PLAINTIFFS' AMENDED
APPLICATION FOR TURNOVER ORDER

02/19/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NON-SIGNED PROPOSED ORDER/JUDGMENT

Comment
ORDER DENYING PLAINTIFFS' AMENDED APPLICATION FOR
TURNOVER ORDER

02/20/2019 Motion - Turnover ▾

Amended Application for Turnover.pdf

Judicial Officer
SLAUGHTER, GENA

Hearing Time
02:00 PM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
PL/AMENDED APPLICATION FOR TURNOVER ORDER FILED
12/03/18 30M KAREN 214-979-7410

02/25/2019 CLERK'S RECORD PAYMENT INVOICE ▾

CLERK'S RECORD PAYMENT INVOICE

Comment
DUPLICATE INVOICE FOR SUPP #2 CR SENT TO PRO SE'

02/25/2019 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
DEFENDANT

02/25/2019 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

02/26/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▾

#5 SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
#5 SUPPLEMENTAL CLERK'S RECORD REQUEST

02/27/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▾

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
SUPPLEMENTAL CLERK'S RECORD REQUEST

# Financial

FOX, GREG

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $908.00 |
| Total Payments and Credits | | | | $908.00 |
| 5/11/2016 | Transaction Assessment | | | $295.00 |
| 5/11/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 29639- 2016- DCLK | FOX, GREG | ($295.00) |
| 8/27/2018 | Transaction Assessment | | | $75.00 |
| 8/27/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 56323- 2018- DCLK | FOX, GREG | ($75.00) |
| 9/6/2018 | Transaction Assessment | | | $507.00 |
| 9/20/2018 | PAYMENT (CASE FEES) | Receipt # 62847- 2018- DCLK | VINCENT SERAFINO GEARY WADDELL JENEVEIN PC | ($507.00) |
| 11/28/2018 | Transaction Assessment | | | $15.00 |

Details

| | | | | |
|---|---|---|---|---|
| 11/28/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78072-2018-DCLK | FOX, GREG | ($15.00) |
| 11/29/2018 | Transaction Assessment | | | $8.00 |
| 11/29/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78275-2018-DCLK | FOX, GREG | ($8.00) |
| 12/18/2018 | Transaction Assessment | | | $8.00 |
| 12/18/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 82319-2018-DCLK | FOX, GREG | ($8.00) |

D'OLIVIO, BRIGETTA

Total Financial Assessment     $2,543.00
Total Payments and Credits     $1,123.00

| | | | | |
|---|---|---|---|---|
| 8/17/2017 | Transaction Assessment | | | $8.00 |
| 8/17/2017 | PAYMENT (CASE FEES) | Receipt # 52651-2017-DCLK | D'OLIVIO, BRIGETTA | ($8.00) |
| 8/18/2017 | Transaction Assessment | | | $8.00 |
| 8/18/2017 | PAYMENT (CASE FEES) | Receipt # 53153-2017-DCLK | D'OLIVIO, BRIGETTA | ($8.00) |
| 8/21/2017 | Transaction Assessment | | | $16.00 |
| 8/21/2017 | PAYMENT (CASE FEES) | Receipt # 53434-2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |
| 8/22/2017 | Transaction Assessment | | | $16.00 |
| 8/22/2017 | PAYMENT (CASE FEES) | Receipt # 53885-2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |
| 8/28/2017 | Transaction Assessment | | | $16.00 |
| 8/28/2017 | PAYMENT (CASE FEES) | Receipt # 55162-2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |

| Date | | Details | | |
|---|---|---|---|---|
| 10/5/2017 | Transaction Assessment | | | $402.00 |
| 10/23/2017 | Transaction Assessment | | | $80.00 |
| 10/23/2017 | PAYMENT (CASE FEES) | Receipt # 69600-2017-DCLK | D'OLIVIO, BRIGETTA | ($80.00) |
| 11/13/2017 | Transaction Assessment | | | $40.00 |
| 11/13/2017 | PAYMENT (CASE FEES) | Receipt # 74033-2017-DCLK | D'OLIVIO, BRIGETTA | ($40.00) |
| 8/8/2018 | Transaction Assessment | | | $907.00 |
| 9/20/2018 | PAYMENT (CASE FEES) | Receipt # 62851-2018-DCLK | HOOTMAN & COMPANY | ($907.00) |
| 1/17/2019 | Transaction Assessment | | | $1,018.00 |
| 2/18/2019 | Transaction Assessment | | | $32.00 |
| 2/19/2019 | PAYMENT (CASE FEES) | Receipt # 11247-2019-DCLK | D'OLIVIO, BRIGETTA | ($32.00) |

# Documents

Plaintiff's Original Petition.pdf

Civil Case Information Sheet.pdf

DC16-5606.pdf

Plaintiffs Motion For Substituted Service of Process.pdf

Order Granting Plaintiffs Motion For Substituted Service of

ORDER - SUBSTITUTE SERVICE

BRIGETTA D'OLIVIO RETURN OF SERVICE.pdf

ANSWER Dolivio.pdf

191 Civil Case Cover Sheet

191 Civil Case Cover Sheet

ORDER - PRETRIAL

Fox Expert Designation.pdf

Motion to Compel.pdf

NOH_on_Pls__Mtn_to_Compel.pdf

2017-07-24 - Plaintiffs' Supplemental Motion to Compel.pdf

ORDER - COMPEL

Amended Petition.pdf

Amended Designation of Experts.pdf

Continuance, AMENDED Motion for.pdf

Continuance, Motion for.pdf

CERTIFICATE OF CONFERENCE

NOTICE OF HEARING / FIAT

CORRESPONDENCE - LETTER TO FILE

MOTION - CONTINUANCE

Notice of Hearing.pdf

Withdraw Order dc1605606.pdf

Withdraw dc1605606.pdf

Withdraw Cert dc1605606.pdf

MOTION - CONTINUANCE

ISSUE CITATION

CERTIFICATE OF SERVICE

ORDER - WITHDRAW ATTORNEY

ISSUE CITATION

ISSUE CITATION

CITATION ISSUED

CITATION ISSUED

BRIGETTA - CIT

BRIGETTA - NOT

DAVID - CIT

DAVID - CIT

I withdraw dc1605606.pdf

CORRESPONDENCE - LETTER TO FILE

CITATION ISSUED

CITATION ISSUED

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

DAVID - CIT

DAVID MASON KLEIMAN - CIT

MOTION - SUBSTITUTE SERVICE

CERTIFICATE OF SERVICE

CERT OF CONF SET ASIDE

NOTICE OF HEARING / FIAT

AMD M SET ASIDE

CERT OF CONF SET ASIDE

MOTION - QUASH

CERTIFICATE OF SERVICE

NOTICE OF HEARING

ORDER QUASH

CERTIFICATE OF CONFERENCE QUASH

SUBPOENA: JP MORGAN CHASE BANK NA

Motion for Sanctions.pdf

Pls' Response to Motion to Quash

Generic Reset Non Jury Trial Notice

Generic Reset Non Jury Trial Notice

ORDER - DENY

MISCELLANOUS EVENT

CORRESPONDENCE - LETTER TO FILE

NOTICE OF APPEAL - CT. OF APPEALS

COA - POST CARD

REQUEST CLERK PREPARE RECORD

RESPONSE

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

RESPONSE

DOCKET

CLERK'S RECORD PAYMENT INVOICE

RESPONSE dc1605606 Fox.pdf

333064EF.pdf

COUNTER CLAIM

CERTIFICATE

CERTIFICATE OF SERVICE

NON-SIGNED PROPOSED ORDER/JUDGMENT

NOTICE OF HEARING / FIAT

CERTIFICATE OF CONFERENCE

CERTIFICATE OF SERVICE

MOTION - COMPEL

JURY DEMAND

CORRESPONDENCE - LETTER TO FILE

AFFIDAVIT

CERTIFICATE OF SERVICE

AMENDED ANSWER - AMENDED GENERAL DENIAL

Plaintiffs Response to Motion to Compel.pdf

Plaintiffs Objections to Request for Jury Trial.pdf

Witness List.pdf

Notice of Appearance.pdf

defendants witness list.pdf

defendants first amended witness list.pdf

defendants second amended witness list.pdf

Motion to Strike.pdf

Answer to Counterclaim.pdf

Amended Answer to Counterclaim.pdf

Combined Motion to Strike

motion to compel arbitration-D'Olivio

Defendant's Amended Special Exceptions

Fox v. D'Olivio -Post Trial Brief.pdf

D'Olivio Post Trial Brief

Kleiman letter to Court - Fox v D'Olivio.pdf

COA - POST CARD

COA - CORRESPONDENCE LETTER

2017-12-18 - ltr to judge slaughter re judgment.pdf

2017-12-18 - Proposed Judgment.pdf

Proposed Order on Amended Special Exceptions

Proposed Order COMPEL ARBITRATION

Motion For Judgment - Fox.pdf

MANDATE DISMISS

COA - CORRESPONDENCE LETTER

Fox_NOH_on_P_s_Mtn_for_Judgment.pdf

Order on Motion to Withdraw as Counsel-FINAL DRAFT-D'Olivio .pdf

Motion to Withdraw as Counsel-Brigetta D'Olivio.pdf

CORRESPONDENCE - LETTER TO FILE

ORDER - WITHDRAW ATTORNEY

JUDGMENT NON-JURY

Notice of Appearance. D'Olivio.pdf

Request for Findings of Fact. D'Olivio.pdf

Ltr to Court.pdf

P's Resp to D's Req FFCL.pdf

P's Proposed FFCL.pdf

FFCL.pdf

Fox_Post Judgment MTC.pdf

NOH_on_Ps__PJ_Mtn_to_Compel.pdf

Request for RR.pdf

Notice of appeal.pdf

Request for CR.pdf

COA - POST CARD

COVER

CAPTION

DOCKET SHEET

COST BILL

CLERK CERTIFICATE

CLERK'S RECORD PAYMENT INVOICE

ORDER - COMPEL

Pls__Supp_Request_for_Clerk_s_Records.pdf

Post Judgment Motion For Sanctions.pdf

COVER

COA 05-18-00868-CV - POST CARD

CLERK'S RECORD PAYMENT INVOICE

COA - NO PAYMENT LETTER

COA - CORRESPONDENCE LETTER

APPELLATE RECORD

APPELLATE RECORD

COA - POST CARD

COA - POST CARD

2018-11-28 - Application for turnover.pdf

REQUEST

ISSUE WRIT

Amended Application for Turnover.pdf

NOH on Amd App for Turnover Order.pdf

REQUEST FOR SERVICE

ISSUE WRIT

RETURN OF SERVICE

SUPPLEMENTAL CLERK'S RECORD REQUEST

REQUEST REPORTER RECORD

SUPPLEMENTAL CLERK'S RECORD REQUEST

2019-01-22 - 1st Amended
NOH_on_Amended_Application_for_Turnover_Order.pdf

(2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

SUPPLEMENTAL CLERK'S RECORD REQUEST

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

SUPPLEMENTAL COVER

CLERK'S RECORD PAYMENT INVOICE

Gary Patterson's Motion to Withdraw as Counsel for DC-16-05606.pdf

Order Granting Motion for Withdraw of Counsel for DC-16-05606.pdf

2019-02-18 - Notice_of_Cancellation_of_hearing.pdf

RESPONSE

NON-SIGNED PROPOSED ORDER/JUDGMENT

CLERK'S RECORD PAYMENT INVOICE

CORRESPONDENCE - LETTER TO FILE

CERTIFICATE OF SERVICE

SUPPLEMENTAL CLERK'S RECORD REQUEST

#5 SUPPLEMENTAL CLERK'S RECORD REQUEST

**EXHIBIT 9**

# Case Information

DC-16-05606 | GREG FOXet al vs. BRIGETTA D'OLIVIO

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| **DC-16-05606** | **191st District Court** | **SLAUGHTER, GENA** |
| File Date | Case Type | Case Status |
| **05/10/2016** | **OTHER CONTRACT** | **CLOSED** |

# Party

PLAINTIFF
**FOX, GREG**

Inactive Attorneys ▾
**Lead Attorney**
**KLEIMAN, DAVID**
**MASON**
**Retained**

Work Phone
**214-979-7400**

Fax Phone
**214-979-7402**

PLAINTIFF
**FOX, LAURA**

Inactive Attorneys ▾
**Lead Attorney**
**KLEIMAN, DAVID**
**MASON**
**Retained**

Work Phone
**214-979-7400**

Fax Phone
**214-979-7402**

DEFENDANT
D'OLIVIO, BRIGETTA

Address
3800 PEBBLECREEK CT.
PLANO TX 75023

Active Attorneys ▾
Pro Se

Inactive Attorneys ▾
Pro Se

Pro Se

Pro Se

## Disposition Events

05/02/2017 Judgment ▾

JUDGMENT NON-JURY

Judicial Officer
SLAUGHTER, GENA

Judgment Type
JUDGMENT NON-JURY

Judgment

Judgment Amount: **$281,506.40**

Pre-Judgment Interest: **$31,100.64**

Court Costs: **$1,126.00**

Attorney Fees: **$58,407.00**

Total Judgment: **of $372,140.04**

Awarded To: **FOX, GREG,** et al

Awarded Against: **D'OLIVIO, BRIGETTA**

# Events and Hearings

05/10/2016 NEW CASE FILED (OCA) - CIVIL

05/10/2016 ORIGINAL PETITION ▾

Plaintiff's Original Petition.pdf

> Comment
> **Plaintiff's Original Petition**

05/10/2016 ISSUE CITATION

05/11/2016 CASE FILING COVER SHEET ▾

Civil Case Information Sheet.pdf

> Comment
> **Civil Case Information Sheet**

05/13/2016 CITATION ISSUED ▾

DC16-5600.pdf

05/13/2016 CITATION ▾

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**07/07/2016**

06/24/2016 MOTION - SUBSTITUTE SERVICE ▾

Plaintiffs Motion For Substituted Service of Process.pdf

06/24/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting Plaintiffs Motion For Substituted Service of

Comment
**Order Granting Substituted Service**

06/24/2016 NOTE - CLERKS ▼

Comment
**ORDER SUBS SERVICE - ADMIN QUE**

06/27/2016 ORDER - SUBSTITUTE SERVICE ▼

ORDER - SUBSTITUTE SERVICE

Comment
**BRIDGETTA D'OLIVIO**

07/07/2016 RETURN OF SERVICE ▼

BRIGETTA D'OLIVIO RETURN OF SERVICE.pdf

Comment
**BRIGETTA D'OLIVIO RETURN OF SERVICE**

07/25/2016 ORIGINAL ANSWER - GENERAL DENIAL ▼

ANSWER Dolivio.pdf

Comment
**Defendant's Original Answer**

07/25/2016 VACATION LETTER ▼

Comment
**Vacation Letter**

08/10/2016 ORDER - PRETRIAL ▼

ORDER - PRETRIAL

08/11/2016 DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:00 AM**

Cancel Reason
**BY COURT ADMINISTRATOR**

Comment
**S/S MAILED**

01/10/2017 VACATION LETTER ▼

Comment
**Vacation Letter**

02/10/2017 DESIGNATION OF EXPERT WITNESS(ES) ▼

Fox Expert Designation.pdf

Comment
**PLAINTIFF'S**

06/20/2017 VACATION LETTER ▼

Comment
**UPDATED VACATION LETTER**

06/22/2017 MOTION - COMPEL ▼

Motion to Compel.pdf

06/23/2017 NOTICE OF HEARING / FIAT ▼

NOH_on_Pls__Mtn_to_Compel.pdf

07/24/2017 MOTION - COMPEL ▼

2017-07-24 - Plaintiffs' Supplemental Motion to Compel.pdf

Comment
**PLTF'S SUPPLEMENTAL M/COMPEL**

07/28/2017 Motion - Compel ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:00 AM**

07/28/2017 ORDER - COMPEL ▼

ORDER - COMPEL

Comment
**AND; SUPPL MOTION**

07/28/2017 AMENDED PETITION ▼

Amended Petition.pdf

07/28/2017 DESIGNATION OF EXPERT WITNESS(ES) ▼

Amended Designation of Experts.pdf

Comment
**PLT - AMENDED**

08/16/2017 MOTION - CONTINUANCE ▾

Continuance, AMENDED Motion for.pdf

Comment
**AMENDED**

08/16/2017 MOTION - CONTINUANCE ▾

Continuance, Motion for.pdf

Comment
**(NOT AGREED)**

08/16/2017 VACATION LETTER

08/17/2017 MOTION - CONTINUANCE ▾

MOTION - CONTINUANCE

08/17/2017 ISSUE NOTICE

08/17/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING / FIAT

Comment
**RE: D/M/CONTINUANCE**

08/17/2017 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**RE: CONTINUANCE AND WITHDRAWAL OF ATTORNEY**

08/17/2017 CERTIFICATE OF CONFERENCE ▾

CERTIFICATE OF CONFERENCE

Comment
**TO DEFENDANTS MOTION FOR CONTINUANCE**

08/17/2017 NOTICE ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/22/2017**
Comment
**ATTY**

08/18/2017 NOTICE OF HEARING / FIAT ▾

Notice of Hearing.pdf

08/18/2017 MOTION - WITHDRAW ATTORNEY ▾

Withdraw Order dc1605606.pdf

Withdraw dc1605606.pdf

08/18/2017 CERTIFICATE OF ATTORNEY ▾

Withdraw Cert dc1605606.pdf

08/18/2017 MOTION - CONTINUANCE ▾

MOTION - CONTINUANCE

Comment
**AMENDED**

08/18/2017 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

Comment
**AMENDÉD MOTION FOR CONTINUANCE**

08/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Withdraw Order dc1605606.pdf

Comment
**ORDER WITHDRAW**

08/21/2017 ORDER - WITHDRAW ATTORNEY ▾

ORDER - WITHDRAW ATTORNEY

08/21/2017 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

Comment
**DEFENDANT**

08/21/2017 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

Comment
**ANSWER TO MOTION TO WITHDRAW AS COUNSEL**

08/21/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/22/2017**
Comment
**ATTY/DB**

08/22/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

Comment
**TO MOTION TO WITHDRAW AS COUNSEL**

08/22/2017 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

Comment
**AMENDED ANSWER TO MOTION TO WITHDRAW AS COUNSEL**

08/22/2017 CITATION ISSUED ▾

CITATION ISSUED

CITATION ISSUED

08/22/2017 RETURN OF SERVICE ▾

BRIGETTA - CIT

Comment
**CIT EXEC 8/21/17 PPS**

08/22/2017 RETURN OF SERVICE ▾

BRIGETTA - NOT

Comment
**NOTICE EXEC 8/21/17 PPS**

08/22/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Anticipated Server
**ATTORNEY**

Anticipated Method
Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/23/2017**
Comment
**ATTY**

08/22/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/23/2017**
Anticipated Server
**ATTORNEY**

Anticipated Method

08/23/2017 Motion - Continuance ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:30 AM**

Comment
**15 MINS - 214-733-7204 - AMD/M/CONTINUE SET BY BRIGETTA D'OLIVIO**

08/23/2017 RETURN OF SERVICE ▼

DAVID - CIT

Comment
**CIT EXEC 8/22/17 TO DAVID MASON KLEIMAN PPS**

08/23/2017 RETURN OF SERVICE ▼

DAVID - CIT

Comment
**CIT EXEC 8/22/17 TO DAVID M KLEIMAN PPS**

08/25/2017 CORRESPONDENCE - LETTER TO FILE ▼

I withdraw dc1605606.pdf

Comment
**RE: NOTICE OF WITHDRAWAL**

08/25/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

08/28/2017 Non Jury Trial ▼

191 Civil Case Cover Sheet

191 Civil Case Cover Sheet

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:30 AM**

Cancel Reason
**CARRIED TO ANOTHER WEEK**

08/28/2017 MOTION - SET ASIDE

08/28/2017 ISSUE CITATION

08/28/2017 CITATION ISSUED ▼

CITATION ISSUED

CITATION ISSUED

08/28/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/30/2017**
Anticipated Server
**ATTORNEY**

Anticipated Method

08/28/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Comment
**N/C**

08/28/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**08/30/2017**
Comment
**N/C**

08/28/2017 CITATION ▼

Anticipated Server
**ATTORNEY**

Anticipated Method
Comment
**N/C**

08/30/2017 RETURN OF SERVICE ▼

DAVID - CIT

   Comment
   **CIT EXEC 8/29/17 TO DAVID KLEIMAN MASON PPS**

08/30/2017 RETURN OF SERVICE ▼

DAVID MASON KLEIMAN - CIT

   Comment
   **CIT EXEC 8/29/17 TO DAVID MASON KLEIMAN PPS**

09/01/2017 MOTION - SUBSTITUTE SERVICE ▼

MOTION - SUBSTITUTE SERVICE

09/07/2017 NOTE - ADMINISTRATOR ▼

   Comment
   **LETTER TO JUDGE**

09/07/2017 MOTION - SET ASIDE ▾

Comment
**AMENDED M/SET ASIDE ORDER**

09/07/2017 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

Comment
**DEFENDANT**

09/07/2017 CERTIFICATE OF CONFERENCE ▾

CERT OF CONF SET ASIDE

Comment
**DEFENDANT - TO M/SET ASIDE ORDER**

09/07/2017 CERTIFICATE OF CONFERENCE ▾

CERT OF CONF SET ASIDE

Comment
**DEFENDANT - AMD M/SET ASDIE ORDER**

09/07/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING / FIAT

Comment
**AMD M/ SET ASIDE ORDER - DEFENDANT**

09/07/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

AMD M SET ASIDE

Comment
**ORDER ON AMD M/SET ASIDE ORDER**

09/07/2017 MOTION - QUASH ▾

MOTION - QUASH

09/07/2017 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

09/07/2017 CERTIFICATE OF CONFERENCE ▾

NOTICE OF HEARING

Comment
**D/M/QUASH**

09/07/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

ORDER QUASH

Comment
**ORDER ON MOTION QUIIASH**

09/07/2017 CERTIFICATE OF CONFERENCE ▾

CERTIFICATE OF CONFERENCE QUASH

Comment
**M/QUASH**

09/14/2017 RETURN OF SERVICE ▾

SUBPOENA: JP MORGAN CHASE BANK NA

Comment
**SUBPOENA: JP MORGAN CHASE BANK NA**

09/19/2017 MOTION - SANCTIONS ▾

Motion for Sanctions.pdf

09/20/2017 RESPONSE ▾

Pls' Response to Motion to Quash

Comment
**PLAINTIFF'S RESPONSE TO MOTION TO QUASH**

09/22/2017 Motion - Quash ▾

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**03:45 PM**

Comment
**BRIGETTA D'OLIVIO 214 733-7204 15 MIN M/QUASH**

09/22/2017 ORDER - DENY ▾

ORDER - DENY

Comment
**O/DENYING (DF) M/QUASH**

09/25/2017 MISCELLANOUS EVENT ▾

MISCELLANOUS EVENT

Comment
LETTER TO COURT REPORTER REQUESTING TRANSCRIPT -
COPY GIVEN TO MELBA WRIGHT

09/25/2017 NOTICE OF APPEAL - CT OF APPEALS ▼

NOTICE OF APPEAL - CT. OF APPEALS

Comment
DESIGNATION REQUESTED AT TIME OF ACCEPTANCE W/IN 3
DAYS

09/26/2017 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
LETTER TO JUDGE SLAUGHTER

09/26/2017 COA - POST CARD ▼

COA - POST CARD

Comment
05-17-01119-CV

09/29/2017 Motion - Sanctions ▼

Judicial Officer
SLAUGHTER, GENA

Hearing Time
10:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
15 MINS - SET BY KIM - 214-979-7443 - CC REQ

09/29/2017 REQUEST CLERK PREPARE RECORD ▼

REQUEST CLERK PREPARE RECORD

Comment
clerk's record request

09/29/2017 RESPONSE ▼

RESPONSE

Comment
TO MOTION FOR SANCTIONS

10/04/2017 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
RE: INVOICE #171004-1

10/04/2017 VACATION LETTER

10/04/2017 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
RE: REQUEST TO RE-SCHEDULE DEFENDANT'S SCHEDULED
HEARING DATE OF OCTOBER 4TH, 2017 - AMENDED MOTION
TO SET ASIDE ORDER

10/04/2017 RESPONSE ▾

RESPONSE

Comment
AMENDED - MOTION FOR SANCTIONS

10/05/2017 NOTE - CLERKS ▾

Comment
PREPARING CLERKS RECORD

10/05/2017 CLERK'S RECORD PAYMENT INVOICE ▾

CLERK'S RECORD PAYMENT INVOICE

Comment
EMAILED PRO SE FOR $402

10/12/2017 MOTION HEARING ▾

CERTIFICATE OF SERVICE

NOTICE OF HEARING

ORDER QUASH

Judicial Officer
SLAUGHTER, GENA

Hearing Time
10:00 AM

Cancel Reason
HEARING RESCHEDULED

Comment
D/M/SET ASIDE - BRIGETTA D'OLIVIO 214 733-7204 15 MINS

10/23/2017 COUNTER CLAIM ▾

COUNTER CLAIM

10/23/2017 RESPONSE ▾

RESPONSE dc1605606 Fox.pdf

Comment
**ROBERT M. CLARK'S RESPONSE TO BRIGETTA D'OLIVIO'S
MOTION TO SET ASIDE ORDER AND MOTION TO QUASH**

10/23/2017 CERTIFICATE OF CONFERENCE ▾

CERTIFICATE

Comment
**DEFT CONFERENCE TO 1ST AMD ANS & COUNTERCLAIM**

10/23/2017 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

Comment
**DEFT'S 1ST AMD ANS & COUNTERCLAIM**

10/24/2017 CERTIFICATE OF DEPOSITION ▾

333064EF.pdf

Comment
**Reporters Certification for the deposition of Brigetta D'Olivio**

10/24/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

Comment
**FIRST AMENDED ANSWER**

11/09/2017 MOTION - COMPEL ▾

MOTION - COMPEL

Comment
**SANCTIONS AND CONTINUANCE**

11/09/2017 CERTIFICATE OF CONFERENCE ▾

CERTIFICATE OF CONFERENCE

Comment
**TO MOTION TO COMPEL, SANCTIONS AND CONTINUANCE**

11/09/2017 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

11/09/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

NON-SIGNED PROPOSED ORDER/JUDGMENT

Comment
**ORDER ON MOTION TO COMPEL, SANCTIONS AND CONTINUANCE**

11/09/2017 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING / FIAT

Comment
**RE: MOTION TO COMPEL, SANCTIONS AND CONTINUANCE**

11/13/2017 JURY DEMAND ▾

JURY DEMAND

11/13/2017 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**RE: DOCKET CALL**

11/13/2017 CERTIFICATE OF SERVICE ▾

CERTIFICATE OF SERVICE

11/13/2017 AFFIDAVIT ▾

AFFIDAVIT

11/13/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▾

AMENDED ANSWER - AMENDED GENERAL DENIAL

Comment
**2ND - 1ST AMENDED COUNTERCLAIM**

11/14/2017 RESPONSE ▾

Plaintiffs Response to Motion to Compel.pdf

Comment
**PLAINTIFF'S RESPONSE TO MOTION TO COMPEL**

11/14/2017 OBJECTION ▾

Plaintiffs Objections to Request for Jury Trial.pdf

Comment
**PLAINTIFF'S OBJECTION TO REQUEST FOR JURY TRIAL**

11/16/2017 MOTION HEARING ▾

AMD M SET ASIDE

CERT OF CONF SET ASIDE

MOTION - QUASH

ORDER QUASH

RESPONSE dc1605606 Fox.pdf

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**10:15 AM**

Comment
**RE-SET W/BRIGETTA D'OLIVIO (214-733-7204) 15MIN (FINAL HEARING)**

11/17/2017 WITNESS LIST ▾

Witness List.pdf

Comment
**Plaintiffs' Witness List**

11/17/2017 NOTICE OF APPEARANCE ▾

Notice of Appearance.pdf

Comment
**Notice of Appearance**

11/17/2017 WITNESS LIST ▾

defendants witness list.pdf

Comment
**Defendant's Witness List**

11/17/2017 WITNESS LIST ▾

defendants first amended witness list.pdf

Comment
**Defendant's First Amended Witness List**

11/17/2017 WITNESS LIST ▾

defendants second amended witness list.pdf

Comment
**DEFENDANT'S 2ND AMENDED**

11/17/2017 MOTION - STRIKE ▼

Motion to Strike.pdf

Comment
**Plaintiffs' Greg and Laura Fox Motion to Strike Counterclaim**

11/17/2017 ORIGINAL ANSWER TO CROSS CLAIM - COUNTER
PETITION ▼

Answer to Counterclaim.pdf

Comment
**(Plaintiffs Greg and Laura Fox) ' Answer to Counterclaim**

11/20/2017 Non Jury Trial ▼

Generic Reset Non Jury Trial Notice

Generic Reset Non Jury Trial Notice

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**9:30 AM**

Cancel Reason
**BY COURT ADMINISTRATOR**

11/20/2017 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

Amended Answer to Counterclaim.pdf

Comment
**Plaintiffs' Amended Answer to Counterclaim**

11/20/2017 MOTION - STRIKE ▼

Combined Motion to Strike

Comment
**Combined Motion to Strike P's Answer to CC & Strike MTS-D'Olivio**

11/21/2017 MOTION - COMPEL ▼

motion to compel arbitration-D'Olivio

Comment
**Motion to Compel Arbitration-D'Olivio-0006**

11/21/2017 SPECIAL EXCEPTIONS ▼

Defendant's Amended Special Exceptions

   Comment
   **Defendant's Amended Special Exceptions to Plaintiff's Amended Petition**

11/21/2017 INACTIVATE CASE (OCA)

11/27/2017 COA - POST CARD ▼

COA - POST CARD

   Comment
   **05-17-01119-CV**

11/29/2017 BRIEF FILED ▼

Fox v. D'Olivio -Post Trial Brief.pdf

   Comment
   **PLAINTIFFS' POST TRIAL BRIEF EMAILED JUDGE ON BREIF**

11/29/2017 BRIEF FILED ▼

D'Olivio Post Trial Brief

   Comment
   **DEFENDANT'S POST TRIAL BRIEF EMAILED JUDGE ON BRIEF**

11/30/2017 NOTE - CLERKS ▼

   Comment
   **COURTESY COPY REC'D - PLAINTIFF'S POST TRIAL BRIEF - PLACED IN ADMIN TRAY**

12/04/2017 CORRESPONDENCE - LETTER TO FILE ▼

Kleiman letter to Court - Fox v D'Olivio.pdf

   Comment
   **Plaintiffs' letter to Court re Release of Lien EMAIL JUDGE**

12/04/2017 NOTE - CLERKS ▼

   Comment
   **COURTESY COPY REC'D 12/4/17 CORRESPONDENCE LETTER TO JUDGE SUBMITTED TO ADMIN TRAY.**

12/05/2017 COA - NO PAYMENT LETTER ▼

   Comment
   **05-17-01119-CV SUBMIT 5THCOA W/CONFIRMATION #26599**

12/07/2017 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

Comment
**05-17-01119-CV**

12/18/2017 CORRESPONDENCE - LETTER TO FILE ▼

2017-12-18 - ltr to judge slaughter re judgment.pdf

2017-12-18 - Proposed Judgment.pdf

Comment
**Letter to Judge Slaughter WITH PROPOSED JUDGMENT**

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Proposed Order on Amended Special Exceptions

Comment
**Order on Defendant's Special Exceptions**

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Comment
**FINAL JUDGMENT**

12/18/2017 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Proposed Order COMPEL ARBITRATION

Comment
**Proposed Order**

01/26/2018 MOTION - JUDGMENT ▼

Motion For Judgment - Fox.pdf

Comment
**FOR ENTRY OF - ***FINAL JUDGMENT ATTACHED TO MOTION AS AN EXHIBIT****

03/27/2018 NOTE - CLERKS ▼

Comment
**PER MS D'OLIVIO HER ADDRESS IS CORRECT**

04/10/2018 MANDATE DISMISS ▼

MANDATE DISMISS

04/10/2018 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

04/17/2018 NOTICE OF HEARING / FIAT ▼

Fox_NOH_on_P_s_Mtn_for_Judgment.pdf

   Comment
   **Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Motion for Judgment**

04/19/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Order on Motion to Withdraw as Counsel-FINAL DRAFT-D'Olivio .pdf

   Comment
   **Proposed Order on Motion to Withdrawal-D'Olivio**

04/19/2018 MOTION - WITHDRAW ATTORNEY ▼

Motion to Withdraw as Counsel-Brigetta D'Olivio.pdf

   Comment
   **UNOPPOSED**

04/23/2018 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

   Comment
   **RE: RIGHT TO ATTORNEY CLIENT PRIVILEGE**

04/25/2018 MOTION HEARING ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**11:00 AM**

Comment
**m/enter jdgmt (david kleiman 2/979-7446)**

04/25/2018 ORDER - WITHDRAW ATTORNEY ▼

ORDER - WITHDRAW ATTORNEY

05/02/2018 REACTIVATE CASE (OCA)

05/02/2018 COLLECTIONS - FINANCIALS

05/17/2018 NOTICE OF APPEARANCE ▼

Notice of Appearance. D'Olivio.pdf

05/17/2018 REQUEST FOR FINDING OF FACT/CONCLUSIONS OF
LAW ▾

Request for Findings of Fact. D'Olivio.pdf

05/17/2018 NOTE - CLERK'S ▾

  Comment
  **REQUEST FOR FOF CNCL OF LAW SUBMITTED TO ADMIN'S**
  **QUEUE**

05/18/2018 NOTE - ADMINISTRATOR ▾

  Comment
  **ffc submitted to judge**

05/25/2018 CORRESPONDENCE - LETTER TO FILE ▾

Ltr to Court.pdf

  Comment
  **Letter to Court**

05/25/2018 RESPONSE ▾

P's Resp to D's Req FFCL.pdf

  Comment
  **Plaintiffs' Repsonse to Defendant's Request for Findings of Fact**
  **and Conclusions of Law**

05/25/2018 FINDINGS OF FACT/CONCLUSIONS OF LAW ▾

P's Proposed FFCL.pdf

  Comment
  **Plaintiffs' Proposed Findings of Fact and Conclusions of Law**

05/25/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

FFCL.pdf

  Comment
  **Findings of Fact and Conclusions of Law**

05/28/2018 MOTION - COMPEL ▾

Fox_Post Judgment MTC.pdf

  Comment
  **Plaintiffs' Post Judgment Motion to Compel**

07/03/2018 NOTICE OF HEARING / FIAT ▾

NOH_on_Ps__PJ_Mtn_to_Compel.pdf

Comment
**RE: MOTION TO COMPEL**

07/30/2018 REQUEST REPORTER RECORD ▼

Request for RR.pdf

Comment
**Request**

07/30/2018 NOTICE OF APPEAL - CT OF APPEALS ▼

Notice of appeal.pdf

Comment
**Notice of Appeal**

07/30/2018 REQUEST CLERK PREPARE RECORD ▼

Request for CR.pdf

Comment
**Request**

08/01/2018 NOTE - CLERKS ▼

Comment
**PREPARING CLERK RECORD**

08/08/2018 COA - POST CARD ▼

COA - POST CARD

Comment
**05-18-00868-CV**

08/08/2018 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
**EMAILED ATTY $907.00**

08/17/2018 Motion - Compel ▼

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**02:30 PM**

Comment
KIM OLTMAN 214-979-7443 - MOTION COMPEL FILED 6/28/2018 - 30-
MINUTES

08/17/2018 ORDER - COMPEL ▼

ORDER - COMPEL

Comment
ORDER GRANTING PI_._.A_INTFFS POST JUDGMENT MOTION
TO COMPEL. AN_D FOR SANCTIONS

08/24/2018 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

Pls__Supp_Request_for_Clerk_s_Records.pdf

Comment
#1 SUPPLEMENTAL CLERK'S RECORD REQUEST Plaintiffs'
Supplemental Request for Clerk's Records

08/27/2018 MOTION - SANCTIONS ▼

Post Judgment Motion For Sanctions.pdf

Comment
AND FOR CONTEMPT

08/28/2018 NOTE - CLERKS ▼

Comment
PREPARING SUPPLEMENT CLERK RECORD 05-18-00868-CV

08/31/2018 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
#1 SUPPLEMENT CLERK RECORD

09/05/2018 COA - POST CARD ▼

COA 05-18-00868-CV - POST CARD

Comment
COA 05-18-00868-CV - POST CARD

09/11/2018 COA - NO PAYMENT LETTER ▼

COA - NO PAYMENT LETTER

Comment
05-18-00868-CV SUBMIT 5THCOA W/CONFIRMATION #30613

09/14/2018 COA - CORRESPONDENCE LETTER ▼

COA - CORRESPONDENCE LETTER

Comment
**05-18-00868-CV**

09/24/2018 APPELLATE RECORD ▾

APPELLATE RECORD

Comment
**SUPPLEMENTAL RECORD SENT TO THE 5TH COA WITH
CONFIRMATION # 30834**

09/24/2018 APPELLATE RECORD ▾

APPELLATE RECORD

Comment
**CLERKS RECORD SENT TO THE 5TH COA WITH
CONFIRMATION #30831**

09/26/2018 COA - POST CARD ▾

COA - POST CARD

COA - POST CARD

Comment
**05-18-00868-CV**

11/28/2018 APPLICATION FOR TURNOVER ▾

2018-11-28 - Application for turnover.pdf

Comment
**PLAINTIFF**

11/28/2018 REQUEST FOR SERVICE ▾

REQUEST

11/28/2018 ISSUE WRIT ▾

ISSUE WRIT

11/30/2018 EXECUTION▾

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**12/26/2018**

Comment
**ESERVE/CM (1) 222//399**


12/03/2018 APPLICATION FOR TURNOVER ▾

Amended Application for Turnover.pdf

Comment
**PLAINTIFF AMENDED**


12/04/2018 NOTICE OF HEARING / FIAT ▾

NOH on Amd App for Turnover Order.pdf

Comment
**Notice of Hearing RE:Plaintiffs Greg and Laura Fox's Amended Application for Turnover Order**


12/18/2018 REQUEST FOR SERVICE ▾

REQUEST FOR SERVICE


12/18/2018 ISSUE WRIT ▾

ISSUE WRIT

Comment
**ESERVE**


12/19/2018 EXECUTION ▾

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**01/24/2019**
Comment
**ESERVE/CM (2) 222/465**


12/26/2018 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
**(1) EXECUTION - UNEXECUTED - BRIGETTA D'OLIVIO**


12/31/2018 SUPPLEMENTAL CLERK'S RECORD REQUEST ▾

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**#2 SUPPLEMENTAL CLERK'S RECORD REQUEST**

01/04/2019 NOTE - CLERKS ▼

Comment
**PREPARING SUPPLEMENTAL RECORD 05-18-00868-CV**

01/16/2019 REQUEST REPORTER RECORD ▼

REQUEST REPORTER RECORD

Comment
**APPELLANT'S REQUEST FOR SUPPLEMENTAL REPORTER'S
RECORD**

01/16/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**#3 SUPPLEMENTAL CLERK'S RECORD REQUEST**

01/16/2019 NOTE - CLERKS ▼

Comment
**BILL PRO-SE FOR THIS SUPPLEMENT. VERIFIED ATTORNEY T.
HOOTMAN WITHDREW FROM APPEAL CASE. ORDER SIGNED
IN THE 5THCOA 1/15/19.**

01/17/2019 CLERK'S RECORD PAYMENT INVOICE ▼

Comment
**#2 SUPPLEMENTAL CLERK'S RECORD**

01/22/2019 NOTICE OF HEARING / FIAT ▼

2019-01-22 - 1st Amended
NOH_on_Amended_Application_for_Turnover_Order.pdf

Comment
**First Amended Notice of Hearing**

01/25/2019 RETURN OF SERVICE ▼

(2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

Comment
**(2) WRIT OF EXECUTION NULLA BOLA - BRIGETTTA D'OLIVIO**

02/12/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**#4 SUPPLEMENTAL CLERK'S RECORD REQUEST**

02/13/2019 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**BRIGETTA D'OLIVIO**

02/14/2019 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
**LETTER TO COURT OF APPEALS**

02/15/2019 MOTION - WITHDRAW ATTORNEY ▾

Gary Patterson's Motion to Withdraw as Counsel for DC-16-05606.pdf

Comment
**Gary Patterson's Motion to Withdraw as Counsel**

02/15/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Order Granting Motion for Withdraw of Counsel for DC-16-05606.pdf

Comment
**ORQER GRANTING MOTION FOR WITHDRAW OF COUNSEL**

02/18/2019 NOTE - CLERKS ▾

Comment
**PREPARING SUPPLEMENTAL CLERKS RECORD #2 05-18-
00868-CV**

02/18/2019 CLERK'S RECORD PAYMENT INVOICE ▾

CLERK'S RECORD PAYMENT INVOICE

Comment
**#3 SUPPLEMENTAL CLERK'S RECORD**

02/18/2019 NOTICE OF HEARING / FIAT ▾

2019-02-18 - Notice_of_Cancellation_of_hearing.pdf

Comment
**\*\*CANCELLATION\*\***

02/19/2019 RESPONSE ▾

RESPONSE

Comment
**DEFENDANT'S RESPONSE TO PLAINTIFFS' AMENDED
APPLICATION FOR TURNOVER ORDER**

02/19/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

NON-SIGNED PROPOSED ORDER/JUDGMENT

Comment
**ORDER DENYING PLAINTIFFS' AMENDED APPLICATION FOR TURNOVER ORDER**

02/20/2019 Motion - Turnover ▼

Amended Application for Turnover.pdf

Judicial Officer
**SLAUGHTER, GENA**

Hearing Time
**02:00 PM**

Cancel Reason
**REQUESTED BY ATTORNEY/PRO SE**

Comment
**PL/AMENDED APPLICATION FOR TURNOVER ORDER FILED 12/03/18 30M KAREN 214-979-7410**

02/25/2019 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
**DUPLICATE INVOICE FOR SUPP #2 CR SENT TO PRO SE'**

02/25/2019 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
**DEFENDANT**

02/25/2019 CERTIFICATE OF SERVICE ▼

CERTIFICATE OF SERVICE

02/26/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

#5 SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**#5 SUPPLEMENTAL CLERK'S RECORD REQUEST**

02/27/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment

## SUPPLEMENTAL CLERK'S RECORD REQUEST

02/27/2019 ORDER - WITHDRAW ATTORNEY ▾

ORDER - WITHDRAW ATTORNEY

03/01/2019 CORRESPONDENCE - LETTER TO FILE

## Financial

FOX, GREG

|  | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $908.00 |
| Total Payments and Credits | | | | $908.00 |
| 5/11/2016 | Transaction Assessment | | | $295.00 |
| 5/11/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 29639-2016-DCLK | FOX, GREG | ($295.00) |
| 8/27/2018 | Transaction Assessment | | | $75.00 |
| 8/27/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 56323-2018-DCLK | FOX, GREG | ($75.00) |
| 9/6/2018 | Transaction Assessment | | | $507.00 |
| 9/20/2018 | PAYMENT (CASE FEES) | Receipt # 62847-2018-DCLK | VINCENT SERAFINO GEARY WADDELL JENEVEIN PC | ($507.00) |
| 11/28/2018 | Transaction Assessment | | | $15.00 |

| | | | | |
|---|---|---|---|---|
| 11/28/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78072- 2018- DCLK | FOX, GREG | ($15.00) |
| 11/29/2018 | Transaction Assessment | | | $8.00 |
| 11/29/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78275- 2018- DCLK | FOX, GREG | ($8.00) |
| 12/18/2018 | Transaction Assessment | | | $8.00 |
| 12/18/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 82319- 2018- DCLK | FOX, GREG | ($8.00) |

D'OLIVIO, BRIGETTA

| | |
|---|---|
| Total Financial Assessment | $2,543.00 |
| Total Payments and Credits | $1,123.00 |

| | | | | |
|---|---|---|---|---|
| 8/17/2017 | Transaction Assessment | | | $8.00 |
| 8/17/2017 | PAYMENT (CASE FEES) | Receipt # 52651- 2017-DCLK | D'OLIVIO, BRIGETTA | ($8.00) |
| 8/18/2017 | Transaction Assessment | | | $8.00 |
| 8/18/2017 | PAYMENT (CASE FEES) | Receipt # 53153- 2017-DCLK | D'OLIVIO, BRIGETTA | ($8.00) |
| 8/21/2017 | Transaction Assessment | | | $16.00 |
| 8/21/2017 | PAYMENT (CASE FEES) | Receipt # 53434- 2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |
| 8/22/2017 | Transaction Assessment | | | $16.00 |
| 8/22/2017 | PAYMENT (CASE FEES) | Receipt # 53885- 2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |
| 8/28/2017 | Transaction Assessment | | | $16.00 |
| 8/28/2017 | PAYMENT (CASE FEES) | Receipt # 55162- 2017-DCLK | D'OLIVIO, BRIGETTA | ($16.00) |

| Date | Transaction | Receipt | Payer | Amount |
|---|---|---|---|---|
| 10/5/2017 | Transaction Assessment | | | $402.00 |
| 10/23/2017 | Transaction Assessment | | | $80.00 |
| 10/23/2017 | PAYMENT (CASE FEES) | Receipt # 69600-2017-DCLK | D'OLIVIO, BRIGETTA | ($80.00) |
| 11/13/2017 | Transaction Assessment | | | $40.00 |
| 11/13/2017 | PAYMENT (CASE FEES) | Receipt # 74033-2017-DCLK | D'OLIVIO, BRIGETTA | ($40.00) |
| 8/8/2018 | Transaction Assessment | | | $907.00 |
| 9/20/2018 | PAYMENT (CASE FEES) | Receipt # 62851-2018-DCLK | HOOTMAN & COMPANY | ($907.00) |
| 1/17/2019 | Transaction Assessment | | | $1,018.00 |
| 2/18/2019 | Transaction Assessment | | | $32.00 |
| 2/19/2019 | PAYMENT (CASE FEES) | Receipt # 11247-2019-DCLK | D'OLIVIO, BRIGETTA | ($32.00) |

## Documents

Plaintiff's Original Petition.pdf

Civil Case Information Sheet.pdf

DC16-5606.pdf

Plaintiffs Motion For Substituted Service of Process.pdf

Order Granting Plaintiffs Motion For Substituted Service of

ORDER - SUBSTITUTE SERVICE

BRIGETTA D'OLIVIO RETURN OF SERVICE.pdf

ANSWER Dolivio.pdf

191 Civil Case Cover Sheet

191 Civil Case Cover Sheet

ORDER - PRETRIAL

Fox Expert Designation.pdf

Motion to Compel.pdf

NOH_on_Pls__Mtn_to_Compel.pdf

2017-07-24 - Plaintiffs' Supplemental Motion to Compel.pdf

ORDER - COMPEL

Amended Petition.pdf

Amended Designation of Experts.pdf

Continuance, AMENDED Motion for.pdf

Continuance, Motion for.pdf

CERTIFICATE OF CONFERENCE

NOTICE OF HEARING / FIAT

CORRESPONDENCE - LETTER TO FILE

MOTION - CONTINUANCE

Notice of Hearing.pdf

Withdraw Order dc1605606.pdf

Withdraw dc1605606.pdf

Withdraw Cert dc1605606.pdf

MOTION - CONTINUANCE

ISSUE CITATION

CERTIFICATE OF SERVICE

ORDER - WITHDRAW ATTORNEY

ISSUE CITATION

ISSUE CITATION

CITATION ISSUED

CITATION ISSUED

BRIGETTA - CIT

BRIGETTA - NOT

DAVID - CIT

DAVID - CIT

I withdraw dc1605606.pdf

CORRESPONDENCE - LETTER TO FILE

CITATION ISSUED

CITATION ISSUED

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

DAVID - CIT

DAVID MASON KLEIMAN - CIT

MOTION - SUBSTITUTE SERVICE

CERTIFICATE OF SERVICE

CERT OF CONF SET ASIDE

NOTICE OF HEARING / FIAT

AMD M SET ASIDE

CERT OF CONF SET ASIDE

MOTION - QUASH

CERTIFICATE OF SERVICE

NOTICE OF HEARING

ORDER QUASH

CERTIFICATE OF CONFERENCE QUASH

SUBPOENA: JP MORGAN CHASE BANK, NA

Motion for Sanctions.pdf

Pls' Response to Motion to Quash

Generic Reset Non Jury Trial Notice

Generic Reset Non Jury Trial Notice

ORDER - DENY

MISCELLANOUS EVENT

CORRESPONDENCE - LETTER TO FILE

NOTICE OF APPEAL - CT OF APPEALS

COA - POST CARD

REQUEST CLERK PREPARE RECORD

RESPONSE

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

RESPONSE

DOCKET

CLERK'S RECORD PAYMENT INVOICE

RESPONSE dc1605606 Fox.pdf

333064EF.pdf

COUNTER CLAIM

CERTIFICATE

CERTIFICATE OF SERVICE

NON-SIGNED PROPOSED ORDER/JUDGMENT

NOTICE OF HEARING / FIAT

CERTIFICATE OF CONFERENCE

CERTIFICATE OF SERVICE

MOTION - COMPEL

JURY DEMAND

CORRESPONDENCE - LETTER TO FILE

AFFIDAVIT

CERTIFICATE OF SERVICE

AMENDED ANSWER - AMENDED GENERAL DENIAL

Plaintiffs Response to Motion to Compel.pdf

Plaintiffs Objections to Request for Jury Trial.pdf

Witness List.pdf

Notice of Appearance.pdf

defendants witness list.pdf

defendants first amended witness list.pdf

defendants second amended witness list.pdf

Motion to Strike.pdf

Answer to Counterclaim.pdf

Amended Answer to Counterclaim.pdf

Combined Motion to Strike

motion to compel arbitration-D'Olivio

Defendant's Amended Special Exceptions

Fox v. D'Olivio -Post Trial Brief.pdf

D'Olivio Post Trial Brief

Kleiman letter to Court - Fox v D'Olivio.pdf

COA - POST CARD

COA - CORRESPONDENCE LETTER

2017-12-18 - ltr to judge slaughter re judgment.pdf

2017-12-18 - Proposed Judgment.pdf

Proposed Order on Amended Special Exceptions

Proposed Order COMPEL ARBITRATION

Motion For Judgment - Fox.pdf

MANDATE DISMISS

COA - CORRESPONDENCE LETTER

Fox_NOH_on_P_s_Mtn_for_Judgment.pdf

Order on Motion to Withdraw as Counsel-FINAL DRAFT-D'Olivio .pdf

Motion to Withdraw as Counsel-Brigetta D'Olivio.pdf

CORRESPONDENCE - LETTER TO FILE

ORDER - WITHDRAW ATTORNEY

JUDGMENT NON-JURY

Notice of Appearance. D'Olivio.pdf

Request for Findings of Fact. D'Olivio.pdf

Ltr to Court.pdf

P's Resp to D's Req FFCL.pdf

P's Proposed FFCL.pdf

FFCL.pdf

Fox_Post Judgment MTC.pdf

NOH_on_Ps__PJ_Mtn_to_Compel.pdf

Request for RR.pdf

Notice of appeal.pdf

Request for CR.pdf

COA - POST CARD

COVER

CAPTION

DOCKET SHEET

COST BILL

CLERK CERTIFICATE

CLERK'S RECORD PAYMENT INVOICE

ORDER - COMPEL

Pls__Supp_Request_for_Clerk_s_Records.pdf

Post Judgment Motion For Sanctions.pdf

COVER

COA 05-18-00868-CV - POST CARD

CLERK'S RECORD PAYMENT INVOICE

COA - NO PAYMENT LETTER

COA - CORRESPONDENCE LETTER

APPELLATE RECORD

APPELLATE RECORD

COA - POST CARD

COA - POST CARD

2018-11-28 - Application for turnover.pdf

REQUEST

ISSUE WRIT

Amended Application for Turnover.pdf

NOH on Amd App for Turnover Order.pdf

REQUEST FOR SERVICE

ISSUE WRIT

RETURN OF SERVICE

SUPPLEMENTAL CLERK'S RECORD REQUEST

REQUEST REPORTER RECORD

SUPPLEMENTAL CLERK'S RECORD REQUEST

2019-01-22 - 1st Amended
NOH_on_Amended_Application_for_Turnover_Order.pdf

(2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

SUPPLEMENTAL CLERK'S RECORD REQUEST

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

SUPPLEMENTAL COVER

CLERK'S RECORD PAYMENT INVOICE

Gary Patterson's Motion to Withdraw as Counsel for DC-16-05606.pdf

Order Granting Motion for Withdraw of Counsel for DC-16-05606.pdf

2019-02-18 - Notice_of_Cancellation_of_hearing.pdf

RESPONSE

NON-SIGNED PROPOSED ORDER/JUDGMENT

CLERK'S RECORD PAYMENT INVOICE

CORRESPONDENCE - LETTER TO FILE

CERTIFICATE OF SERVICE

SUPPLEMENTAL CLERK'S RECORD REQUEST

#5 SUPPLEMENTAL CLERK'S RECORD REQUEST

ORDER - WITHDRAW ATTORNEY

**EXHIBIT 10**

 Gmail

Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>

# 05-18-00868-CV / Trial Ct Cause No. Dc-16-05606

3 messages

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>                     Thu, Jan 10, 2019 at 11:02 PM
To: Tim Hootman <thootman2000@yahoo.com>

Tim,

### The following must be done no later than January 11, 2019:
1. Corrections to the December 31, 2018 Supplemental Requests
2. Appellant's Second Amended Request For Reporter's Record - To Be File Stamped and Filed no later than January 11, 2019.

### 1. Corrections to the December 31, 2018 Supplemental Requests
Please correct the following information contained within the *"APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD"* that was file stamped on December 31, 2018.
Please make these corrections to said document **(Corrections are highlighted in yellow):**

1. pg.1- "Deposition Transcript, filed on or about 08/18/2017"- **INCORRECT**
    "Deposition Transcript, dated on August 11, 2017"

2. pg. 2- "Defendant's Correspondence to the Court, dated 8/24/2017, filed on or about 10/4/2017" **INCORRECT**
    "Defendant's Correspondence to the Court, dated 8/24/2017, filed on August 25, 2017.

### 2. Appellant's Second Amended Request For Reporter's Record

- Hearing Transcript for November 16, 2017
- Hearing Transcript For August 23, 2017
- Hearing Transcript For September 22, 2017


Brigetta D'Olivio
Custom Home Builder
214.733.7204
Beautiful Homes by Brigetta
"Il ben your ratios of a dream may become a reality"
NAWIC

****** *CONFIDENTIALITY NOTICE* ******

*NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. The recipient should check this email and any attachments for the presence of viruses. This company accepts no liability for any damage caused by any virus transmitted by this email. Thank you.*

**EXHIBIT 11**

No. DC-16-05606

FILED
2019 JAN 16 PH 1: 52

FELICIA PITRE
DISTRICT CLERK

In the District Court 191st

Dallas County Texas

Greg Fox

v.

Brigetta D'Olivio

## APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

To the Clerk,

Appellant, Brigetta D'Olivio, files this request for supplemental clerk's record in this appeal and requests the clerk to prepare a Supplemental Clerk's Record, including the following items:

- Defendant's Correspondence to the court, dated: 8/24/2017 and filed: 8/25/2017
- Deposition Transcript, dated August 11, 2017.

Dated: January 16, 2019

Respectfully Submitted,

Brigetta D'Olivio, Appellant

3800 Pebblecreek Ct.

Apt. 120

Plano, TX 75023

214.733.7204

## CERTIFICATE OF SERVICE

On this day, a copy of the above document was served via certified mail 7016 1370 0002 0445 5999 service on the following attorneys of record,:

David Kleiman

VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.

1601 Elm Street, Suite 4100

Dallas, TX 75201-3703

dkleiman@vinlaw.com

Dated: January 16, 2019

_Brigetta D'Olivio_ PRO SE

Brigetta D'Olivio, Appellant

**EXHIBIT 12**

FILED

2019 FEB 12 PM 3: 37

FELICIA PITRE
GREGDISTRICT CLERK
DALLAS CO., TEXAS
v. _____ DEPUTY

No. DC-16-05606

BRIGETTA D'OLIVIO

IN THE DISTRICT COURT

DALLAS COUNTY, TEXAS

191ST JUDICIAL DISTRICT

## APPELLANT'S REQUEST FOR SUPPLEMENTAL

## CLERK'S RECORD

To the Clerk:

Appellant, Brigetta D'Olivio, files this request for supplemental clerk's record in this appeal and requests the clerk to prepare a Supplemental Clerk's Record, including the following items:

- Request For Findings of Fact and Conclusions of Law filed on 5/17/2018

- Notice of Past Due filed on or about 06/06/2018

Dated: February 12, 2019

Sincerely,

Appellant, Brigetta D'Olivio

2/12/2019
Date

cc: Court of Appeals

## CERTIFICATE OF SERVICE

On this day, February 12, 2019, a copy of the above document was served via Certified Mail

(7018 1830 0000 3897 1875) on the following attorney of record:

David M. Kleiman
Vincent Serafino Geary Waddell Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201

Appellant, Brigetta D'Olivio

## THIS SPACE LEFT INTENTIONALLY BLANK

**EXHIBIT 13**

49

# FELICIA PITRE

DALLAS COUNTY DISTRICT CLERK
600 Commerce Street, Suite 101
Dallas, Texas 75202-4604

IN ACCOUNT WITH

BRIGETTA D'OLIVIO
3800 PEBBLECREEK CT
PLANO TX  75023

DATE: February 18, 2019

INTERNAL REVENUE SERVICE
IDENTIFICATION NO.: 75-6000905

Cause No.  DC-16-05606

Style of Case
GREG FOX et al
vs.
BRIGETTA D'OLIVIO

---

Pages: 7
Supplemental Clerk's Record Fee-          $7.00
Transcript Fee-                           $25.00
Attorney Copy Fee-  N/A                    $   0.00
                                          _____
Total Fee-                                $32.00


Supplemental Clerk's Record will be delivered to the Court of Appeals upon payment.
*Please forward payment with invoice in the next 3 business days.*

Please return a copy of this statement with remittance.

Thank you.
GAY LANE

Cc:
Lisa Matz
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

# OFFICIAL RECEIPT
## DALLAS COUNTY OFFICIAL RECEIPT FELICIA PITRE, DISTRICT CLERK

or
)LIVIO, BRIGETTA
)0 PEBBLECREEK CT.
\NO, TX 75023

Receipt No.
**11247-2019-DCLK**

Transaction Date
02/19/2019

| escription | Amount Paid |
|---|---|
| OLIVIO, BRIGETTA | |
| DC-16-05606 | |
| GREG FOXet al vs. BRIGETTA D'OLIVIO | |
| TRANSCRIPT FEE | 32.00 |
| **SUBTOTAL** | **32.00** |
| Remaining Balance Due: $1,420.00 | |

| PAYMENT TOTAL | 32.00 |
|---|---|

| CASH Tendered | 52.00 |
|---|---|
| Total Tendered | **52.00** |
| Change | 20.00 |

| 02/19/2019 | Cashier | Audit |
|---|---|---|
| 04:06 PM | Station DC145 | 62877962 |

## OFFICIAL RECEIPT

# EXHIBIT 14

No. DC-16-05606

FILED

19 FEB 12 PM 3:41

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____DEPUTY

GREG FOX

v.

BRIGETTA D'OLIVIO

IN THE DISTRICT COURT

DALLAS COUNTY, TEXAS

191ST JUDICIAL DISTRICT


## APPELLANT'S CORRESPONDENCE TO COURT CLERK


191st District Court
Court Clerk
600 Commerce St.
7th Floor
Dallas, TX

February 12, 2019


Dear Court Clerk,

Appellant, D'Olivio, filed "Appellant's Request For Supplemental Clerk's Record" on January 16, 2019 @ 1:52 pm.

In said request, Appellant requested the Clerk to prepare a Supplemental Clerk's Record, to include the following:

- Defendant's Correspondence to the Court, dated 8/24/2017 and filed 8/25/2017
- Deposition Transcript, dated August 11, 2017

Listed on the court portal, on January 16, 2019, states in part, "...*01/16/2019 NOTE-CLERKS...comment...BILL PRO SE...*"

Listed on the court portal, on January 17, 2019, states, "*01/17/2019 CLERKS RECORD PAYMENT NOTICE*"

Plus
Appellant's Request For Supplemental Clerk's Record dated December 30, 2018 (3 pages)
Appellant's Request For Supplemental Clerk's Record dated January 16, 2019 (2 pages)
Copy of Page from Court Portal-DC-16-05606 (1 page)

To date, Appellant has **NOT** received a "PAYMENT NOTICE" for the Supplemental Clerk's Record (dated January 16, 2019) with the request to include the above-referenced court records. Appellant requests that the Court Clerk forward the following:

1. Strict Proof of mailing and/or copy of email-date & time sent to Appellant, regarding the "PAYMENT NOTICE" for the Supplemental Request for Clerk's Record as is indicated on the court portal.

2. Copy of the "PAYMENT NOTICE" as indicated on the court portal.

3. A complete list of the Clerk's Record that has been prepared and sent up to the Court of Appeals.

Please find attached the following:

1. *Appellant's Request For Supplemental Clerk's Record* dated December 30, 2018, file stamped on December 31, 2018 and placed on the court portal on January 8, 2019.

2. *Appellant's Request For Supplemental Clerk's Record* dated January 16, 2019, file stamped January 16, 2019 and placed on the court portal on January 16, 2019.

3. Copy of the page from Court Portal indicating above-referenced court portal dates (January 16, 2019 and January 17, 2019) inputs.

Sincerely,

Appellant, Brigetta D'Olivio

2/12/2019
Date

cc: Court of Appeals

Plus
Appellant's Request For Supplemental Clerk's Record dated December 30, 2018 (3 pages)
Appellant's Request For Supplemental Clerk's Record dated January 16, 2019 (2 pages)
Copy of Page from Court Portal-DC-16-05606 (1 page)

## CERTIFICATE OF SERVICE

On this day, January 12, 2019, a copy of the above document was served via Certified Mail

(7018 1830 0000 3897 2780) service on the following attorney of record:

David M. Kleiman
Vincent Serafino Geary Waddell Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201

Appellant, Brigetta D'Olivio

## THIS SPACE LEFT INTENTIONALLY BLANK

Plus
Appellant's Request For Supplemental Clerk's Record dated December 30, 2018 (3 pages)
Appellant's Request For Supplemental Clerk's Record dated January 16, 2019 (2 pages)
Copy of Page from Court Portal-DC-16-05606 (1 page)

FILE
DALLAS COUNT
12/31/2018 12:00 A
FELICIA PITF
DISTRICT CLEF

Angela Conejo

No. DC-16-05606

| | | |
|---|---|---|
| GREG FOX | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| BRIGETTA D'OLIVIO | § | 191ST JUDICIAL DISTRICT |

## APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

To the Clerk:

Appellant, Brigetta D'Olivio, files this request for supplemental clerk's record in this appeal and requests the clerk to prepare a Supplemental Clerk's Record, including the following items:

- Info Sheet, filed on or about 05/11/2016
- Non-jury Pre-trial Order, filed on or about 8/10/2016
- Defendant's 2nd Amended Answer & 1st Amended Counterclaims, filed on or about 11/13/2017
- Defendant's Brief on Damages, filed on or about November 29, 2017
- Plaintiff's Amended Designation of Expert Witness, filed on or about 07/28/2017
- Deposition transcript, filed on or about 08/18/2017
- Defendant's Amended Motion for Continuance, filed on or about 8/18/2017
- Defendant's Answer to Motion to Withdraw, filed on or about 8/21/2017
- Defendant's Amended Answer to Motion to Withdraw, filed on or about 8/22/2017
- Defendant's Amended Motion to Set Aside, filed on or about 9/7/2017
- Defendant's Motion to Quash, filed on or about 9/7/2017
- Atty Clark's Motion to Withdraw, filed on or about 8/18/2017

1

- Defendant's Motion for Continuance, filed on or about 8/16/2017
- Order, dated on or about 8/21/2017
- Order, dated on or about 9/22/2017 (denying motion to quash)
- Docket Sheet, dated 9/22/2017, filed on or about 9/29/2017
- Defendant's Amended Response to Pl's Motion for Sanctions, filed on or about 10/4/2017
- Defendant's Correspondence to the Court, dated 8/24/2017, filed on or about 10/4/2017
- Defendant's Motion to Compel, Sanctions, Continuance, filed on or about 11/9/2017
- Defendant's Demand for a Jury Trial, filed on or about 11/13/2017
- Defendant's Correspondence to the Court, filed on or about 10/4/2017
- Defendant's Correspondence to the Court, filed on or about 9/26/2017
- Defendant's Correspondence to the Court, filed on or about 11/13/2017
- Defendant's Motion to Compel Arbitration, filed Nov 2017
- Defendant's Combined Motion to Strike Plaintiff's Answer to Counterclaims as Untimely and to Strike From the Record Plaintiff's Motion to Strike Defendant's Amended Answer and Counterclaims, filed on or about 11/20/2017
- Defendant's Amended Exception to Plaintiff's Petition, filed on or about 11/20/2017
- Defendant's Motion to Exclude Expert Testimony & Report, filed on or about 11/20/2017

Dated:    December 30, 2018

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548 (office)
713.366.6229 (cell)
713.583.9523 (fax)
thootman2000@yahoo.com

ATTORNEY FOR APPELLANT
BRIGETTA D'OLIVIO

## CERTIFICATE OF SERVICE

On this day, a copy of the above document was served by electronic

service on the following attorneys of record:

David M. Kleiman
VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-3703
dkleiman@vinlaw.com

Dated: December 30, 2018

/s/Timothy A. Hootman
Timothy A. Hootman

3

No. DC-16-05606

FILED

2019 JAN 16 PH 1: 52

FELICIA PITRE
DISTRICT CLERK
In the District Court   191st
Dallas County Texas
DEPUTY

Greg Fox

v.

Brigetta D'Olivio

## APPELLANT'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

To the Clerk,

Appellant, Brigetta D'Olivio, files this request for supplemental clerk's record in this appeal and requests the clerk to prepare a Supplemental Clerk's Record, including the following items:

- Defendant's Correspondence to the court, dated: 8/24/2017 and filed: 8/25/2017
- Deposition Transcript, dated August 11, 2017.

Dated: January 16, 2019

Respectfully Submitted,

Brigetta D'Olivio, Appellant

3800 Pebblecreek Ct.

Apt. 120

Plano, TX 75023

214.733.7204

## CERTIFICATE OF SERVICE

On this day, a copy of the above document was served via certified mail 7016 1370 0002 0445 5999 service on the following attorneys of record,:

David Kleiman

VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.

1601 Elm Street, Suite 4100

Dallas, TX 75201-3703

dkleiman@vinlaw.com

Dated: January 16, 2019

_Brigetta D'Olivio_ PRO SE

Brigetta D'Olivio, Appellant

12/31/2018 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

Comment
**SUPPLEMENTAL CLERK'S RECORD REQUEST**

01/04/2019 NOTE - CLERKS ▼

Comment
**PREPARING SUPPLEMENTAL RECORD 05-18-00868-CV**

01/16/2019 REQUEST REPORTER RECORD ▼

REQUEST REPORTER RECORD

Comment
**APPELLANT'S REQUEST FOR SUPPLEMENTAL REPORTER'S
RECORD**

01/16/2019 SUPPLEMENTAL CLERK'S RECORD REQUEST ▼

SUPPLEMENTAL CLERK'S RECORD REQUEST

01/16/2019 NOTE - CLERKS ▼

Comment
**BILL PRO-SE FOR THIS SUPPLEMENT. VERIFIED ATTORNEY T.
HOOTMAN WITHDREW FROM APPEAL CASE. ORDER SIGNED
IN THE 5THCOA 1/15/19.**

01/17/2019 CLERK'S RECORD PAYMENT INVOICE

01/22/2019 NOTICE OF HEARING / FIAT ▼

2019-01-22 - 1st Amended
NOH_on_Amended_Application_for_Turnover_Order.pdf

Comment
**First Amended Notice of Hearing**

01/25/2019 RETURN OF SERVICE ▼

(2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

Comment
**(2) WRIT OF EXECUTION NULLA BOLA - BRIGETTTA D'OLIVIO**

02/20/2019 Motion - Turnover ▼

Amended Application for Turnover.pdf

**EXHIBIT 15**

DC-16-05606

FILED
19 FEB 13 PM 3: 33
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____DEPUTY

GREG FOX, ET, AL
    *PLAINTIFF*

V.

BRIGETTA D'OLIVIO
    *DEFENDANT*

IN THE DISTRICT COURT

DALLAS COUNTY, TEXAS

191ST JUDICIAL DISTRICT

**CORRESPONDENCE**

5th Court of Appeals
C/O Chief Clerk
Claudia McCoy
600 Commerce St. Ste. 200
Dallas, TX 75202

Dallas County District Court
C/O District Clerk
Felicia Pitre
191st District Court
600 Commerce St.
First Floor
Dallas, TX 75202

February 13, 2019

RE: Documents Filed on February 12, 2019 by Appellant, Brigetta D'Olivio- 05-18-00868-CV
    1. *"Appellant's Correspondence to Court Reporter for the 191st District Court"*-
       Correspondence Letter Filed on February 12, 2019 @ 3:37 pm
    2. *"Appellant's Correspondence to Court Clerk"*- Correspondence Letter Filed on February
       12, 2019 @ 3:41 pm

Dear Ms. McCoy and Ms. Pitre,

Appellant, Brigetta D'Olivio, filed two (2) Letters of Correspondence in relation to Trial Cause
No. DC-16-05606, on February 12, 2019 at the 191st District Court Clerk's Office.

The two Letters of Correspondence are:

    1. *"Appellant's Correspondence to Court Reporter for the 191st District Court"*-
       Correspondence Letter Filed on February 12, 2019 @ 3:37 pm

2. *"Appellant's Correspondence to Court Clerk"*- Correspondence Letter Filed on February 12, 2019 @ 3:41 pm

Appellant's letters of correspondence have been filed on the 191st District Court Portal under the improper Cause No. DC-18-18015.

Said letters of correspondence are in <u>no relation</u> to the Cause No. DC-18-18015 case.

The *"new Lawsuit"* (DC-18-18015) filed by Greg Fox and Laura Fox does not comport to, nor meet the requirements of Rule 1.06 of the Texas Rules of Civil Procedure.

The *"new Lawsuit"* (DC-18-18015) filed by Greg Fox and Laura Fox does not comport to, nor meet the requirements of Rule 1.07 of the Texas Rules of Civil Procedure.

Plaintiff's and their attorney, David M. Kleiman's assertion that they are related is wholly inaccurate.

The new case DC-18-18015 is frivolous.

Appellant's Letters of Correspondence referenced above, must be placed on the proper court portal and under the proper cause number (Cause No. DC-16-05606).

Please correct the record to reflect the proper filing.


Respectfully Submitted,

Appellant, Brigetta D'Olivio
3800 Pebblecreek Ct. Apt. 120
Plano, TX 75023
(214)733-7204
beautifulhomesbybrigetta@gmail.com

2/13/2019
Date

# CERTIFICATE OF SERVICE

Appellant, Brigetta D'Olivio, in the above-caption case, do certify that on the 13th day of

February, 2019, served Plaintiffs' attorney, David M. Kleiman, the within Correspondence Letter

dated February 13, 2019. Said service was made via certified mail tracking number 7018 1830

0000 3897 1936, at the last known address for David M. Kleiman at Law Office of Vincent

Serafino Geary Waddell Jenevein, 1601 Elm St., Ste 4100, Dallas TX in accordance with Rule

21a of the Texas Rules of Civil Procedure.


Respectfully Submitted,

Appellant, Brigetta D'Olivio
3800 Pebblecreek Ct. Apt. 120
Plano, TX 75023
(214)733-7204
beautifulhomesbybrigetta@gmail.com

# Case Information

DC-18-18015 | GREG FOX, et al vs. ALEXANDRIA FARRAR, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-18-18015 | 191st District Court | SLAUGHTER, GENA |
| File Date | Case Type | Case Status |
| 11/30/2018 | OTHER (CIVIL) | OPEN |

# Party

PLAINTIFF
FOX, GREG

Inactive Attorneys ▼
Lead Attorney
KLEIMAN, DAVID
MASON
Retained

Work Phone
214-979-7400

Fax Phone
214-979-7402

PLAINTIFF
FOX, LAURA

Inactive Attorneys ▼
Lead Attorney
KLEIMAN, DAVID
MASON
Retained

Work Phone
214-979-7400

Fax Phone
214-979-7402

DEFENDANT
FARRAR, ALEXANDRIA

DEFENDANT
D'OLIVIO, BRIGETTA

Active Attorneys ▾
Pro Se

Address
3800 PEBBLECREEK CT.
APT. 120
PLANO TX 75023

Inactive Attorneys ▾
Pro Se              .

DEFENDANT
FARRAR, CHLOE

Active Attorneys ▾
Pro Se

Address
7373 VALLEY VIEW LANE
APT. 2045
DALLAS TX 75204

## Events and Hearings

11/30/2018 NEW CASE FILED (OCA) - CIVIL

11/30/2018 ORIGINAL PETITION ▾

Original Petition

11/30/2018 CASE FILING COVER SHEET ▾

Civil Cover Sheet

11/30/2018 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

12/04/2018 CITATION ▾

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**OUT OF COUNTY**

Returned
**12/26/2018**
Comment
**ESERVE/JH**

12/04/2018 CITATION ▾

Anticipated Server
**ESERVE**

Anticipated Method
Comment
**ESERVE/JH**

12/04/2018 CITATION ▾

Anticipated Server
**ESERVE**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**01/28/2019**
Comment
**ESERVE/JH**

12/13/2018 NOTE - CLERKS ▾

Comment
**MAILED COPY OF ORDER TRANSFER TO PLTF & DEF**

12/13/2018 NOTE - CLERKS ▾

Comment
**EMAILED SENT TO CLERK & ADMIN 191ST COURT
REGARDING ORDER TRANSFER**

12/13/2018 ORDER - TRANSFER ▾

ORDER - TRANSFER

Comment
**CASE TO 191ST DISTRICT COURT**

12/18/2018 MOTION - SUBSTITUTE SERVICE ▾

Plaintiffs Motion For Substituted Service of Process.pdf

    Comment
    **Plaintiffs' Motion for Substitued Service of Process**

12/18/2018 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

Proposed Order Granting Plaintiffs Motion For Substituted Service of Process.pdf

    Comment
    **Proposed Order Granting Plaintiffs' Motion for Substituted Service**

12/26/2018 RETURN OF SERVICE ▾

RETURN OF SERVICE

    Comment
    **CITATION - BRIGETTA D'OLIVIO**

01/07/2019 ORIGINAL ANSWER - GENERAL DENIAL ▾

General Denial.pdf

01/09/2019 ORDER - SUBSTITUTE SERVICE ▾

ORDER - SUBSTITUTE SERVICE

01/14/2019 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

    Comment
    **SECOND ORG. ANSWER RCVD BY DEFENDANT BRIGETTA D'OLIVIO**

01/28/2019 RETURN OF SERVICE ▾

CITATION EXCUTED- CHOLE FARRAR

    Comment
    **CITATION EXCUTED- CHOLE FARRAR**

02/12/2019 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER - GENERAL DENIAL

02/12/2019 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
TO COURT CLERK

02/12/2019 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
TO COURT REPORTER

02/15/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

*Order Granting Motion for Withdraw of Counsel for DC-18-18015.pdf*

Comment
ORDER GRANTING MOTION FOR WITHDRAW OF COUNSEL

02/15/2019 MOTION - WITHDRAW ATTORNEY ▼

*Gary Patterson's Motion to Withdraw as Counsel for DC-18-18015.pdf*

Comment
Gary Patterson's Motion to Withdraw as Counsel

02/19/2019 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

AMENDED ANSWER - AMENDED GENERAL DENIAL

02/19/2019 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

AMENDED ANSWER - AMENDED GENERAL DENIAL

02/20/2019 ORDER - WITHDRAW ATTORNEY ▼

ORDER - WITHDRAW ATTORNEY

# Financial

FOX, GREG
Total Financial Assessment        $316.00
Total Payments and Credits        $316.00

2/25/2019                                           Details

| 12/3/2018 | Transaction Assessment | | | $316.00 |
| 12/3/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 78922-2018- DCLK | FOX, GREG | ($316.00) |

# Documents

Original Petition

Civil Cover Sheet

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ORDER - TRANSFER

Plaintiffs Motion For Substituted Service of Process.pdf

Proposed Order Granting Plaintiffs Motion For Substituted Service of Process.pdf

RETURN OF SERVICE

General Denial.pdf

ORDER - SUBSTITUTE SERVICE

CORRESPONDENCE - LETTER TO FILE

CITATION EXCUTED- CHOLE FARRAR

ORIGINAL ANSWER - GENERAL DENIAL

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

Order Granting Motion for Withdraw of Counsel for DC-18-18015.pdf

Gary Patterson's Motion to Withdraw as Counsel for DC-18-18015.pdf

AMENDED ANSWER - AMENDED GENERAL DENIAL

AMENDED ANSWER - AMENDED GENERAL DENIAL

ORDER - WITHDRAW ATTORNEY



FILED
Court of Appeals

FEB 13 201?

Lisa Matz
Clerk, 5th District

Appellant, Brigetta D'Olivio
3800Pebblecreek Ct.
Apt. 120
Plano, TX 75023
(214) 733-7204
beautifulhomesbybrigetta@gmail.com


Chief Clerk
Fifth Court of Appeals                                    February 13, 2019
Claudia McCoy
600 Commerce St. Ste. 200
Dallas, TX 75202


Re: No. 05-18-00868 Brigetta D'Olivio v. Greg Fox


Dear Ms. McCoy,


Please find attached, Correspondence as it relates to Appellant's Correspondence filed on February 12, 2019 at the 191st District Court, addressed to Melba Wright of Wright Reporter's, LLC for trial court records to be transcribed and corrected, for the record on appeal.

Please also find attached, Correspondence to the Clerk of 191st District Court in relation to *"Payment Notice"*. I am waiting to hear back from Ms. Pitre regarding the Invoice dated February 13, 2019 so that I may go ahead and pay for it. I have not yet heard back from Ms.Pitre.

Further attached, is are two (2) emails (dated 2/13/2019) sent to Dallas County District Court Clerk, Felicia Pitre in relation to an Invoice dated February 13, 2019. One of the emails references the investigation into the 191st District Court portal(s) for Cause No. DC-16-05606 and Cause No. DC-18-18015 being changed without a court Order to do so.

Cover Letter Addressed to Chief Clerk -5th Court of Appeals- 2 pages
Correspondence Letter dated February 13, 2019- 3 pages
Emails (2) Addressed to District Court Clerk, Felicia Pitre- dated February 13, 2019- 2 pages

Respectfully Submitted,

_(signature)_

Appellant, Brigetta D'Olivio

2/13/2019

Date

3800 Pebblecreek Ct.
Apt. 120
Plano, TX 75023
(214) 733.7204
beautifulhomesbybrigetta@gmail.com

### CERTIFICATE OF SERVICE

Appellant, Brigetta D'Olivio, in the above-caption case, do certify that on the 13th day of February, 2019, served Plaintiffs' attorney, David M. Kleiman, the within Correspondence Letter dated February 13, 2019. Said service was made via certified mail tracking number 7018 1830 0000 3897 1943, at the last known address for David M. Kleiman at Law Office of Vincent Serafino Geary Waddell Jenevein, 1601 Elm St., Ste 4100, Dallas TX in accordance with Rule 21a of the Texas Rules of Civil Procedure.

Respectfully Submitted,

_(signature)_

Appellant, Brigetta D'Olivio
3800 Pebblecreek Ct. Apt. 120
Plano, TX 75023
(214)733-7204
beautifulhomesbybrigetta@gmail.com

Cover Letter Addressed to Chief Clerk -5th Court of Appeals- 2 pages
Correspondence Letter dated February 13, 2019- 3 pages
Emails (2) Addressed to District Court Clerk, Felicia Pitre- dated February 13, 2019- 2 pages

DC-16-05606

FILED
19 FEB 13 PM 3:33

GREG FOX, ET, AL
    *PLAINTIFF*

V.

BRIGETTA D'OLIVIO
    *DEFENDANT*

IN THE DISTRICT COURT

DALLAS COUNTY, TEXAS

191ST JUDICIAL DISTRICT

## CORRESPONDENCE

5th Court of Appeals
C/O Chief Clerk
Claudia McCoy
600 Commerce St. Ste. 200
Dallas, TX 75202

Dallas County District Court
C/O District Clerk
Felicia Pitre
191st District Court
600 Commerce St.
First Floor
Dallas, TX 75202

February 13, 2019

RE: Documents Filed on February 12, 2019 by Appellant, Brigetta D'Olivio- 05-18-00868-CV
1. *"Appellant's Correspondence to Court Reporter for the 191st District Court"*-
Correspondence Letter Filed on February 12, 2019 @ 3:37 pm
2. *"Appellant's Correspondence to Court Clerk"*- Correspondence Letter Filed on February 12, 2019 @ 3:41 pm

Dear Ms. McCoy and Ms. Pitre,

Appellant, Brigetta D'Olivio, filed two (2) Letters of Correspondence in relation to Trial Cause No. DC-16-05606, on February 12, 2019 at the 191st District Court Clerk's Office.

The two Letters of Correspondence are:

1. *"Appellant's Correspondence to Court Reporter for the 191st District Court"*-
Correspondence Letter Filed on February 12, 2019 @ 3:37 pm

2. *"Appellant's Correspondence to Court Clerk"*- Correspondence Letter Filed on February 12, 2019 @ 3:41 pm

Appellant's letters of correspondence have been filed on the 191st District Court Portal under the improper Cause No. DC-18-18015.

Said letters of correspondence are in <u>no relation</u> to the Cause No. DC-18-18015 case.

The *"new Lawsuit"* (DC-18-18015) filed by Greg Fox and Laura Fox does not comport to, nor meet the requirements of Rule 1.06 of the Texas Rules of Civil Procedure.

The *"new Lawsuit"* (DC-18-18015) filed by Greg Fox and Laura Fox does not comport to, nor meet the requirements of Rule 1.07 of the Texas Rules of Civil Procedure.

Plaintiff's and their attorney, David M. Kleiman's assertion that they are related is wholly inaccurate.

The new case DC-18-18015 is frivolous.

Appellant's Letters of Correspondence referenced above, must be placed on the proper court portal and under the proper cause number (Cause No. DC-16-05606).

Please correct the record to reflect the proper filing.

Respectfully Submitted,

Appellant, Brigetta D'Olivio
3800 Pebblecreek Ct. Apt. 120
Plano, TX 75023
(214)733-7204
beautifulhomesbybrigetta@gmail.com

2/13/2019
Date

2 of 3

# CERTIFICATE OF SERVICE

Appellant, Brigetta D'Olivio, in the above-caption case, do certify that on the 13th day of

February, 2019, served Plaintiffs' attorney, David M. Kleiman, the within Correspondence Letter

dated February 13, 2019. Said service was made via certified mail tracking number 7018 1830

0000 3897 1936, at the last known address for David M. Kleiman at Law Office of Vincent

Serafino Geary Waddell Jenevein, 1601 Elm St., Ste 4100, Dallas TX in accordance with Rule

21a of the Texas Rules of Civil Procedure.

Respectfully Submitted,

Appellant, Brigetta D'Olivio
3800 Pebblecreek Ct. Apt. 120
Plano, TX 75023
(214)733-7204
beautifulhomesbybrigetta@gmail.com

**Brigetta DOlivio <beautifulhomesbybrigetta@gmail.c**

## Invoice and Court Portal Investigation

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>                          Wed, Feb 13, 2019 at 3:30
To: Felicia.pitre@dallascounty.org

Ms. Pitre,
1. In reference to the meeting at your office on January 18, 2019 wherein the manipulation of the DC-16-05606 court portal was discussed, I am inquiring as to whether or not the investigation is complete. We discussed the removing of documents, changing of previously filed documents under same heading, etc.
Please inform me if the subpeona is ready to be served in order to retrieve the results of the investigation performed by your I'. department.
Does your IT Department have a separate fraud division?

2. I have an invoice dated February 13, 2019 for the amount due of $1018.00.
What is this amount for?
What Appellant Request and/or Supplemental Request for Clerk's Record is this for?
Please provide the file stamp date and time this request was made and by whom.
I will be in to pay this receipt on February 13, 2019;

I look forward to hearing from you.
Thank you,

Brigetta

--
Brigetta D'Olivio
Custom Home Builder
214 735.72.4
Beautiful Homes by Brigetta

.. \f- t.

****** *CONFIDENTIALITY NOTICE* ******

*NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the*
*addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this*
*message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your*
*system. The recipient should check this email and any attachments for the presence of viruses. This company accepts no liability for any damage caused by any virus*
*transmitted by this email. Thank you*

**Brigetta DOlivio <beautifulhomesbybrigetta@gmail.c**

# Request Response

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>             Wed, Feb 13, 2019 at 1:25
To: Felicia.pitre@dallascounty.org

Ms. Pitre,

I am waiting for a response regarding the following:

1. Invoice Dated February 13, 2019
2. Investigation into the manipulation of court template-portal

The Invoice questions I posed to you, must be answered. I am waiting to make a payment should a payment be due.

Thank you
Brigetta

--
Brigetta D'Olivio
Custom Home Builder
214.733 7204
Beautiful Homes by Brigetta

N. 1 d 1.

\*\*\*\*\*\* CONFIDENTIALITY NOTICE \*\*\*\*\*\*

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. The recipient should check this email and any attachments for the presence of viruses. This company accepts no liability for any damage caused by any virus transmitted by this email. Thank you

**EXHIBIT 16**

# FELICIA PITRE
## DALLAS COUNTY DISTRICT CLERK
### 600 Commerce Street, Suite 101
### Dallas, Texas 75202-4604

IN ACCOUNT WITH

DATE: 2/13/2019

**TIMOTHY A HOOTMAN**
**2405 PEASE ST**
**HOUSTON TX 77003**

INTERNAL REVENUE SERVICE
IDENTIFICATION NO.: <u>75-6000905</u>

Case No. DC-16-05606

**Style of Case**
GREG FOX, et al
vs.
BRIGETTA D'OLIVIO

---

Pages: **993**
Clerk's Record                               $993.00
Transcript Fee-                              $ 25,00
Attorney Copy Fee-    N/A                     $_____
Total Fee-                                   $1018.00

The Clerk's Record has been prepared,
The Clerk's Record will be delivered to the Court of Appeals upon payment.

Please return a copy of this statement with remittance.

Thank you.
 GAY LANE

Cc:
Lisa Matz
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



**Brigetta DOlivio <beautifulhomesbybrigetta@gmail.cor**

## Invoice and Court Portal Investigation

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>         Wed, Feb 13, 2019 at 3:30 A
To: Felicia.pitre@dallascounty.org

Ms. Pitre,
1. In reference to the meeting at your office on January 18, 2019 wherein the manipulation of the DC-16-05606 court portal was discussed, I am inquiring as to whether or not the investigation is complete. We discussed the removing of documents, changing of previously filed documents under same heading, etc.
Please inform me if the subpeona is ready to be served in order to retrieve the results of the investigation performed by your IT department.
Does your IT Department have a separate fraud division?

2. I have an invoice dated February 13, 2019 for the amount due of $1018.00.
What is this amount for?
What Appellant Request and/or Supplemental Request for Clerk's Record is this for?
Please provide the file stamp date and time this request was made and by whom.
I will be in to pay this receipt on February 13, 2019;

I look forward to hearing from you.
Thank you,

Brigetta

--
Brigetta D'Olivio
Custom Home Builder
214.733.7204
Beautiful Homes by Brigetta
"It i r *per i for of* *drme* *mut* *manus* *a ri ?;,"
NAWIC

****** *CONFIDENTIALITY NOTICE* ******

*NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. The recipient should check this email and any attachments for the presence of viruses. This company accepts no liability for any damage caused by any virus transmitted by this email. Thank you.*



**Brigetta DOlivio <beautifulhomesbybrigetta@gmail.con**

## Invoice and Court Portal Investigation

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>　　　　　　　　Wed, Feb 13, 2019 at 3:30 A
To: Felicia.pitre@dallascounty.org

Ms. Pitre,
1. In reference to the meeting at your office on January 18, 2019 wherein the manipulation of the DC-16-05606 court portal was discussed, I am inquiring as to whether or not the investigation is complete. We discussed the removing of documents, changing of previously filed documents under same heading, etc.
Please inform me if the subpeona is ready to be served in order to retrieve the results of the investigation performed by your IT department.
Does your IT Department have a separate fraud division?

2. I have an invoice dated February 13, 2019 for the amount due of $1018.00.
What is this amount for?
What Appellant Request and/or Supplemental Request for Clerk's Record is this for?
Please provide the file stamp date and time this request was made and by whom.
I will be in to pay this receipt on February 13, 2019;

I look forward to hearing from you.
Thank you,

Brigetta

--
Brigetta D'Olivio
Custom Home Builder
214.733.7204
Beautiful Homes by Brigetta
"When you envision a dream you instill a reality"
NAWIC

****** *CONFIDENTIALITY NOTICE* ******

*NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. The recipient should check this email and any attachments for the presence of viruses.  This company accepts no liability for any damage caused by any virus transmitted by this email. Thank you.*

 Gmail

## Request Response

**Felicia Pitre** <FELICIA.PITRE@dallascounty.org>                              Wed, Feb 13, 2019 at 5:11 PM
To: Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>

Ms. D'Olivio:

Listed is a summary of actions regarding monies owed for the Clerk's Record:

- 9/25/17 Notice of Appeal filed by Pro se - assigned 05-17-01119-CV

- 9/29/17 Pro se requested Clerks Record

- 10/5/17 Invoiced Pro se $402.00 (not paid)

- 12/5/17 No pay letter 5th COA

- 4/10/18 Dismissed by 5th COA

- 7/30/18 Notice of Appeal filed by Attorney - Timothy Hootman assigned 05-18-00868-CV

- 7/30/18 Attorney requested Clerks Record

- 8/8/18 Invoiced attorney $907.00

- 8/24/18 Supplemental Clerk Record request filed by opposing attorney David Kleiman

- 8/31/18 Invoiced attorney $507.00

- 9/11/2018 No pay letter sent 5th COA for attorney Hootman $907.00

- 9/24/18 Attorney Hootman paid $907.00 Clerks record sent

- 9/24/18 Attorney Kleiman paid $507.00 Clerks record sent

- 12/31/18 Supplemental request filed by attorney Hootman

- 1/16/19 Supplement filed by Pro se

- 1/17/19 Invoiced attorney $1018.00

- 2/12/19 Supplement filed by Pro se

Additionally, our IT Department is reaching out to our vendor regarding you're allegations. We will notify you once we receive an official response from our vendor.

# EXHIBIT 17

 Gmail                         **Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>**

## Request Response

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>                Thu, Feb 14, 2019 at 2:35 AM
To: Felicia Pitre <FELICIA.PITRE@dallascounty.org>

Felicia,
Is the Invoice dated February 13, 2019 the same as the listing stating, "1/17/2019 Invoiced attorney $1018.00?

If so, why was an attorney who was discharged sent any information regarding my case since according to the information on the portal listed as 01/16/2019states in part, "...BILL PRO SE..."

What else, if anything, has been sent to discharged attorney Hootman since COA Order dated 01/15/2019.

Has discharged attorney Hootman paid for the $1018.00 Invoice? He was paid over $20,000.00 thus far.

Has Invoice dated February 13, 2019 been paid?

As far as the investigation into the court template/portal as it relates to DC-16-05606, what do you need from me?

As far as the investigation into manipulating/changing the portal, the 68th District Court has also done the same.

Thank you for taking the time to respond to my requests.

Sincerely,
Brigetta
[Quoted text hidden]

**EXHIBIT 18**

 Gmail

**Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>**

## Dc-16-05606 Tr. Ct. and 05-18-00868-CV

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>
To: Felicia Pitre <Felicia.pitre@dallascounty.org>

Thu, Feb 21, 2019 at 12:23 PM

Ms. Pitre,

Please confirm exactly what Invoices have been paid for by discharged attorney Hootman in reference to Cause No. DC-16-05606.

I have paid Mr. Hootman over $20,000.00 which also included the cost of preparation of Clerk's Record.

Please forward any and all receipts of payment and to which request each payment was associated with.

Please also include which documents (records) were actually included in the cost associated with each Invoice, and which documents (records), were in-fact prepared and sent to the Court of Appeals,

Thank you

--
Brigetta D'Olivio
Custom Home Builder
214.733.7204
**Beautiful Homes by Brigetta**
*"Where your vision of a dream home becomes a reality"*
**NAWIC**

****** CONFIDENTIALITY NOTICE ******

*NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. The recipient should check this email and any attachments for the presence of viruses. This company accepts no liability for any damage caused by any virus transmitted by this email. Thank you.*

**EXHIBIT 19**

 Gmail

**Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>**

## Alleged Outstanding Invoice(s) DC-16-05606 Trial Ct. 05-18-00868-CV

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>                    Sat, Feb 23, 2019 at 8:55 PM
To: Felicia Pitre <Felicia.pitre@dallascounty.org>

Ms. Pitre,
Your **immediate** response to the questions regarding an alleged "outstanding balance" allegedly owed by Appellant D'Olivio, as indicated via email and correspondence filed with the Court of Appeals and the 191st District Court, and, brought to your attention on multiple occasions and was also brought to the attention of District Clerk, Angela Conejo on February 19, 2019, **is required.**

Your **immediate** response to supply Appellant D'Olivio with a copy of the Invoice(s) associated with the alleged "outstanding balance" **is required.**

**Please Note:**

There is a typo, highlighted in the color teal, in the email sent on February 21, 2019 that is attached to this email as a "forward" email and partially quoted below.
The correction is highlighted in yellow.

February 18, 2019 (incorrect date) is be replaced with: February 13, 2019 (correct date)

..."February 19, 2019, I spoke with "Angela (Conejo)" regarding an Invoice for $32.00. Angela stated that she did not know what the Invoice dated February 18. 2019 was for. She stated that she believed it was for the Clerk's Record request but not sure which request..."
[Quoted text hidden]

**EXHIBIT 20**

Brigetta D'Olivio, Appellant
3800 Pebblecreek Ct.
Apt. 120
Plano, TX 75023
214.733.7204
beautifulhomesbybrigetta@gmail.com

**FILED**

**19 FEB 25 PM 12: 15**

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

_____DEPUTY

## APPELLANT'S CORRESPONDENCE

## TO DISTRICT CLERK, FELICIA PITRE

February 22, 2019

Filed with District Clerk
&
Via Certified Mail
**7018 1830 0000 3897 5644**

Dallas County District Court
C/O District Clerk:
Felicia Pitre
191st District Court
600 Commerce St.
First Floor
Dallas, TX 75202

Re: 1. Correspondence dated February 13, 2019 and filed February 13, 2019
       Correction(s) to pg. 2, Lines 7 and 9
   2. Appellant's Request for Copy of Invoice(s) indicating an *"outstanding*
       *balance"*- No Response from Felicia Pitre after multiple requests in writing

Dear Ms. Pitre,

Appellant, Brigetta D'Olivio has a pending Appeal, Cause No. 05-18-00868 CV from the 191st
District Court, Trial Cause No. DC-16-05606, and requests the following:

1. **Correction(s) to be noted for the record, from <u>Correspondence</u> that was filed with
the District Clerk, c/o Felicia Pitre and, at the 5th Court of Appeals, c/o Chief Clerk,
Claudia McCoy. The Correspondence was filed on February 13, 2019.
For your convenience, a copy of the referenced filed <u>Correspondence,</u> is enclosed.**

Note for the record, the above referenced <u>Correspondence</u> filed on February 13, 2019 requires a
correction to page 2, para. 2, Lines 3 and 5.

On page 2, para. 2, Line 3, it states in part, *"...Rule 1.06 of the Texas Rules of Civil Procedure."*.

The verbiage, *"Texas Rules of Civil procedure"* is **incorrect.**

The **correct** verbiage for citing the specifically mentioned rule in the above-referenced Correspondence, pg. 2, para. 2, Line 3, is now considered correctly cited as: *"...Local Rule 1.06."*.

On page 2, para. 2, Line 5, it states in part, *"...Rule 1.07 of the Texas Rules of Civil Procedure."*.

The verbiage, *"Texas Rules of Civil procedure"* is **incorrect.**

The **correct** verbiage for citing the specifically mentioned rule in the above-referenced Correspondence, pg. 2, para. 2, Line 5, is now considered correctly cited as: *"...Local Rule 1.07."*.

2. **Copy of Invoice(s) indicating an *"outstanding balance"*- Appellant has made multiple attempts, in writing, to receive an Invoice for the alleged *"outstanding balance"* for the Clerk's Record, to no avail.**

Said Invoice is **not** listed in your *"Summary of actions regarding monies owed for the Clerk's Record"* to which you emailed Appellant the *"summary of actions"*, on February 13, 2019.

Appellant D'Olivio, has sent you multiple emails requesting not only clarification for the February 13, 2019 Invoice but also, requests for copies of any and all Invoices that you claim an amount of $1423.00 is an *"outstanding balance"*, to no avail.

Should Appellant D'Olivio have any *"outstanding balance"*, she is prepared to pay what is owed, if any.

A payment cannot be made without an invoice.

Appellant D'Olivio has not been supplied with any Invoice referencing an *"outstanding balance"* and nor does your list of *"summary of actions"* provided to Appellant via email, indicate that an any Invoice has been supplied to Appellant D'Olivio, that has not been paid for.

Appellant D'Olivio is again requesting any such Invoice to be forwarded to her, **immediately**.

Time is of the essence!

Please forward any and all Invoices that are attributable to the alleged *"outstanding balance"* owed by Appellant, D'Olivio, **immediately.**

Thank you for your time and consideration.

Sincerely,

Brigetta D'Olivio, Appellant

DC-16-05606

FILED
19 FEB 13 PM 3: 33

IN THE DISTRICT COURT
DALLAS CO. TEXAS

DEPUTY

GREG FOX, ET, AL
    *PLAINTIFF*

V.

BRIGETTA D'OLIVIO
    *DEFENDANT*

IN THE DISTRICT COURT

DALLAS COUNTY, TEXAS

191ST JUDICIAL DISTRICT

## CORRESPONDENCE

5th Court of Appeals
C/O Chief Clerk
Claudia McCoy
600 Commerce St. Ste. 200
Dallas, TX 75202

February 13, 2019

Dallas County District Court
C/O District Clerk
Felicia Pitre
191st District Court
600 Commerce St.
First Floor
Dallas, TX 75202

RE: Documents Filed on February 12, 2019 by Appellant, Brigetta D'Olivio- 05-18-00868-CV
1. *"Appellant's Correspondence to Court Reporter for the 191st District Court"*-
Correspondence Letter Filed on February 12, 2019 @ 3:37 pm
2. *"Appellant's Correspondence to Court Clerk"*- Correspondence Letter Filed on February 12, 2019 @ 3:41 pm

Dear Ms. McCoy and Ms. Pitre,

Appellant, Brigetta D'Olivio, filed two (2) Letters of Correspondence in relation to Trial Cause No. DC-16-05606, on February 12, 2019 at the 191st District Court Clerk's Office.

The two Letters of Correspondence are:

1. *"Appellant's Correspondence to Court Reporter for the 191st District Court"*-
Correspondence Letter Filed on February 12, 2019 @ 3:37 pm

2. *"Appellant's Correspondence to Court Clerk"*- Correspondence Letter Filed on February 12, 2019 @ 3:41 pm

Appellant's letters of correspondence have been filed on the 191st District Court Portal under the improper Cause No. DC-18-18015.

Said letters of correspondence are in <u>no relation</u> to the Cause No. DC-18-18015 case.

The *"new Lawsuit"* (DC-18-18015) filed by Greg Fox and Laura Fox does not comport to, nor meet the requirements of Rule 1.06 of the Texas Rules of Civil Procedure.

The *"new Lawsuit"* (DC-18-18015) filed by Greg Fox and Laura Fox does not comport to, nor meet the requirements of Rule 1.07 of the Texas Rules of Civil Procedure.

Plaintiff's and their attorney, David M. Kleiman's assertion that they are related is wholly inaccurate.

The new case DC-18-18015 is frivolous.

Appellant's Letters of Correspondence referenced above, must be placed on the proper court portal and under the proper cause number (Cause No. DC-16-05606).

Please correct the record to reflect the proper filing.

Respectfully Submitted,

*[signature]*

Appellant, Brigetta D'Olivio
3800 Pebblecreek Ct. Apt. 120
Plano, TX 75023
(214)733-7204
bcautifulhomesbybrigetta@gmail.com

2/13/2019
Date

## CERTIFICATE OF SERVICE

Appellant, Brigetta D'Olivio, in the above-caption case, do certify that on the 13th day of

February, 2019, served Plaintiffs' attorney, David M. Kleiman, the within Correspondence Letter

dated February 13, 2019. Said service was made via certified mail tracking number 7018 1830

0000 3897 1936, at the last known address for David M. Kleiman at Law Office of Vincent

Serafino Geary Waddell Jenevein, 1601 Elm St., Ste 4100, Dallas TX in accordance with Rule

21a of the Texas Rules of Civil Procedure.

Respectfully Submitted,

Appellant, Brigetta D'Olivio
3800 Pebblecreek Ct. Apt. 120
Plano, TX 75023
(214)733-7204
beautifulhomesbybrigetta@gmail.com

**EXHIBIT 21**

# M Gmail

## test

**Gay Lane** <Gay.Lane@dallascounty.org>
To: "Beautifulhomesbybrigetta@gmail.com" <Beautifulhomesbybrigetta@gmail.com>

Mon, Feb 25, 2019 at 12:49 PM

test


Gay Denise Lane

Document Production, Lead Clerk

Office of Felicia Pitre

Dallas County District Clerk

600 Commerce St. Suite 145

Dallas Texas 75202

214-653-6549

gdlane@dallascounty.org

**EXHIBIT 22**

 Gmail

**Brigetta DOlivio <beautifulhomesbybrigetta@gmail.con**

# Supplemental Clerk record payment invoice

**Gay Lane** <Gay.Lane@dallascounty.org>         Mon, Feb 25, 2019 at 12:52 P:
To: "Beautifulhomesbybrigetta@gmail.com" <Beautifulhomesbybrigetta@gmail.com>
Cc: Shelia Bradley <Shelia.Bradley@dallascounty.org>, Gay Lane <Gay.Lane@dallascounty.org>

Dear Brigetta D'olivio,

Please remit payment for the supplemental clerk record prepared for the cause no DC-16-05606 styled: Greg Fox, et al vs Brigetta D'Olivio.

Please see attached invoice

Gay Denise Lane

Document Production, Lead Clerk

Office of Felicia Pitre

Dallas County District Clerk

600 Commerce St. Suite 145

Dallas Texas 75202

214-653-6549

gdlane@dallascounty.org

📎 **dc-16-05606clersk record payment invoice.pdf**
    429K

# FELICIA PITRE

## DALLAS COUNTY DISTRICT CLERK
### 600 Commerce Street, Suite 101
### Dallas, Texas 75202-4604

IN ACCOUNT WITH

DATE: **February 25, 2019**

BRIGETTA D'OLIVIO
3800 PEBBLECREEK CT
PLANO TX 75023

INTERNAL REVENUE SERVICE
IDENTIFICATION NO.: **75-6000905**

Cause No. DC-16-05606

Style of Case
GREG FOXet al
vs.
BRIGETTA D'OLIVIO

| | |
|---|---|
| Pages: 993 | |
| Supplemental Clerk's Record Fee- | $993.00 |
| Transcript Fee- | $ 25.00 |
| Attorney Copy Fee- N/A | $ 0.00 |
| | ———— |
| Total Fee- | $1018.00 |

Supplemental Clerk's Record will be delivered to the Court of Appeals upon payment. *Please forward payment with invoice in the next 3 business days.*

Please return a copy of this statement with remittance.

Thank you.
GAY LANE

Cc:
Lisa Matz
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

**EXHIBIT 23**

Cancel Reason
**REQUESTED BY ATTORNEY/PRO SE**

Comment
**PL/AMENDED APPLICATION FOR TURNOVER ORDER FILED 12/03/18 30M KAREN 214-979-7410**

02/25/2019 CLERK'S RECORD PAYMENT INVOICE ▾

CLERK'S RECORD PAYMENT INVOICE

ISSUE WRIT

Amended Application for Turnover.pdf

NOH on Amd App for Turnover Order.pdf

REQUEST FOR SERVICE

ISSUE WRIT .

RETURN OF SERVICE

SUPPLEMENTAL CLERK'S RECORD REQUEST

REQUEST REPORTER RECORD

SUPPLEMENTAL CLERK'S RECORD REQUEST

2019-01-22 - 1st Amended
NOH_on_Amended_Application_for_Turnover_Order.pdf

(2) WRIT OF EXECUTION- BRIGETTTA D'OLIVIO

SUPPLEMENTAL CLERK'S RECORD REQUEST

CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

SUPPLEMENTAL COVER

CLERK'S RECORD PAYMENT INVOICE

Gary Patterson's Motion to Withdraw as Counsel for DC-16-05606.pdf

Order Granting Motion for Withdraw of Counsel for DC-16-05606.pdf

2019-02-18 - Notice_of_Cancellation_of_hearing.pdf

RESPONSE

NON-SIGNED PROPOSED ORDER/JUDGMENT

CLERK'S RECORD PAYMENT INVOICE

**EXHIBIT 24**

60

DC-16-05606

| | | |
|---|---|---|
| GRE FOX AND LAURA FOX | : | IN THE DISTRICT COURT |
| Plaintiffs | : | |
| | : | |
| | : | DALLAS COUNTY, TX |
| V | : | |
| | : | 191ST JUDICIAL DISTRICT |
| BRIGETTA D'OLIVIO | : | |
| Defendant | : | |

FILED
2019 FEB 26 PM 2: 30
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

## SUPPLEMENTAL REQUEST FOR CLERK'S RECORD

To The Court Clerk:

Appellant, Brigetta D'Olivio, files this request that the Court Clerk prepare the following

supplemental court clerk's record in this appeal and that the record include the following:

1. David M. Kleiman's Correspondence to the Court, filed December 4, 2017
2. David M. Kleiman's Correspondence to the Court, filed December 15, 2017
3. David M. Kleiman's Correspondence to the Court, filed May 25, 2018
4. Order, dated April 25, 2018
5. Atty Gjesvold's Motion To Withdraw, filed April 19, 2018
6. DWOP Notice (hearing was scheduled for August 11, 2016
7. Reporter's Certification of Deposition, filed October 24, 2017

Dated: February 26, 2019

Respectfully Submitted,

Brigetta D'Olivio, Appellant Pro Se
3800 Pebblecreek Ct., # 120
Plano, TX 75023
214-733-7204

1

## DC-16-05606

| | | |
|---|---|---|
| **GRE FOX AND LAURA FOX** | : | **IN THE DISTRICT COURT** |
| **Plaintiffs** | : | |
| | : | **DALLAS COUNTY, TX** |
| **V** | : | |
| | : | **191ST JUDICIAL DISTRICT** |
| **BRIGETTA D'OLIVIO** | : | |
| **Defendant** | : | |

## CERTIFICATE OF SERVICE

I certify that on February 26, 2019 a true and correct copy of this Appellant's *Supplemental Request For Clerk's Record* was served via Certified Mail 7018 1830 0000 3897 5675, on David M. Kleiman, Vincent Serafino Geary Wadden Jenevein, 1601 Elm Street, Suite 4100, Dallas, TX 75201, Plaintiff's attorney of record.

Brigetta D'Olivio, Appellant
3800 Pebblecreek Ct.
Apt. 120
Plano, TX 75023
214.733.7204
beautifulhomesbybrigetta@gmail.com

**EXHIBIT 25**

DC-16-05606

GRE FOX AND LAURA FOX      :      IN THE DISTRICT COURT

        Plaintiffs      :

        :      DALLAS COUNTY, TX

        V      :

        :      191ST JUDICIAL DISTRICT

BRIGETTA D'OLIVIO      :

        Defendant      :

## SUPPLEMENTAL REQUEST FOR CLERK'S RECORD

To The Court Clerk:

Appellant, Brigetta D'Olivio, files this request that the Court Clerk prepare the following

supplemental court clerk's record in this appeal and that the record include the following:

1. David M. Kleiman's Correspondence to the Court, filed December 4, 2017
2. David M. Kleiman's Correspondence to the Court, filed December 15, 2017
3. David M. Kleiman's Correspondence to the Court, filed May 25, 2018
4. Order, dated April 25, 2018
5. Atty Gjesvold's Motion To Withdraw, filed April 19, 2018
6. DWOP Notice (hearing was scheduled for August 11, 2016
7. Reporter's Certification of Deposition, filed October 24, 2017

Dated: February 26, 2019

Respectfully Submitted,

Brigetta D'Olivio, Appellant Pro Se
3800 Pebblecreek Ct., # 120
Plano, TX 75023
214-733-7204

1

DC-16-05606

| | | |
|---|---|---|
| **GREG FOX AND LAURA FOX** | : | IN THE DISTRICT COURT |
| **Plaintiffs** | : | |
| | : | DALLAS COUNTY, TX |
| **V** | : | |
| | : | **191ST JUDICIAL DISTRICT** |
| **BRIGETTA D'OLIVIO** | : | |
| **Defendant** | : | |

## SUPPLEMENTAL REQUEST FOR CLERK'S RECORD

To The Court Clerk:

Appellant, Brigetta D'Olivio, files this request that the Court Clerk prepare the following

supplemental court clerk's record in this appeal and that the record include the following:

1. **Order Denying Defendant's Motion To Compel Arbitration**, filed on or about Dec. 22, 2017.

2. **Order Denying Defendant's Amended Special Exceptions**, filed on or about Dec. 22, 2017.

Dated: February 27, 2019

Respectfully Submitted,

Brigetta D'Olivio, Appellant Pro Se
3800 Pebblecreek Ct., # 120
Plano, TX 75023
214-733-7204

1

CAUSE NO. DC-16-05606

| | | |
|---|---|---|
| GREG AND LAURA FOX, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | DISTRICT COURT NO. 191ST |
| | § | |
| BRIGETTA D'OLIVIO, | § | |
| | § | |
| *Defendant*. | § | DALLAS COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

I certify that on February 27, 2019 a true and correct copy of this Appellant's *Supplemental Request for Clerk's Record* was served via Certified Mail 7018 1830 0000 3897 5699 was served on David M. Kleiman, Vincent Serafino Geary Waddell Jenevein, at 1601 Elm Street, Suite 4100, Dallas, TX 75201, Plaintiff's attorney of record.

Brigetta D'Olivio, Appellant
3800 Pebblecreek Ct.
Apt. 120
Plano, TX 75023
214.733.7204
beautifulhomesbybrigetta@gmail.com

**EXHIBIT 26**

 
02/25/2019

CERTIFICATE

OF

SERVICE

View Document

02/27/2019

SUPPLEMENTAL

CLERK'S

RECORD

**EXHIBIT 27**

 Gmail          **Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>**

## February 26 2019 Appellant Supplemental Request for Clerk's Record

**Brigetta DOlivio** <beautifulhomesbybrigetta@gmail.com>        Wed, Feb 27, 2019 at 2:47 PM
To: Angela Conejo <Angela.Conejo@dallascounty.org>

Ms. Conejo,

On February 26, 2019 @ 2:31 pm, Appellant, Brigetta D'Olivio, filed a *"Supplemental Request For Clerk's Record"*. Said request was not filed as of February 27, 2019 @ 10:57 AM this morning.

I asked you where the above-referenced filing was since it was not listed on the 191st District Court portal under Cause No.: DC-16-05606.

You stated that you did not know where it was. I stated that the "filings" should not be "lost" and requested that you "find it" and properly file it on the portal.

On February 27, 2019 @ 10:57 AM, Appellant, Brigetta D'Olivio, filed an additional *"Supplemental Request For Clerk's Record"* which was listed as being filed, immediately following the file of February 25, 2019, *yet the February 26, 2019 referenced above was still NOT filed (Please find attached a picture of the portal (TR. Ct. DC-16-05606) indicating such).*

Please have the February 26, 2019 *"Supplemental Request For Clerk's Record"* found and properly filed (191st District Court Portal-Tr. Ct. DC-16-05606).

Thank you
Brigetta

--
Brigetta D'Olivio
Custom Home Builder
214.733.7204
**Beautiful Homes by Brigetta**
*"Where your vision of a dream home becomes a reality"*
**NAWIC**
****** *CONFIDENTIALITY NOTICE* ******

*NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. The recipient should check this email and any attachments for the presence of viruses. This company accepts no liability for any damage caused by any virus transmitted by this email. Thank you.*



**Screenshot_20190227-110435_Chrome.jpg**
93K

 **DALLAS COUNTY, TEXAS COU**

Welcome ▾

02/25/2019

CERTIFICATE

OF

SERVICE

View Document

CERTIFICATE

OF SERVICE

02/27/2019

SUPPLEMENTAL

CLERK'S

RECORD

**EXHIBIT 28**


J **We did the directed verdict during closing.**

## Message details

**Type**
Advanced Messaging

**From**
Jennifer Attorney(+15419745091)

**Time sent**
4:41 AM, Dec 6

OK

**exceptions and arbitration that were denied???**

4:41 A

 Enter message

  
(J) The only thing left to do in fox is send the judge

**Message details**

**Type**
Advanced Messaging

**From**
Jennifer Attorney(+15419745091)

**Time sent**
5:45 PM, Dec 22

OK

two other orders you requested, your enoticed on.

★ 5:4

  Enter message

The only thing left to do in fox is send the judge a proposed final judgment since kliemans made very little sense and she would have to redraft it entirely which state judges wont do. That doc along with the two other orders you requested, your enoticed on.

⭐54 ⌄



Enter message

# EXHIBIT 29

**BRIGETTA D'OLIVIO**
**3800 PEBBLECREEK CT., # 120**
**PLANO, TX, 75023**
**214-733-7204**

VIA CERTIFIED MAIL
7018 1830 0000 8247 1851

FEBRUARY 13, 2019

Wright Reporters LLC
% Melba Wright
1818 Holly Spring Dr
Arlington, TX 76018

Re: DC-16-05606
    Trial: Nov. 21-22, 2017

Dear Ms. Wright:

Upon receipt of this request, please forward the following to me at the above-referenced address:

1. Copy of <u>Notice of Request For the Trial Transcript</u> for the trial of November 21-22, 2017 for the above-referenced cause number, and the name of each party and/or attorneys who were so notified.
2. Name of person(s) who ordered the trial transcript for the above-referenced cause number <u>and</u> the date said request for the trial transcript was made, as well as a copy of said request.
3. Name of the person(s) to whom the <u>original</u> trial transcript <u>and</u> a <u>copy</u> was sent <u>and</u> the date said original and copy was sent, and the method used to send said original and copy.
4. Name of person(s) who received the unedited rough draft of the above-referenced trial transcript <u>and</u> the name of the person(s) who made corrections/changes to said unedited rough draft of the above-referenced trial transcript, <u>and</u> the date said corrections/changes were made.
5. Copy of any and all receipts of realtime unedited draft transcription (or ASCII) of the above-referenced trial proceedings.
6. Name and address of any and all person(s) who received a copy of said trial transcript, whether, unedited rough draft or original, who was *not* a party, and/or an attorney for a party to the above-referenced cause number.

7. Copy of any and all audio recordings played during the above-referenced trial.
8. Name of person(s) who transcribed any and all audio recordings played at the above-referenced trial.
9. A copy of Court Reporter's raw shorthand notes <u>and</u> audio, and/or backup tape from the above-referenced trial, whether said raw notes and audio are on computers disc, optical, laser, etc.
10. Please disclose any existing or past financial, business, professional, familial, or social relationships, including contracts for court reporting that might reasonably create any appearance of partiality as it relates to the above-referenced cause number and parties and/or court officers who were involved in and/or associated with said cause number.
11. Name of any and all unlicensed court reporters who assisted in the preparation of transcription or reporter's record of any and all hearings, including the transcription for the trial of the above-referenced cause number.
12. Please provide an itemization of all rates and charges for any and all transcriptions for any and all hearings, including for the transcription of the trial for the above-referenced cause number.
13. Copy of the original log, which shall include a list each piece of evidence that was offered, admitted or excluded, the page of the trial transcript where each such event occurred, and the time of each occurence, etc.
14. Please state from what computer, if any, said trial transcript for the above-referenced cause number was transcribed and the date(s) and location said transcription took place.

I appreciate your time and attention to this matter and look forward to hearing from you shortly, <u>in writing</u>, as to this request.

Respectfully Yours;

Brigetta D'Olivio

sw| 2|12|19

CERTIFIED MAIL RECEIPT

ARLINGTON, TX 76013

$7.50

$0.00
$7.00

WRIGHT REPORTERS, LLC C/O Melba Wright
1818 HOLLY SPRING DR.
ARLINGTON, TX 76018

**EXHIBIT 30**

Certified Mail dated February 28, 2019
Tracking No: 7018 1830 0000 3897 5705

## **BRIGETTA D'OLIVIO**

## **3800 PEBBLECREEK CT., APT. 120**

## **PLANO, TX 75023**

## **214-733-7204**

**VIA CERTIFIED MAIL**

**7018 1830 0000 3897 5705**

February 28, 2019

Wright Reporter's, LLC
C/O Melba
1818 Holly Spring Dr.
Arlington, TX 76018

Re: Certified Letter dated February 13, 2019
    7018 1830 0000 3897 1851
    Tr. Ct. Cause No.: DC-16-05606

Dear Ms. Wright,

A Certified letter dated February 13, 2019 with certified mail tracking number: 7018 1830 0000 3897 1851 is confirmed as having been delivered in person to the 1818 Holly Spring Dr., Arlington, TX referenced address.

To date, there is a complete absence of any response, for requested information contained within said certified letter dated February 13, 2019.

Your immediate response is required.

Respectfully Yours,

Brigetta D'Olivio, Appellant

1 of 1
First Request- Certified Letter dated February 13, 2019
Certified Letter dated February 13, 2019 Tracking No.:
7018 1830 0000 3897 1851

**EXHIBIT 31**

WRIGHT REPORTERS, LLC                    DATE:  August 3, 2018
c/o 191st District Court
600 Commerce Street                      INVOICE #:  180803-1
7th Floor, Suite 720C
Dallas, Texas  75202
214-653-7146                             TAX ID #:  26-1177291

_____

Mr. Timothy A. Hootman
2402 Pease Street
Houston, Texas  77003

CAUSE NO. DC-16-05606-J          Honorable Gena Slaughter presiding

Greg Fox
VS
Brigetta D'Olivio

_____

Date Taken        Description                            Amount

_____

        ESTIMATED COST FOR APPEAL              $2,500.00
                                             _____

                                SubTotal      $2,500.00
                                    Paid           0.00
                                             _____

                          BALANCE DUE         $2,500.00

*Estimate only! mw*

*Melba Wright, CSR*

            Thank you very much.

            Melba D. Wright, CSR
             Official Court Reporter
          191st Judicial District Court
              Dallas County, Texas

            wrightmelba@msn.com
               (214) 653-7146

*PAID IN FULL - 8/20/2018*
*CASHIER CHECK # 2458212253 Copy*



# CHASE

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**        **Customer Copy**

## CASHIER'S CHECK                              9458212253

08/20/2018
Void after 7 years

**Remitter:**   BRIGETTA A DOLIVIO/DBA PAQUETTE HOLDING

$** 2,500.00 **

**Pay To The Order Of:**   WRIGHT REPORTERS, LLC

Memo:--------------------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer. **JPMORGAN CHASE BANK, N.A.**
## NON NEGOTIABLE

282111107 NEW 01/08 8810004306



**CASHIER'S CHECK**                9458212253   25-3
                                                 ----
Date   08/20/2018   Void after 7 years          440

# CHASE

**Remitter:**   BRIGETTA A DOLIVIO/DBA PAQUETTE HOLDING

**Pay To The Order Of:**   WRIGHT REPORTERS, LLC

**Pay:**   TWO THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS        $** 2,500.00 **

**Drawer:** **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

Memo: CASE NO. DC-16-056606-J

Note: For information only. Comment has no effect on bank's payment.

Ryan A. Crowley, Managing Director
JPMorgan Chase Bank, N.A.
Columbus, OH

Security Features Details on Back

⑂9458212253⑂ ⑆044000037⑈ 758661375⑂        Pg 7 of 2

**EXHIBIT 32**

Office of Dallas District Clerk, Felicia Pitre
Office of Chief Clerk, Claudia McCoy
5th Court of Appeals

Certified Mail Tracking No.:
7018 1830 0000 3897 5712

Request For Clarification
Invoice Dated February 25, 2019

# BRIGETTA D'OLIVIO

## 3800 PEBBLECREEK CT., APT. 120

## PLANO, TX 75023

## 214-733-7204

## VIA CERTIFIED MAIL

## 7018 1830 0000 3897 5712

February 28, 2019

Gay Denise Lane
Document Production, Lead Clerk
Office of Felicia Pitre
Dallas County District Clerk
600 Commerce St. Suite 145
Dallas, TX 75202
214-653-6549
gdlane@dallascounty.org

Re: Invoice dated February 25, 2019
    Tr. Ct. Cause No.: DC-16-05606

Dear Ms. Lane,

Multiple attempts made by Appellant, Brigetta D'Olivio have been made to the Dallas County District Clerk's Office regarding request for clarification of invoice(s).

This is no exception. This Invoice attached to an email dated February 25, 2019 with the Invoice dated the same, lacks any reference as to what this invoice is attributable to.

Please reference what supplemental request made by Pro-Se Appellant, D'Olivio's request this Invoice supports.

Your immediate response is required.

Respectfully Yours,

Brigetta D'Olivio, Appellant, Pro Se

 Gmail           **Brigetta DOlivio <beautifulhomesbybrigetta@gmail.com>**

## Supplemental Clerk record payment invoice

**Gay Lane** <Gay.Lane@dallascounty.org>          Mon, Feb 25, 2019 at 12:52 PM
To: "Beautifulhomesbybrigetta@gmail.com" <Beautifulhomesbybrigetta@gmail.com>
Cc: Shelia Bradley <Shelia.Bradley@dallascounty.org>, Gay Lane <Gay.Lane@dallascounty.org>

Dear Brigetta D'olivio,

Please remit payment for the supplemental clerk record prepared for the cause no DC-16-05606 styled: Greg Fox, et al vs Brigetta D'Olivio.

Please see attached invoice

Gay Denise Lane

Document Production, Lead Clerk

Office of Felicia Pitre

Dallas County District Clerk

600 Commerce St. Suite 145

Dallas Texas 75202

214-653-6549

gdlane@dallascounty.org

📰 **dc-16-05606clersk record payment invoice.pdf**
    429K

# FELICIA PITRE

## DALLAS COUNTY DISTRICT CLERK

600 Commerce Street, Suite 101
Dallas, Texas 75202-4604

IN ACCOUNT WITH

DATE: **February 25, 2019**

BRIGETTA D'OLIVIO
3800 PEBBLECREEK CT
PLANO TX  75023

INTERNAL REVENUE SERVICE
IDENTIFICATION NO.: **75-6000905**

Cause No.  DC-16-05606

**Style of Case**
**GREG FOXet al**
**vs.**
**BRIGETTA D'OLIVIO**

| | |
|---|---|
| **Pages: 993** | |
| **Supplemental Clerk's Record Fee-** | **$993.00** |
| **Transcript Fee-** | **$ 25.00** |
| **Attorney Copy Fee-  N/A** | **$   0.00** |
| **Total Fee-** | **$1018.00** |

Supplemental Clerk's Record will be delivered to the Court of Appeals upon payment. *Please forward payment with invoice in the next 3 business days.*

Please return a copy of this statement with remittance.

Thank you.
**GAY LANE**

Cc:
Lisa Matz
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

**EXHIBIT 33**

**BRIGETTA D'OLIVIO**
**3800 PEBBLECREEK CT., # 120**
**PLANO, TX, 75023**
**214-733-7204**

**MARCH 4, 2019**

5th Court of Appeals
c/o Chief Clerk, Claudia McCoy
600 Commerce St, Suite 200
Dallas, TX 75202

**Re: N0. 05-18-00868**

Dear Ms. McCoy:

Appellant Pro Se, Brigetta D'Olivio, is filing her 3rd Amended Motion To Extend Time To File Appellant's Amended Brief. Said Amended Brief was due on March 7, 2019. Appellant is requesting an extension of time to file her Amended Brief to March 28, 2019.

Appellant has <u>not</u> been served Appellees' "*Objection To Appellant's Motion To Extend Tim Ti File Appellant's Amended Brief*" dated February 27, 2019, and <u>nor</u> has she been served Appellees' "*Amended Objection To Appellant's Motion To Extend Tim To File Appellant's Amended Brief*", dated March 1, 2019.

The reasons Appellant is filing this 3rd Amended Motion to Extend Time To File Appellant's Amended Brief include, but are not limited to the following:

1. There are <u>thirty-eight (38)</u> records that have been requested from the Court Clerk since as far back as December 31, 2018, which have <u>not</u> been sent up to the Court of Appeals.
2. There are at least six (6) records that had been previously filed with the 191st District Court, and which have also been requested from the court clerk that are missing and/or have been removed from the Court Portal without a Court Order.

3. The Court Clerk, Felicia Pitre, and Deputy Court Clerk, Ms. Canejo, have been unresponsive to Appellant's multiple requests for Invoices, corrections to the clerk's record and improper, unfiled invoices, and inquiries as to what requested records have been sent up to the Court of Appeals. Since Appellant has filed a letter addressed to Ms. Pitre with the 191st District Court, the court portal references to Appellant's supplemental requests for clerk's records have been changed.

4. There are also outstanding requests to the Court Reporter, Melba Wright, which have also been ignored by Ms. Wright.

Said above-referenced records are material to Appellant's Amended Brief.

That said Appellant's 3rd Amended Motion To Extend Time To File Appellant's Amended Brief is supported by documented evidence.

Appellant Pro Se, Brigetta D'Olivio, is requesting that Appellant's 3rd Amended Motion To Extend Time To File Appellant's Amended Brief is reviewed and granted prior to March 6, 2019.

Thank you for your time and consideration to this urgent matter.

Sincerely,

Brigetta D'Olivio

**EXHIBIT 34**

No. DC-16-05606

FILED

19 FEB 12 PM 3: 40

FELICIA PITRE
IN THE DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

GREG FOX

v.

BRIGETTA D'OLIVIO

IN THE DISTRICT COURT

DALLAS COUNTY, TEXAS

191ST JUDICIAL DISTRICT

## APPELLANT'S CORRESPONDENCE

## TO

## COURT REPORTER for the 191st DISTRICT COURT

191st District Court
Court Reporter:
Wright Reporter's, LLC
c/o Melba Wright
600 Commerce St.
7th Floor
Dallas, TX

February 12, 2019

Dear Ms. Wright,

Appellant, D'Olivio, filed "Appellant's Request For Supplemental Reporter's Record" on

January 16, 2019 @ 1:35 pm.

In said request, Appellant requested the Reporter, Wright Reporter's LLC, to prepare a

Supplemental Reporter's Record, to include the following:

- Defendant's Motion To Compel Hearing held on November 16, 2017

- Defendant's Motion For Continuance & Sanctions Hearing held on August 23, 2017

- Defendant's Motion To Quash Hearing held on September 22, 2017

On Friday, January 18, 2019 @ 11:44 am, Appellant D'Olivio received a voicemail from Melba

Wright of Wright Reporter's, LLC, official court reporter for the 191st District Court.

Melba Wright stated that two of the requested Hearings were previously transcribed, thank-you.

Melba Wright further stated that one of the Hearing transcriptions was incorrect and that she would notify the Court of Appeals to let them know and how to proceed.

To date, Appellant D'Olivio has **not** heard from **nor** received any correspondence **nor** copies, if any, regarding her notifying the Court of Appeals.

Appellant is requesting the following to take place immediately:

1. Forward to Appellant D'Olivio, the correspondence filed, with file stamp and date attached, with the Court of Appeals regarding the incorrect transcription of the Hearing(s).

2. Forward to Appellant D'Olivio, the response, if any, from the Court of Appeals regarding your correspondence indicating that there needs to be a correction to the transcripts.

3. Forward to Appellant D'Olivio, the correction of the record to reflect that reflects the corrections, any and all, to the transcript.

4. Forward to Appellant D'Olivio, any and all corrections to Appellant D'Olivio

5. immediately.

Please find attached the following:

1. *Appellant's Request For Supplemental Reporter's Record* dated January 16, 2019, file stamped January 16, 2019.

Plus
*"Appellant's Request For Supplemental Reporter's Record"*, dated January 16, 2019 (2 pages)

Sincerely,

Appellant, Brigetta D'Olivio

2/12/2019
Date

cc: Court of Appeals

## CERTIFICATE OF SERVICE

On this day, February 12, 2019, a copy of the above document was served via Certified Mail

(7018 1830 0000 3897 1868) service on the following attorney of record:

David M. Kleiman
Vincent Serafino Geary Waddell Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201

Appellant, Brigetta D'Olivio

## THIS SPACE LEFT INTENTIONALLY BLANK

No. DC-16-05606

FILED
19 JAN 16 PM 1:35
FELICIA PITRE
DISTRICT CLERK
DALLAS CO.. TEXAS
DEPUTY

Greg Fox

v.

Brigetta D'Olivio

In the District Court 191st

Dallas County Texas

## APPELLANT'S REQUEST FOR SUPPLEMENTAL REPORTER'S RECORD

TO MELBA WRIGHT, THE OFFICIAL COURT REPORTER:

Appellant, Brigetta D'Olivio, files this request for preparation of the reporter's record for appeal of the above case. Specifically, Appellant request (1) Defendant's Motion to Compel hearing on November 16, 2017 (2) Defendant's Motion for Continuance (Continuance & Sanctions) hearing on August 23, 2017; and, (3) Defendant's Motion to Quash hearing on September 22, 2017. The undersigned will pay the required deposit once that amount has been determined by the court reporter.

Respectfully Submitted,

Brigetta D'Olivio, Appellant

3800 Pebblecreek Ct.

Apt. 120

Plano, TX 75023

214.733.7204

## CERTIFICATE OF SERVICE

On this day, a copy of the above document was served via certified mail 7016 0910 0001 7703 4547 on the following attorneys of record:

David Kleiman

VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.

1601 Elm Street, Suite 4100

Dallas, TX 75201-3703

dkleiman@vinlaw.com

Dated: January 16, 2019

Brigetta D'Olivio PRO SE

Brigetta D'Olivio, Appellant

1 of 2

## CERTIFICATE OF SERVICE

I, Brigetta D'Olivio, Appellant in the above-caption case, do certify that on the

4th day of March 2019, I served David M. Kleiman, who is the attorney for

Appellees Greg Fox and Laura Fox, the within *"Appellant's 3rd Amended Motion*

*To Extend Time To File Appellant's Amended Brief"*, dated March 4, 2019. Said

service was made via certified mail service, cc #, 7018 1830 0000 3897 5255

the last known address for David M. Kleiman at 1601 Elm St. Suite 4100 Dallas,

TX 75201.

Brigetta D'Olivio, Appellant
3800 Pebblecreek Ct, #120
Plano, TX 75023
214-733-7204

## No. 05-18-00868
## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS

---

### Brigetta D'Olivio
Defendant-Appellant

v.

### Greg Fox and Laura Fox
Plaintiff-Appellee

---

On Appeal from the 191st Judicial District Court

Dallas County, Texas

Tr. Ct. No. DC-16-05606

## CERTIFICATE OF CONFERENCE

I, Brigetta D'Olivio, Appellant in the above-captioned Appeal, do certify that to the 4th day of March, 2019, do affirm that a conference and/or attempt(s) of more than once but not less than three times to conference with counsel for Appellee's, David M. Kleiman of Vincent Serafino Geary Waddell Jenevein PC, 1601 Elm St Suite 4100, Dallas, TX 75201, in regards to, *Appellant's 3rd Amended Motion To Extend Time To File Appellant's Amended Brief* dated March 4rd, 2019. The contact number for attorney, David M. Kleiman is 214. 979.7400.

Brigetta D'Olivio, Appellant, Pro Se
3800 Pebblecreek Ct.
Apt. 120
Plano, TX 75023
214.733.7204
beautifulhomesbybrigetta@gmail.com

71